IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| BRENDA KAY ROBERTSON, | ) | CASE NO. 15-53700-WLH |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

Please take notice that the undersigned hereby appears as counsel for FIDELITY BANK, a creditor in the above-styled bankruptcy proceeding, and requests that all papers served or required to be served in this case be served upon FIDELITY BANK through:

> Robert W. Scholz, Esq.
> Evans, Scholz, Williams & Warncke, LLC
> 3490 Piedmont Road NE, Suite 1200
> Atlanta, GA 30305
> rws@esww-law.com

It is requested that the undersigned be provided with copies of all notices, pleading and other filings made in the above-styled case, including, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

This 25th day of March, 2015.

          Respectfully submitted,

          */s/ Robert W. Scholz*
          Robert W. Scholz, GA Bar No. 629737
          Evans, Scholz, Williams & Warncke, LLC
          3490 Piedmont Road NE, Suite 1200
          Atlanta, GA 30305
          Phone: 404-841-9400
          Fax: 404-841-9393
          Email: rws@esww-law.com
          Attorney for FIDELITY BANK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                              )        CHAPTER 7
                                                    )
BRENDA KAY ROBERTSON,                               )        CASE NO. 15-53700-WLH
                                                    )
        Debtor.                                     )
_____)

### CERTIFICATE OF SERVICE

I hereby certify that I have this date served a true and correct copy of the within and foregoing NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS upon the following by having a copy of same placed in the United States Mail with adequate postage thereon and properly addressed as follows:

| | |
|---|---|
| Samuel D. Hicks | U.S. Trustee |
| Hicks, Casey & Morton, PC | Office of the United States Trustee |
| 136 North Fairground Street, Suite 100 | 362 Richard Russell Building |
| Marietta, GA 30060 | 75 Spring Street, SW |
| (Debtor's Counsel) | Atlanta, GA 30303 |

This 25th day of March, 2015.

/s/ Robert W. Scholz
Robert W. Scholz, GA Bar No. 629737