IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| BRENDA KAY ROBERTSON | ) | CASE NO. 15-53700-WLH |
| | ) | |
| Debtor. | ) | JUDGE WENDY L. HAGENAU |
| | ) | |

## MOTION FOR 2004 EXAMINATION OF DEBTOR BRENDA KAY ROBERTSON

COMES NOW RES-GA Diamond Meadows, LLC (hereinafter "RES-GA"), a creditor in the above-styled bankruptcy proceeding, and applies to this Court for an order compelling the attendance of Brenda Kay Robertson ("Debtor" or "Robertson") and any other representative of Debtor with direct knowledge of any document or information requested herein of which Debtor does not have knowledge, to appear at the offices of **Samuel D. Hicks, Hicks, Casey & Morton, P.C., Suite 100, 136 North Fairground Street, Marietta, Georgia 30060,** for an examination pursuant to Rule 2004 of the Bankruptcy Rules at **10:00 a.m. on the 14th day of May, 2015,** or at some other mutually agreed upon time and place. In support of this Motion, RES-GA shows the Court the following:

1.      Debtor Brenda Kay Robertson filed a voluntary petition with the Court under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") on February 27, 2015 (the "Petition Date").

2.      Debtor is indebted to RES-GA because on May 13, 2014, RES-GA obtained a Judgment against Debtor in the amount of $5,489,997.28 plus post-judgment interest accruing at the legal rate in that certain case styled as *RES-GA Diamond Meadows, LLC and RES-GA CRI, LLC v. HBC Communities, LLC, Clay Robertson, Inc., Clayton H. Robertson, Brenda K.*

*Robertson-Short a/k/a Brenda K. Robertson, and James H. Bankston*; Civil Action No. 2012-CV-03743-5, Superior Court of Clayton County, Georgia (the "Judgment").

3.    RES-GA is a party in interest in this case because it is a creditor of Debtor.

4.    RES-GA's proposed 2004 Examination of Debtor will be within the scope of Rule 2004 in that it will relate to the acts, conduct, or property or to the liabilities and financial condition of the Debtor, and into any matter which may affect the administration of the Debtor's estate or to the Debtor's right to a discharge.

5.    The deadline for filing complaints objecting to a discharge of the Debtor is June 8, 2015.

6.    A Rule 2004 examination is necessary, *inter alia*, to determine the nature of Debtor and the acts, conduct, property, liabilities and financial condition of Debtor, facts directly affecting administration of Debtor's estate, or the dischargeability of any of Debtor's obligations.

7.    RES-GA requests that this Court enter an order requiring Debtor to produce at least five (5) business days prior to the examination all documents identified in the attached **Exhibit "A."**

8.    RES-GA requests that this Court enter an order requiring Debtor to appear at the 2004 Examination and to testify regarding the matters described in the paragraphs above and regarding the information contained in the documents identified in the attached Exhibit "A" and to produce the documents identified in Exhibit "A."

WHEREFORE, RES-GA respectfully requests that the Motion be granted and that the Court issue an Order compelling the attendance of Debtor Brenda Kay Robertson pursuant to Federal Rules of Bankruptcy Procedure 2004 and compelling the production of the

requested documents pursuant to applicable Bankruptcy Rules, Standing Orders, 11 U.S.C. § 521(e)-(f).

This 15th day of April, 2015.

ROGERS LAW OFFICES

*/s/ Beth E. Rogers*
Beth E. Rogers, Georgia Bar No. 612092
Kevin A. McDonald, Georgia Bar No. 559490
The Equitable Building
100 Peachtree Street, Suite 1950
Atlanta, Georgia 30303
770-685-6320 phone
678-990-9959 fax
brogers@berlawoffice.com
*Attorneys for RES-GA Diamond Meadows, LLC*

## EXHIBIT "A"

### DEFINITIONS

1.      "Person" means any natural person, corporation, partnership, proprietorship, association, governmental entity, agency, group, organization, or group of persons.

2.      Unless designated otherwise, "Debtor," "you," "your" or "Robertson" refers to Brenda Kay Robertson, together with any of her attorneys, agents or representatives.

3.      "RES-GA" refers to RES-GA Diamond Meadows, LLC and all business entities with which it is or has been affiliated, together with any of its attorneys, agents or representatives.

4.      "Robertson Entities" refers to any of the following persons or entities, together with any other entity in which Robertson, Stith Robertson or any of the Robertson Entities hold or held any interest, direct or indirect:

> Alderwoods Homeowners Association, Inc.;
> ASG Properties, Inc.;
> Bang Investments, LLC;
> B. Kay Builders Corp.;
> Bice Ventures, LLC;
> BRE Development Company, Inc.;
> Brenda Robertson Realty, Inc.;
> Edmondson Mobile Home Park, Inc.;
> Estate of Woodrow William Edmondson;
> Gilbert Ventures, LLC;
> HBC Communities, LLC;
> Madison Communities, Inc.;
> Market South Properties, Inc.;
> Mykassi Ventures, LLC;
> Purple Martin Group, LLC;
> Seymour Estates, LLC;
> Simpson Place Homeowners Association, Inc.;
> Woodmond Ventures, LLC; and
> Woodward Estate Phase III, Inc.;

5.    "Properties" means any property owned at any time since January 1, 2008 by Robertson, Stith Robertson and/or any of the Robertson Entities including, but not limited to, the following properties:

> 1205 NW Humphries Road, Conyers, GA 30012
> 1228 E Forrest Ave, East Point, GA 30344
> 1547 Arbor Place Drive, Morrow, GA 30236
> 1551 Arbor Place Drive, Morrow, GA 30236
> 171 Bay Court Drive, Stockbridge, GA 30236
> 196 Hemlock Lane, Clarkesville, GA 30523
> 200 Sam Soloman Road, Locust Grove, GA 30248
> 3265 Walt Stephens Road, Jonesboro, GA 30236
> 3279 Anvil Block Road, Ellenwood, GA 30294
> 3287 Anvil Block Road, Ellenwood, GA 30294
> 3290 Anvil Block Road, Ellenwood, GA 30294
> 3295 Anvil Block Road, Ellenwood, GA 30294
> 3359 Jodeco Road, Jonesboro, GA 30236
> 3448 South Bay Drive, Jonesboro, GA 30236
> 3456 South Bay Drive, Jonesboro, GA 30236
> 423 River Road, Jonesboro, GA 30236
> 4536 Bouldercrest Road, Ellenwood, GA 30294
> 4544 Bouldercrest Road, Ellenwood, GA 30294
> 4572 Bouldercrest Road, Ellenwood, GA 30294
> 7675 Tara Boulevard, Jonesboro, GA 30236
> 78 Wall Street, Hampton, GA 30228
> 7958 Wright Circle, Jonesboro, GA 30236
> 7966 Wright Circle, Jonesboro, GA 30236
> Parcel No. 063 091, Hemlock Lane, Clarkesville, GA 30523
> Parcel No. 065 108, Hardman Place, Clarkesville, GA 30523
> Parcel No. 065 108C, Hardman Place, Clarkesville, GA 30523
> Parcel No. 065 108D, Hardman Place, Clarkesville, GA 30523
> Parcel No. 065 108E, Hardman Place, Clarkesville, GA 30523
> Parcel No. 065 108F, Hardman Place, Clarkesville, GA 30523
> Parcel No. 065 108G, Hardman Place, Clarkesville, GA 30523
> Lot 18 and Part of 17, Block K, Unit 4, Holiday Hills Subdivision, Section 1, Clayton County, Georgia

6.    "Tax Returns" refers to those certain complete, filed, and signed federal and/or state income tax returns, including exhibits and attachments thereto.

7.    "Bank Account Statements" refers to those certain bank account statements or other itemized account activity reports, provided by a banking depository in which you and/or

any of the Robertson Entities held or hold an account, and/or for which you and/or any of the Robertson Entities are an authorized signatory or user on such an account, including but not limited to, all returned checks or copies or microfiche-type records of checks and deposits.

8.      As used herein, the term "Identify" or "Describe" or state the "Identity":

(a)      when used in reference to a natural person, shall mean to state his or her full name, complete home and business address, employer or business affiliation, and occupation and business position presently held;

(b)      when used in reference to a corporation, shall mean to state its full name, its state(s) of incorporation and its principal place of business;

(c)      when used in reference to a partnership, shall mean to state its full name, the names of each partner, and its principal place of business;

(d)      when used in reference to a person other than an individual, corporation or partnership, shall mean to state its official name, its organizational form, and its address;

(e)      when used in reference to an act, action or omission shall mean to state a description of the act, action or omission, the date(s) on which it occurred, where it occurred, the identity of the person or persons performing said act (or, in the case of an omission, the person or persons failing to act), the identity of all persons who have knowledge, information or belief about the act, when the act or omission first became known to you, and the circumstances and manner in which you first obtained such knowledge;

(f)      when used in reference to an oral communication shall mean to state the date and nature of the communication, the identity of the communicator and communicate, the subject matter and substance of the communication, whether it was recorded or otherwise memorialized, and the identity of any witness thereto;

(g)     when used in reference to a document, shall mean to state the identity of the person(s) who prepared the document, the sender and recipient(s), if any, the title or a description of the general nature of its subject matter, the day of preparation, the location(s) of each copy and the identity of the present custodian(s), the contents of the document verbatim, and if a privilege is claimed, the specific basis thereof.

9.     As used herein, the term "Document" is used in its broadest sense and includes, without limitation, all items printed, recorded, filmed, reproduced by any process, written or produced by hand, whether an original master or copy, all agreements, communications, correspondence, notes, memoranda, summaries and minutes; records of telephone conversations, meetings and conferences; summaries and records of personal conversations or interviews; books; manuals; publications and diaries; contracts; agreements; deeds, assignments, working papers; books of account; ledger books, note books; vouchers; bank checks; cashier's checks' receipts for cashier's checks; cancelled check stubs; bills; receipts; and any other information containing paper, writing or physical thing.

10.     The singular, plural, masculine, feminine, or neuter form of any noun or pronoun shall be read and be applied as including its other forms, as circumstances may make appropriate.

11.     As used herein, the terms "and" and "or" shall mean and/or.

12.     As used herein, the term "date" shall mean the exact day, month and year, if ascertainable, or, if not, the best approximation, including relationship to other events.

13.     "Wells Fargo 401(k)" refers to that certain 401(k) with Wells Fargo Advisors that is reflected on Debtor's Schedule B, item number 11, in the amount of $259,288.23.

## DOCUMENT REQUESTS

1)      Any and all documents relating to any insurance policies maintained by Robertson or the Robertson Entities, including, but not limited to, insurance policies on any real or personal property, life insurance policies, certificates on the life of any person, and all statements or other documents reflecting cash and surrender values, and the balance of any and all loans paid in connection therewith, where Robertson or any of the Robertson Entities are named as a beneficiary or loss payee for the period commencing January 1, 2008 to the present.

2)      Any and all documents relating to any transfers or sales made by Robertson and any of the Robertson Entities of any real property or personal property for the period of January 1, 2008 to the present.

3)      All federal and state income tax returns of Robertson and the Robertson Entities since January 1, 2008 to the present and all documents related thereto including, but not limited to, corresponding audits, letters or requests, liens or claims, bills or invoices for unpaid taxes, payments or any taxes owed, and refunds and all other documents related to Robertson's and the Robertson Entities' monthly or yearly income from any source, for the period of January 1, 2008 to the present including, but not limited to, Bank Account Statements, pay stubs, payroll checks, disability income, investment income, etc.

4)      Any and all documents that in any way reflect Robertson and the Robertson Entities' financial affairs or represent or indicate the conveyance of any assets that Robertson and/or the Robertson Entities may have made since January 1, 2008 until the present, including, but not limited to, personal financial statements or any financial information provided to any lender in connection with obtaining any loan and any and all records, documents, memoranda

and correspondence which evidence or relate to the assets and liabilities set forth on any personal financial statement.

5) Any and all documents, including but not limited to, Bank Account Statements, cancelled checks and deposit slips, for all accounts including checking and savings accounts with any banks, savings and loans, credit unions, money markets, brokerage firms or other financial institutions maintained by Robertson or the Robertson Entities, either individually and/or jointly with any other person or entity, or in which Robertson and/or the Robertson Entities' had any interest or held any funds on behalf of themselves, or any other entity in which they had an interest, direct or indirect, for the period commencing January 1, 2008 to the present.

6) Any and all records, documents, memoranda and correspondence relating to evidence of property, and interest in property, of every kind and character whatsoever owned by Robertson and/or the Robertson Entities, individually or with any other person or entity, including but not limited to, the purchase of any real or personal property, any reversionary interests, deeds, stock certificates, bonds, notes, mutual fund shares, corporate agreements, partnership agreements, profit sharing and pension plan statements, savings account passbooks, savings certificates and money market accounts for the period commencing January 1, 2008 to the present.

7) Any and all warranty deeds, quitclaim deeds, real estate transfers and deeds to secure debt which name Robertson and/or any of the Robertson Entities as grantee or grantor, individually and/or jointly with any other person or entity, relating to any property in which Robertson or the Robertson Entities has, or had, any interest or equity for the period commencing January 1, 2008 to the present.

8)      Any and all records, documents, memoranda and correspondence, which evidence or relate to the ownership of any motor vehicles, boats and aircrafts by Robertson or the Robertson Entities, including but not limited to, automobile tag registrations, certificates, automobile title certificates and/or recreational vehicle tag registrations, titles or certificates, naming Robertson or the Robertson Entities, individually or jointly with any other person or entity, for the period January 1, 2008 to the present.

9)      Any and all summary plan descriptions, plans, statements, accounts or other documents related to any retirement, pension or similar type accounts held by Robertson and/or any of the Robertson Entities, including, but not limited to the Wells Fargo 401(k), or other investment plans and records including, but not limited to, memoranda, correspondence, stock certificates, bond certificates, mutual fund certificates, any statements, documents, analysis, invoices, bills or summaries given to Robertson and/or any of the Robertson Entities by any stock broker or association of stock brokers, from whom Robertson and/or any of the Robertson Entities has sold stock, or with whom Robertson and/or any of the Robertson Entities has an account and any other evidence of ownership of any interest in any corporation, fund, or trust fund naming Robertson and/or any of the Robertson Entities, individually or jointly with any other person or entity, for the period commencing January 1, 2008 to the present.

10)     A list of all contents of any and all safe deposit boxes maintained by Robertson or the Robertson Entities, individually or jointly, with any other person or entity, for the period of January 1, 2008 to the present, and exact location of such boxes.

11)     All documents relating to any gifts or payments by Robertson or the Robertson Entities to any person or entity during the period of January 1, 2008 to the present in excess of $5,000.

12)     Copies of any real estate tax bills, notices or assessments received by Robertson or any of the Robertson Entities from January 1, 2008 to the present.

13)     A list of all real property owned by Robertson or any of the Robertson Entities from January 1, 2008 to the present, which list should include, at least, the following information: owner, date acqui9red, purchase price, current value, type of property (e.g. vacant lot, commercial building, residential rental, etc.), current status/disposition, transfers, leases, rent or other income.

14)     All documents relating to or evidencing Robertson's and the Robertson Entities' current and previous income and employment, including, but not limited to, any employment contracts, paycheck stubs, evidence of dividend disbursement, stock or membership agreements, independent contracts or agreements or any money or other monetary or non-monetary benefits received by Robertson from her former and current employer, including, but not limited to, Ralph Myers Broker, for the period commencing January 1, 2008 to the present.

15)     All documents related to any business, entities, funds or trusts in which Robertson or the Robertson Entities held or holds any interest, direct or indirect, or was or is included in the operation thereof from January 1, 2008 to the present, including, but not limited to, Articles of Incorporation, Articles of Organization, by laws, stock certificates, operating agreements, any other evidence of ownership or other documents related thereto.

16)     All documents relating to the value of Robertson's Household Goods and Furnishing and any other Personal Property listed on Robertson's Schedule B, and all documents relating to any information on Robertson's Schedules, Statement of Financial Affairs testified to by Robertson at the 341 meeting of creditors, or otherwise submitted or relied on by Robertson

in this bankruptcy action, including, but not limited to, itemized lists of each item constituting same, photographs, receipts, estimates, and appraisals.

17) All documents related to the ownership of the Properties by Robertson or any of the Robertson Entities, or any interest Robertson or any of the Robertson Entities held or holds therein and any transfers or other disposition of same.

18) All leases or other agreements and documents related to rental or leasing of any of the Properties, or any other properties owned by Robertson or any of the Robertson Entities, or in which Robertson or any of the Robertson Entities have or had any interest, from January 1, 2008 to the present.

19) All documents related to any rents or other income derived from the rental and/or other use of any of the Properties, or any other properties owned by Robertson or any of the Robertson Entities, or in which Robertson or any of the Robertson Entities have or had any interest, from January 1, 2008 to the present, including, but not limited to, copies of checks or money orders, Bank Account Statements, rent rolls, receipts, etc.

20) All documents related to the Estate of Woodrow William Edmondson, including, but not limited to, any assets or property received or held by Robertson and/or the Robertson Entities from said Estate, including, but not limited to, that certain Promissory Note dated March 19, 2008, between Garva Investments, Inc. and W.W. Edmondson in the original principal amount of $450,000.00, as thereafter modified, amended and/or assigned (attached hereto as **Exhibit "A"**), and that certain Security Deed and Agreement dated March 19, 2008, between Garva Investments, Inc. and W.W. Edmondson and recorded at Book 9410, Page 270 in the property records of Clayton County, Georgia, as thereafter modified, amended and/or assigned (attached hereto as **Exhibit "B"**).

21)    All documents related to Tight Seal, LLC and Tight Seal Water Proofing, LLC, including, but not limited to, that certain check from Tight Seal Water Proofing LLC ("Tight Seal WP") in the amount of $5,000 dated November 3, 2014, and drawn on UnitedBank account number XX0901 ("Account 0901") check no. 1292; that certain check from Tight Seal WP in the amount of $5,000 dated December 18, 2014 and drawn on Account 0901 check no 1294; that certain check to Tight Seal WP from Madison Communities, Inc. ("Madison") in the amount of $21,177.40 and deposited into Account 0901 on April 7, 2012; and that certain check to Tight Seal, LLC from Madison in the amount of $41,595.38 and deposited into Account 0901 on February 20, 2014 (copies of which are attached hereto as **Exhibit "C"**).

22)    All documents related to any withdrawals by Robertson and/or any of the Robertson Entities from that certain account with Wells Fargo Bank, N.A. owned by Gilbert Ventures, LLC, with the account number XXXXXX5314, from January 1, 2008 to the present.

23)    All documents related to any payments made to or received from PHH Mortgage Corporation or State Farm Insurance to or from Robertson or any of the Robertson Entities, including, but not limited to, the checks attached hereto as **Exhibit "D."**

24)    All documents relating to any payments made or owed to Robertson or any of the Robertson Entities by Carol Edmondson, W.E. Edmondson or James Edmondson from January 1, 2008 to the present, including, but not limited to, the checks attached hereto as **Exhibit "E."**

25)    A list of all addresses where Robertson or any of the Robertson Entities have resided, lived, stayed or maintained any office or business from January 1, 2008 to the present.

26)    All documents related to any security deed or other mortgage or encumbrance on the property located at 78 Wall Street, Hampton, Georgia 30228, including, but not limited to, checks, money orders, or other documents evincing payments thereon.

27)    All documents relating to any real property in Florida owned or in which Robertson or any of the Robertson Entities held or hold any interest from January 1, 2008 to the present.

28)    All documents related to the Robertson's transfers of the properties included in the Deeds attached hereto as **Exhibit "F."**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| BRENDA KAY ROBERTSON | ) | CASE NO. 15-53700-WLH |
| | ) | |
| Debtor. | ) | JUDGE WENDY L. HAGENAU |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a true and correct copy of the within and foregoing **Motion for 2004 Examination of Debtor Brenda Kay Robertson** upon the following by having a copy of same placed in the United States Mail with adequate postage thereon and properly addressed as follows:

Samuel D. Hicks
Hicks, Casy & Morton, P.C.
Suite 100
136 North Fairground Street
Marietta, GA 30060

Brenda K. Robertson
78 Wall Street
Hampton, GA 30228

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 200
3433 Peachtree Road, NE
Atlanta, GA 30326

Michael J. Bargar
Arnall Golden Gregory LLP
171 17th Street, NW
Suite 2100
Atlanta, GA 30363

This 15th day of April, 2015.

/s/ Beth E. Rogers
Beth E. Rogers, Georgia Bar No. 612092

'09690
00532

FILED 26723
CLAYTON CO., GA

2009 AUG 13  AM 10: 25

LINDA T. MILLER
CLERK SUPERIOR COURT

### FIRST MODIFICATION OF

### PROMISSORY NOTE

### AND DEED TO SECURE DEBT

Cross reference to Deed Book 9410, Page 270 Clayton County, Georgia records

This Modification Agreement is made and entered into as of this 24th day of July 2009, by and between Garva Investments, Inc. (hereinafter "Borrower") and Brenda Kay Robertson as Executor of the Estate of Woodrow William Edmondson, a/k/a W.W. Edmondson Successor in Interest to J. Mark Brittain as Conservator of Woodrow W. Edmondson (hereinafter "Lender").

### WITNESSETH:

WHEREAS, On March 19, 2008, Borrower executed, in favor of W. W. Edmondson, a Promissory Note in the original principal amount of $450,000.00, which Promissory Note (hereinafter referred to as "Note") is secured by a Deed to Secure Debt (hereinafter referred to as the "Deed to Secure Debt") of even date therewith and which Deed to Secure Debt is now recorded in Deed Book 9410, Page 270, Clayton County, Georgia records; and,

WHEREAS, W.W. Edmondson is now deceased and the assets of W.W. Edmondson have passed to Brenda Kay Robertson as Executor of the Estate of W.W. Edmondson; and,

WHEREAS, Borrower and Lender desire to increase the rate at which the loan is amortized, to reduce the accrual rate of interest on the Note and to provide to Borrower a discount on the total principal amount of the Note in consideration of an increased amortization term;

NOW THEREFORE, for and in consideration of the sum of TEN DOLLARS ($10.00) and other good and valuable considerations, the receipt and sufficiency of which is hereby acknowledged by Lender, Lender and Borrower do hereby agree as follows:

**1.**

The parties agree that all monthly installment payments have been made as and when they have become

BK09690PG532

EXHIBIT

A

09690
00533

due and that, after the July 19, 2009 installment (which has been paid) the outstanding principal balance on the Note immediately prior to the execution of this agreement was $385,347.42. The parties agree that the outstanding principal balance on the indebtedness after the July 19, 2009 installment shall be reduced by 10% such that the present outstanding principal balance is now agreed to be $346,812.68.

2.

As of July 19, 2009, the interest rate on the outstanding principal balance ($346,812.68) shall be 5% per annum.

3.

Borrower agrees that beginning August 19, 2009 and continuing on the 19th day of each month thereafter, he shall make monthly installments of $50,373.81 each to be applied first to outstanding interest with the balance to be applied to principal and that such payments shall continue until the indebtedness as modified by this Agreement, is paid in full.

4.

Except as modified hereby, all the remaining terms of the Note and Deed to Secure Debt shall remain in full force and effect.

IN WITNESS WHEREOF, the parties have hereunto placed their hands and seals the day and year above first written.

Witness

Notary Public
My commission expires:

Witness

Notary Public
My commission expires:
h:\SAS\Carva.B\tmln.mdfctn.M\modify of Note full 2SD.wpd

GARVA INVESTMENTS, INC.

By: _____
    William Garcia, President
                    (CORP SEAL)

_____ (SEAL)
Brenda Kay Robertson as Executor of the Estate
of W.W. Edmondson

BK09690P6533

09410
00270

14237

FILED
CLAYTON CO., GA

2008 APR -4  AM 10: 57

LINDA T. MILLER
CLERK SUPERIOR COURT

RETURN TO
SHUP... ...S & ROSS
6259 R...     ...
Riv......     ...  648

07-56988
GGARVA INVESTMENTS, INC.

STATE OF GEORGIA
COUNTY OF CLAYTON

## SECURITY DEED AND AGREEMENT

**THIS INDENTURE** is made this 19th day of March, 2008, by and between Garva Investments, Inc., party of the first part, hereinafter referred to as "Grantor"; and  W. W. Edmondson, c/o J. Mark Brittain, Conservator, 280 Country Club Drive, Suite 200, Stockbridge, Georgia 30281, party of the second part, hereinafter referred to as "Grantee";

### WITNESSETH

**FOR AND IN CONSIDERATION** of the financial accommodations to Grantor by Grantee resulting in the obligation which is hereinafter more particularly described, and in order to secure that obligation, Grantor hereby grants, bargains, conveys, transfers, assigns and sells unto Grantee the following described land:

ALL THAT TRACT OR PARCEL OF LAND lying and being in Land Lot 207 of the 13th District of Clayton County, Georgia and being more particularly described on Exhibit "A" attached hereto and made part hereof.

THIS IS A PURCHASE MONEY DEED TO SECURE DEBT

Anything herein to the contrary notwithstanding this instrument shall create a perpetual security interest as the same is defined in O.C.G.A.§ 44-14-80.

**TOGETHER WITH ANY AND ALL** of the following:
(i)      all buildings, structures and other improvements now or hereafter located thereon or on any part or parcel thereof and all fixtures affixed or attached, actually or constructively, thereto;
(ii)     all and singular the tenements, hereditaments, easements and appurtenances belonging thereunto or in any wise appertaining thereto and the reversion and reversions, remainder or remainders thereof;

BK0941 0PG270

**EXHIBIT**

_B_

09410
00271

    (iii)    all rents, issues, income, revenues and profits accruing therefrom whether now or hereafter due;

    (iv)    all accounts and contract rights now or hereafter arising in connection with any part or parcel thereof or any buildings, structures or improvements now or hereafter located thereon, including without limitation all accounts and contract rights in and to all leases or undertakings to lease now or hereafter affecting the land or any buildings, structures, or improvements thereon;

    (v)    all minerals, flowers, crops, trees, timber, shrubbery and other embalments now or hereafter located thereon or thereunder or on or under any part or parcel thereof;

    (vi)    all estates, rights, title and interest therein, or in any part or parcel thereof;

**TO HAVE AND HOLD** the Premises to the only proper use, benefit and behoof of Grantee, forever, in fee simple.

**GRANTOR WARRANTS** that Grantor has good title to the Premises, that Grantor is lawfully seized and possessed of the Premises, that Grantor has the right to convey the Premises, that the Premises are unencumbered except as may be herein expressly provided and that Grantor shall forever warrant and defend the title to the Premises unto Grantee against the claims of all persons whomsoever.

**THIS INSTRUMENT IS A DEED** passing legal title pursuant to the laws of the State of Georgia governing deeds to secure debt and a security agreement granting a security interest pursuant to the Uniform Commercial Code of the State of Georgia, and it is not a mortgage. This deed and security agreement is made and intended to secure:

    (i)    an obligation of Grantor to Grantee evidenced as follows:

One Promissory Note in the original principal amount of $450,000.00, which Promissory Note is due and payable in full no later than February 19, 2011.

    (ii)    any and all renewal or renewals, extension or extensions, advances, modification or modifications thereof, and substitution or substitutions therefor, either in whole or in part; and

The obligations which this deed and security agreement is given to secure are hereinafter sometimes referred to collectively as the "Indebtedness." This deed and security agreement is hereinafter sometimes referred to as this "Security Deed."

**GRANTOR COVENANTS AND AGREES:**

    (1)    *Junior Encumbrances*: Grantor may create encumbrances on the Premises which are junior and inferior in terms of priority to this Security Deed.

    (2)    *Payments by Grantor*: Grantor shall pay, when due and payable:

        (i)    the Indebtedness in accordance with the terms and conditions of the instruments evidencing the same;

        (ii)    all taxes, all assessments, general or special, and all other charges levied on or assessed or placed or made against the Premises, this Security Deed, the Indebtedness or any interest of Grantee in the Premises, this Security Deed or the Indebtedness;

        (iii)    premiums on policies of fire and casualty insurance covering the Premises, as required by this Security Deed;

        (iv)    premiums on all life insurance policies now or hereafter pledged as collateral for the Indebtedness or any part thereof;

        (v)    premiums for all liability, rental, mortgage and flood insurance policies

BK 0941 0P627

09410
00272

required by this Security Deed or now or hereafter required by Grantee in
connection with the Premises or the Indebtedness or any part of either; and

(vi)   all ground rents, lease rentals and other payments respecting the Premises
payable by Grantor. Grantor shall promptly deliver to Grantee, upon request
by Grantee, receipts showing payment in full of all the foregoing items;
provided, however, that Grantee shall not require a receipt showing payment
in full of the Indebtedness. In the event any state, federal, municipal or other
governmental law, order, rule or regulation becomes effective subsequent to
the date hereof and in any manner changes or modifies the laws in force on
the date hereof governing the taxation of the Indebtedness or the manner of
collecting the taxes thereon so as to adversely affect Grantee by requiring that
a payment or payments be made or other action be taken to protect Grantee's
interest under this Security Deed or the Indebtedness, Grantor shall promptly
pay any amounts required on or before the date the same are due or take any
other action required on or before the date any such action must be taken.

(3)   *Grantee's Acts on Behalf of Grantor*: In the event Grantor shall either fail or refuse
to pay or cause to be paid, as the same shall become due and payable, any item
(including all items specified at Paragraph (2) immediately above) which Grantor is
required to pay hereunder or which Grantor may pay to cure an event of default
hereunder, or in the event Grantor shall either fail or refuse to do or perform any act
which Grantor is obligated to do or perform hereunder or which Grantor may do or
perform to cure an event of default hereunder, then Grantee, at Grantee's option, may
make such payment or do or perform such act on behalf of Grantor. All such
payments made by Grantee and all costs and expenses incurred by Grantee in doing
or performing all such acts shall be and shall become part of the Indebtedness secured
hereby and shall bear interest at the highest rate per annum then being charged with
respect to any part of the indebtedness secured hereby from the date paid or incurred
by Grantee, and such interest thereon shall also be part of the Indebtedness secured
hereby.

(4)   *Further Assurances*: Grantor shall, at any time and from time to time upon request
by Grantee, make, execute and deliver, or cause to be made, executed and delivered,
any and all other and further instruments, documents, certificates, agreements, letters,
representations and other writings which may be necessary or desirable, in the
opinion of Grantee, in order to effectuate, complete, correct, perfect or continue and
preserve the obligations of Grantor under the Indebtedness and the lien and security
interest of Grantee hereunder. Grantor shall upon request by Grantee certify in
writing to Grantee, or to any proposed assignee of this Security Deed, the amount of
principal and interest then owing on the Indebtedness and whether or not any set-offs
or defenses exist against all or any part of the Indebtedness.

(5)   *Rents and Leases*: Grantor hereby transfers, assigns and conveys unto Grantee all of
Grantor's right, title and interest in and to all leases or undertakings to lease now or
hereafter existing or made, and all other agreements for use or occupancy, with
respect to the Premises or any part thereof, and grants to Grantee a security interest
in all rents, issues, income, revenues, profits, accounts and contract rights due or to
become due thereunder or otherwise deriving from the use and occupancy of the

BK09410PG0272

09410
00281

## Parcel 1

All that tract or parcel of land lying and being in Land Lot 206 and 207 of the 13th District of Clayton County, Georgia and being shown as "out area" containing 0.857 acres on a plat prepared for W. Earl Edmondson and Brenda K. Robertson dated July 30, 1996 by Alvin E. Vaughn and Associates, Inc. and being more particularly described according to said plat as follows:

Commence at the intersection of the western right-of-way of Tara Boulevard (250 ft. right-of-way) with the northerly right-of-way (40 ft. right-of-way) of Museum Circle; run thence along the northerly right-of-way of Museum Circle along an arc of a curve to the left of a chord having been subtended 90.88 feet, said arc having a radius of 318.72 feet and said chord having a bearing and distance of north 87 degrees 54 minutes 14 seconds west 91.20 feet to an iron pin; run thence along the northerly right-of-way of Museum Circle south 83 degrees 53 minutes 57 seconds west 235.80 feet to an iron pin; run thence north 12 degrees 26 minutes 08 seconds west 130.94 feet to an iron pin; run thence north 88 degrees 03 minutes 31 seconds east 304.50 feet to an iron pin located on the western right-of-way of Tara Boulevard; run thence south 22 degrees 53 minutes 08 seconds east along the western right-of-way of Tara Boulevard a distance of 126.40 feet to a point and the point of beginning.

I:\SASHolding\Tara.WD.legal.wpd

REDE Page 108 of 108

1294

TIGHT SEAL WATER PROOFING LLC
951 HUTCHINSON RD
WILLIAMSON, GA 30292

DATE 12/18/14    84-751-611

PAY
TO THE
ORDER OF _____    $ 5000.—

Five Thousand & 00/100 _____ DOLLARS

**United**Bank

FOR _____

⑈⑈001294⑈⑈ ⑈⑈061107515⑈⑈

REQUEST 00005934995000000 5000.00
ROLL ECIA   20141218  0000022
JOB ECIA  B  ACCT 0000009
REQUESTOR A909293
11080958  01/23/2015 Research 11081977

Subpoena Processing Philadelphia
Y1372-032
Philadelphia  PA  19101

EXHIBIT
C

RHDB Page 89 of 108

**TIGHT SEAL WATER PROOFING LLC**
951 HUTCHINSON RD
WILLIAMSON, GA 30292

1292

64-751-611

DATE _11-3-14_

PAY TO THE ORDER OF _____    $ 5,000

_Five thousand & 00/100_ _____ DOLLARS

**UnitedBank**

FOR _____

⑆00129⑆ ⑆061107515⑆

REQUEST 00005934995000000 5000.00
ROLL RCIA  20141103  0000021
JOB RCIA E ACCT 0000000000
REQUESTOR A909293
11080958  01/23/2015 Research 11081977

Subpoena Processing Philadelphia
Y1372-032
Philadelphia PA 19101

```
VIRTUAL Internal Use Only Form-United Bank
400 GRIFFIN ST ZEBULON GA 30295 - 770-567-

DDA Deposit
CREDIT    Drawer:  303        04/07/2014
          Trans#:  171        15:57:57
Acct#
DDA Deposit                   21,177.42
```



Check: 0 Amount: $21,177.42 Date: 4/7/2014
Run: 900, Batch: 300, Seq: 32

Check: 0 Amount: $21,177.42 Date: 4/7/2014
Run: 900, Batch: 300, Seq: 32



Check: 0 Amount: $21,177.42 Date: 4/7/2014
Run: 900, Batch: 300, Seq: 33

Check: 0 Amount: $21,177.42 Date: 4/7/2014
Run: 900, Batch: 300, Seq: 33

```
VIRTUAL Internal Use Only Form-United Bank
400 GRIFFIN ST ZEBULON GA 30295 - 770-567-

DDA Deposit
CREDIT   Drawer:  308        02/20/2014
         Trans#:   69        16:26:43
Acct#
DDA Deposit                   41,595.38
```

Check: 0 Amount: $41,595.38 Date: 2/20/2014
Run: 900, Batch: 314, Seq: 40

```
United Bank
  308    69
```

Check: 0 Amount: $41,595.38 Date: 2/20/2014
Run: 900, Batch: 314, Seq: 40



Check: 0 Amount: $41,595.38 Date: 2/20/2014
Run: 900, Batch: 314, Seq: 41



Check: 0 Amount: $41,595.38 Date: 2/20/2014
Run: 900, Batch: 314, Seq: 41

REDE Page 19 of 108

*StateFarm* **STATE FARM FIRE AND CASUALTY COMPANY**
11350 Johns Creek Parkway
Duluth, GA 30098-0001

WACHOVIA BANK, NA
CHARLOTTE, NO

527 819920

POLICY NUMBER    91-LQ-8195-8        DATE   SEP 18 2013
PPC REFUND        269.00

PAY TO THE
ORDER OF   ROBERTSON, BRENDA                    R F
950 EAGLE LNDNG PKWY STE 168
STOCKBRIDGE GA  30281-7543

$  *******93.11

NINETY THREE DOLLARS AND 11 CENTS

CHAIRMAN

TREASURER

1300    701

COMPANY LOGO WATERMARK APPEARS ON BACK. HOLD AT AN ANGLE TO VIEW WHEN COPIED CHECK IS MISSING.

⑆27508199 20⑆  ⑆061209756⑆



REQUEST 00005934995000000 93.11
ROLL ECIA  20131009 00000447198
JOB ECIA  B  ACCT 16420799000
REQUESTOR A909293
11080958 01/23/2015 Research 11081977

Subpoena Processing Philadelphia
Y1372-032
Philadelphia PA 19101

---

**EXHIBIT**

tabbies

REDR Page 16 of 108

*StateFarm* **STATE FARM FIRE AND CASUALTY COMPANY**

CATASTROPHE SERVICES
CAT FIRE CCS PRO P10PCL14D

WACHOVIA BANK, NA 64-975/612
CHARLOTTE, NC 43085

1  27  212130 J

DATE 07-03-2013
MM DD YYYY

CLAIM NO 11-2J55-907        INSURED ROBERTSON, BRENDA
LOSS DATE 03-18-2013

****EXACTLY ONE THOUSAND FIVE HUNDRED TWENTY-FOUR AND 36/100 DOLLARS        $*****1,524.36

Pay to the
Order of: BRENDA ROBERTSON & PHH MORTGAGE CORPORATION ITS SUCC ANDOR ASSIGNS
ATIMA

Loon # 7019668187        4801013

SECURED DOCUMENT WATERMARK APPEARS ON BACK, HOLD AT 45° ANGLE FOR VIEWING

AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE

⑈"271721213O⑈ ⑈:061209756⑈:

JUL 2 4 2013

PAY TO THE ORDER OF
PHH MORTGAGE

MUST BE ENDORSED BY ALL PAYEES

This Notice Only Applies to Vendors and Service Providers.

By endorsing this payment for your services you agree not to use or disclose any personal customer information received from us unless necessary for the services we requested.

WELLS FARGO BANK NA ATL
201138805 E9810   PKT 04
#6910-0001-94

REQUEST 00005934995000000 1524.36
ROLL ECIA  20130805  000004470802
JOB ECIA E ACCT 16420799000
REQUESTOR A909293
11080958 01/23/2015 Research 11081977

Subpoena Processing Philadelphia
Y1372-032
Philadelphia PA 19101

RBDE Page 15 of 108

StateFarm STATE FARM FIRE AND CASUALTY COMPANY    1 27 211202 J
CATASTROPHE SERVICES    WACHOVIA BANK, NA 04-975/612
CAT FIRE CCS PRO P10PCL140    CHARLOTTE, NC 63085

CLAIM NO  11-2H75-869    INSURED  ROBERTSON, BRENDA    07-03-2013
LOSS DATE  03-18-2013    DATE  MM DD YYYY

****EXACTLY THREE THOUSAND ONE HUNDRED EIGHTEEN AND 41/100 DOLLARS    $*****3,118.41

Pay to the
Order of: BRENDA ROBERTSON & PHH MORTGAGE CORPORATION ITS SUCC ANDOR ASSIGNS
ATIMA

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

SECURED DOCUMENT WATERMARK APPEARS ON BACK, HOLD AT 45° ANGLE FOR VIEWING

JUL 2 4 2013

MUST BE ENDORSED BY ALL PAYEES

REQUEST 00005934995000000 3118.41
ROLL ECIA  20130805 00000447080
JOB ECIA B ACCT 164
REQUESTOR A909293
11080958 01/23/2015 Research 11081977

Subpoena Processing Philadelphia
Y1372-032
Philadelphia PA 19101

REDB Page 14 of 108

State Farm **STATE FARM FIRE AND CASUALTY COMPANY**
CATASTROPHE SERVICES          WACHOVIA BANK, NA  64-975/612
CAT FIRE CCS PRO  PCB539PCL348          CHARLOTTE, NC  43095

1  27  219266  J

CLAIM NO  11-2J66-912          INSURED  ROBERTSON, BRENDA K
LOSS DATE  03-18-2013

DATE  07-08-2013
MM DD YYYY

**EXACTLY TWO THOUSAND THREE HUNDRED FORTY-EIGHT AND 78/100 DOLLARS          $*****2,348.78

Pay to the
Order of: BRENDA K. ROBERTSON & PHH MORTGAGE CORPORATION ITS SUCC ANDOR ASSIGNS
ATIMA

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

Loan #: 7179668712          #801013
SECURED DOCUMENT WATERMARK APPEARS ON BACK, HOLD AT 45° ANGLE FOR VIEWING

⑈271721⑈266⑈  ⑆061209756⑈

JUL 2 4 2013

MUST BE ENDORSED BY ALL PAYEES

WELLS FARGO BANK NA ATL
20130805 E0010   PKY #

REQUEST 00005934995000000 2348.78
ROLL ECIA  20130805 0000044708028
JOB ECIA  B  ACCT 16420799000
REQUESTOR A909293
11080958  01/23/2015 Research 11081977

Subpoena Processing Philadelphia
Y1372-032
Philadelphia PA  19101

REDE Page 13 of 108

**State Farm** STATE FARM FIRE AND CASUALTY COMPANY
CATASTROPHE SERVICES          WACHOVIA BANK, NA  64-973/612.
CAT FIRE ECS PRO  P10PCL140          CHARLOTTE, NC  43009

1  27  211190  J

07-03-2013
DATE  MM DD YYYY

CLAIM NO  11-2J55-918        INSURED ROBERTSON, BRENDA
LOSS DATE 09-18-2013

*********EXACTLY ONE THOUSAND SIX HUNDRED SIXTEEN AND 26/100 DOLLARS          $*****1,616.26

Pay to the
Order of: BRENDA ROBERTSON & PHH MORTGAGE CORPORATION ITS SUCC ANDOR ASSIGNS
ATIMA  

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

Loan #  707868153      # 801013
SECURED DOCUMENT WATERMARK APPEARS ON BACK, HOLD AT 45° ANGLE FOR VIEWING

JUL 2 4 2013

⑆271721119⑈0⑆  ⑆061209758⑆

WELLS FARGO BANK NA ATL
20130805 E0010    FKT K

PAY TO THE ORDER OF
WELLS FARGO
PHH MORTGAGE

MUST BE ENDORSED BY ALL PAYEES

This Notice Only Applies to Vendors and Service Providers.
By endorsing this payment for which you are the payee or service provider, you agree not to use or disclose any personal information received from us unless required for the services we requested.

REQUEST 00005934995000000 1616.26
ROLL ECIA   20130805  00000447080
JOB ECIA  E  ACCT 16420799000
REQUESTOR A909293
11080958  01/23/2015 Research 11081977

Subpoena Processing Philadelphia
Y1372-032
Philadelphia PA  19101

REDB Page 11 of 108

Wachovia Bank, National Association

DULUTH, GEORGIA

5 27    800 683    Q

CLAIM NUMBER 11-2J55-912    DATE OF LOSS 03/18/13    NAME OF INSURED Brenda Robertson    ISSUED DATE 04/13/13

PAY TO THE ORDER OF Brenda K Robertson and PHN Mortgage Corporation

Five - Thousand Four - Hundred and Eighty-Two and 58/100 DOLLARS    $ 5,482.58

NOT TO EXCEED $90,000

☐ STATE FARM GENERAL INSURANCE COMPANY
☐ STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS    T#4822248
☑ STATE FARM FIRE AND CASUALTY COMPANY
☐ STATE FARM LLOYDS
☐ STATE FARM FLORIDA INSURANCE COMPANY    Loss to 2029668162

APR 3 0 2013

AUTHORIZED SIGNATURE

COMPANY LOGOS APPEAR ON BACK SIDE AT 45° ANGLE FOR VIEWING

⑃2759800683⑃ ⑆061209756⑆ 30

MUST BE ENDORSED BY ALL PAYEES

PAY TO THE ORDER OF
Brenda K Robertson
PHN MORTGAGE

This Notice Only Applies to Vendors and Service Providers.
By receiving this payment for your services, you agree not to use or disclose any personal customer information received from us unless necessary for the services we requested.

REQUEST 00005934995000000 5482.58
ROLL BCIA  20130508  00000█████████
JOB BCIA  E  ACCT 1642█████████
REQUESTOR A909293
11080958  01/23/2015 Research 11081977

Subpoena Processing Philadelphia
Y1372-032
Philadelphia PA 19101

REDE Page 9 of 108

Wachovia Bank, National Association

DULUTH, GEORGIA

CLAIM NUMBER 16-2475-859   DATE OF LOSS 8/18/13   NAME OF INSURED Robertson, Brenda   ISSUED DATE 4/7/13

5 27   992 149   Q

PAY TO THE ORDER OF   Brenda Robertson and PHH Mortgage Corporation

sixty nine hundred fifteen dollars and 28/xx                    DOLLARS   $ 6,915 28/xx

NOT TO EXCEED $99,000

☐ STATE FARM GENERAL INSURANCE COMPANY
☑ STATE FARM FIRE AND CASUALTY COMPANY   N801013
☐ STATE FARM LLOYDS
☐ STATE FARM FLORIDA INSURANCE COMPANY
PHH Mte Loan #2 7029468237

APR 17 2014

AUTHORIZED SIGNATURE

COMPANY LOGOS APPEAR ON BACK. HOLD AT 45° ANGLE FOR VIEWING.

MUST BE ENDORSED BY ALL PAYEES

PAY TO THE ORDER OF
PHH MORTGAGE

REQUEST 0000059349950000000 6915.28
ROLL ECIA   20130425  00000228314
JOB ECIA  E  ACCT
REQUESTOR A909293
11080958  01/23/2015 Research 11081977

Subpoena Processing Philadelphia
Y1372-032
Philadelphia  PA  19101

RHDE Page 7 of 108

DULUTH, GEORGIA

Wachovia Bank, National Association

527  996 904  Q

CLAIM NUMBER 11-2355-918  DATE OF LOSS 3/18/13  NAME OF INSURED Robertson, Brenda  ISSUED DATE 4/15/13

ORDER OF

Five Thousand - one - hundred - ninety two and 80/100 DOLLARS  $ 5,192 80

NOT TO EXCEED $60,000

☐ STATE FARM GENERAL INSURANCE COMPANY
☐ STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS
☐ STATE FARM FIRE AND CASUALTY COMPANY
☐ STATE FARM LLOYDS
☐ STATE FARM FLORIDA INSURANCE COMPANY

AUTHORIZED SIGNATURE

VOID

COMPANY LOGOS APPEAR ON BACK, HOLD AT 45° ANGLE FOR VIEWING

⑈2759996904⑈ ⑆061209756⑆

MUST BE ENDORSED BY ALL PAYEES

This notice to the applies to borrowers and Service Providers.
By endorsing this payment for your services, you agree not to use or disclose any personal customer information received from us unless necessary for the services we requested.

REQUEST 00005934995000000 5192.80
ROLL ECIA   20130417  00000228243
JOB ECIA  B  ACCT
REQUESTOR A909293
11080958  01/23/2015 Research 11081977

Subpoena Processing Philadelphia
Y1372-032
Philadelphia PA 19101

REDB Page 5 of 108

DULUTH, GEORGIA    Western Bank, National Association    04-075/612    5 27    997 902    Q

CLAIM NUMBER  11-2J55-907    DATE OF LOSS  3-18-13    NAME OF INSURED  Robertson    ISSUED DATE  4-05-13

ORDER OF  Robertson

Four thousand and seven + 90/100 ——————————— DOLLARS  $ 4,007.90/100
                                                           NOT TO EXCEED $40,000

☐ STATE FARM GENERAL INSURANCE COMPANY
☐ STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS
☒ STATE FARM FIRE AND CASUALTY COMPANY          M. Miles
☐ STATE FARM LLOYDS                             AUTHORIZED SIGNATURE
☐ STATE FARM FLORIDA INSURANCE COMPANY

COMPANY LOGOS APPEAR ON BACK. HOLD AT 45° ANGLE FOR VIEWING.

⑈275999790⑈ ⑆061209758⑆

MUST BE ENDORSED BY ALL PAYEES

This Notice Only Applies to Vendors and Service Providers

By endorsing this payment for your services, you agree not to use or disclose any personal customer information received from us unless necessary for the services we requested.

REQUEST 00006934995000000 4007.90
ROLL ECIA   20130410 000092
JOB ECIA E ACCT
REQUESTOR A909293
11080958  01/23/2015 Research 11081977

Subpoena Processing Philadelphia
Y1372-032
Philadelphia PA 19101

REDE Page 59 of 108



Account: JAMES

CAROL J EDMONDSON
M E EDMONDSON
4292 HIDDEN LAKES DR
PORT ORANGE, FL 32129-7826

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

$500.00

4/030

Please Direct Any Questions To:
(888) 733-0553
ONLINE BANKING - BILL PAYMENT

0000005116

BANK OF AMERICA, N.A.    JULY 02, 2014

Pay FIVE HUNDRED AND 00/100    DOLLARS

$ *******500.00

TO THE ORDER OF

BRENDA ROBERTSON
78 WALL ST
HAMPTON, GA 30228-2038

Void After 180 DAYS
Signature On File
This check has been authorized
by your depositor

⑈005116⑈    ⑆063000047⑆    189

228296402?

REQUEST 000059349995000000 500.00
ROLL ECIA   20140715  000057
JOB ECIA E  ACCT 00006
REQUESTOR A909293
11080958  01/23/2015 Research 11081977

Subpoena Processing Philadelphia
Y1372-032
Philadelphia PA 19101



EXHIBIT

E

REDR Page 49 of 108

**Account** **JAMES**    PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER    $1,000.00

Please Direct Any Questions To    4/836
(800) 799-9888
CAROL J EDMONDSON    ONLINE BANKING - BILL PAYMENT    0000005073
W E EDMONDSON
4262 HIDDEN LAKES DR
PORT ORANGE, FL 32129-7828
BANK OF AMERICA, N.A.    **March 13, 2014**

Pay ONE THOUSAND AND 00/100    **DOLLARS**

$ ******1,000.00

02036 1 AB0 A00    A00    303
>02E3L 2227801 001 080008    00001/00001
TO
THE    BRENDA ROBERTSON
ORDER    78 WALL ST
OF    HAMPTON, GA 30228-2038

Void After  180 DAYS.
*Signature On File*
This check has been authorized
by your depositor

⑈005073⑈    ⑆063000047⑆    189

REQUEST 000005934995000000 1000.00
ROLL BCIA  20140408  000002283118243+
JOB BCIA B  ACCT 00068
REQUESTOR A909293
11080958  01/23/2015 Research 11081977

Subpoena Processing.Philadelphia
Y1372-032
Philadelphia PA 19101

RECE Page 43 of 108

DOCUMENT CONTAINS COLORED BACKGROUND ON REVERSE SIDE - VOID FEATURE: SIMULATED WATERMARK (no color print) DO NOT COPY

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

**Account:    JAMES**                                        $500.00

CAROL J EDMONDSON                  Please Direct Any Questions To        41830
W E EDMONDSON                      (866) 796-0866
4252 HIDDEN LAKES DR               ONLINE BANKING - BILL PAYMENT         0000005068
PORT ORANGE, FL 32129-7628
                                   BANK OF AMERICA, N.A.                 **March 04, 2014**

Pay **FIVE HUNDRED AND 00/100** *************************************************        **DOLLARS**

                                                                        $   *******500.00

TO        14094 1AB 0.406     ADO    389
THE       514034  2806433  001  060005    00001/00001
ORDER     BRENDA ROBERTSON                              Void After 180 DAYS.
OF        75 WALL ST                                    Signature On File
          HAMPTON, GA 30228-2038                        This check has been authorized
                                                        by your depositor

⑈005068⑈    ⑈063000047⑈  ⑈⑈⑈⑈⑈⑈ 500⑈  189



REQUEST 00005934995000000 500.00
ROLL ECIA   20140310 000002227
JOB ECIA E ACCT 00009
REQUESTOR A909293
11080958 01/23/2015 Research 11081977

Subpoena Processing Philadelphia
Y1372-032
Philadelphia PA 19101

PAY to the order of _James E. Monroe_                    Date _3/29/13_

_Seven hundred_ & _no/100_                                    $ _700.00_

                                                                    Dollars

Wells Fargo Bank N.A.
Georgia
wellsfargo.com

For _Ivy 1547 Stockbridge_

REQUEST 00005934994000000 700.00
ROLL ECIA   20130329   ████████1950
JOB ECIA  E  ACCT 2970███████████
REQUESTOR A909293
11080958  01/23/2015 Research 11081975

Subpoena Processing Philadelphia
Y1372-032
Philadelphia  PA  19101



REQUEST 00005934994000000 300.00
ROLL ECIA
JOB ECIA E ACCT 5314
REQUESTOR A909293
11080958  01/23/2015 Research 11081975

Subpoena Processing Philadelphia
Y1372-032
Philadelphia PA 19101



REQUEST 00005934994000000 900.00
ROLL ECIA   20140417  000002186921500
JOB ECIA  E  ACCT 2970009016945314
REQUESTOR A909293
11080958  01/23/2015 Research 11081975

Subpoena Processing Philadelphia
Y1372-032
Philadelphia PA  19101



REQUEST 00005934994000000 200.00
ROLL ECIA   20140925  000█████████/183
JOB ECIA  E  ACCT ██████████5314
REQUESTOR A909293
11080958  01/23/2015 Research 11081975

Subpoena Processing Philadelphia
Y1372-032
Philadelphia  PA  19101

Return document to:
Rebecca Polston Daily, P.C.
P.O. Box 745
Social Circle, GA 30025
(770) 464-3330

Doc ID: C09034160002 Type: WD
Recorded: 02/06/2014 at 08:10:48 PM
Fee Amt: $110.00 Page 1 of 2
Transfer Tax: $100.00
Rockdale County Superior Court
Ruth A. Wilson Clerk
BK 5498 PG 147-148

# WARRANTY DEED

STATE OF GEORGIA
COUNTY OF WALTON

THIS INDENTURE, made this 30th day of January, in the year of our Lord Two
Thousand Fourteen between ANGELIA GRISWELL, as party of the first part, hereinafter
called Grantor, and JOHNNIE EARL ROBERTSON, JR. and BRENDA ROBERTSON, as
parties of the second part, hereinafter called Grantees (the words "Grantor" and "Grantees" to
include their respective heirs, successors and assigns where the context requires or permits).

WITNESSETH, That Grantor, for and in consideration of the sum of TEN DOLLARS
AND OTHER CONSIDERATION, in hand paid at and before the sealing and delivery of these
presents, the receipt whereof is hereby acknowledged, have granted, bargained, sold and
conveyed, and by these presents do grant, bargain, sell and convey unto the said Grantees:

All that tract or parcel of land lying and being Land Lot 280 of the 16th District of
Rockdale County, Georgia, being shown as Tract One, containing 8.03 acres, more or less,
on revised final plat for CHARLES E. POPE and DORIS E. POPE, dated March 10, 2010,
prepared by Patrick & Associates, Inc. Engineering & Surveying, certified by Louie D.
Patrick, Georgia R.L.S. No. 1757, recorded in Plat Book 36, page 175, Rockdale County
Records. Said plat is by reference incorporated herein and made a part hereof for the
purpose of providing a more complete and accurate description of the property conveyed.

Subject property is known as 1205 Humphries Road, Conyers, Georgia 30012
according to the current system of numbering property in Rockdale County, Georgia.

TO HAVE AND TO HOLD, The said bargained premises, together with all and singular
the rights, members and appurtenances thereof, to the same being, belonging or in anywise
appertaining, to the only proper use, benefit and behoof of JOHNNIE EARL ROBERTSON,
JR. and BRENDA ROBERTSON, the said Grantees, their successors and/or assigns forever in
Fee Simple.

AND THE SAID Grantor will warrant and forever defend the right and title to the above
described property unto the said Grantees against the claims of all persons whomsoever.

IN WITNESS WHEREOF, Grantor has hereunto set her hand and seal the day and year
first above written.

Sworn to and subscribed before me on
this 30th day of January, 2014.

_____                    _____ (SEAL)
Witness                                            ANGELIA GRISWELL

_____
Notary Public

EXHIBIT
F

Deed Book 47564 Pg  350
Filed and Recorded Feb-04-2009 07:19am
2009-0025083
Real Estate Transfer Tax $128.00
Cathelene Robinson
Clerk of Superior Court
Fulton County, Georgia

THE WINDHAM LAW FIRM
239 Village Center Parkway, #170
Stockbridge, GA 30281
678-565-8686

## W A R R A N T Y   D E E D

FILE NO:EL080557

STATE OF GEORGIA
COUNTY OF HENRY

This Indenture, made this 23rd day of January, in the year 2009, between STITH H. SHORT, of the County of Fulton, State of Georgia, as party or parties of the first part, hereinafter called Grantor, and BRENDA J. SHORT, as party or parties of the second part, hereinafter called Grantee, (the words "Grantor" and "Grantee" to include their respective heirs, successors and assigns where the context requires or permits).

W I T N E S S E T H that: Grantor, for and in consideration of the sum of TEN AND 00/100 ($10.00) Dollars and other good and valuable considerations in hand paid at and before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged, has granted, bargained, sold, aliened, conveyed and confirmed, and by these presents does grant, bargain, sell, alien, convey and confirm unto the said Grantee

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 133, 14TH DISTRICT, OF FULTON COUNTY, GEORGIA, AND BEING LOT 4, BLOCK I-I, JEFFERSON PARK, AS PER PLAT RECORDED IN PLAT BOOK 18, PAGE 6, IN THE OFFICE OF THE CLERK OF SUPERIOR COURT OF FULTON COUNTY, GEORGIA, WHICH PLAT IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART OF THIS DESCRIPTION; BEING IMPROVED PROPERTY KNOWN AS 1228 EAST FORREST AVENUE, ACCORDING TO THE PRESENT SYSTEM OF NUMBERING HOUSES IN FULTON COUNTY, GEORGIA. .

TO HAVE AND TO HOLD the said tract or parcel of land, with all and singular the rights, members, improvements and appurtenances to the said described premises in anywise appertaining or belonging, to the only proper use, benefit and behoof of the said Grantee forever in FEE SIMPLE.

AND THE SAID Grantor will warrant and forever defend the right and title to the above-property unto the said Grantee against the claims of all persons whomsoever.

IN WITNESS WHEREOF, the Grantor has signed and sealed this deed, the day and year above written.

Signed, sealed, and delivered in the presence of:

Witness

Notary Public

_____ (Seal)
STITH H. SHORT

_____ (Seal)

_____ (Seal)

_____ (Seal)

08626
00650

FILED
CLAYTON CO., GA

Clayton County, Georgia
Real Estate Transfer Tax

Paid __820.00__

Date __5-8-06__

*Linda T. Miller*
*Clerk, Superior Court*

2006 MAY -8 AM 10: 53

LINDA T. MILLER
CLERK SUPERIOR COURT
24652

RETURN TO:
SMITH, WELCH & BRITTAIN
280 Country Club Drive
Suite 200
Stockbridge, Georgia  30281
#06-5600

## WARRANTY DEED

STATE OF GEORGIA,

CLAYTON COUNTY.

IN CONSIDERATION OF ONE DOLLAR AND OTHER VALUABLE CONSIDERATION to it paid,

Grantor, CYPRESS, LLC, a Georgia limited liability company, of the County of

Henry, State of Georgia, does hereby sell and conveys unto B. KAY BUILDERS CORP.,

a Georgia corporation, of the County of Clayton, State of Georgia, its heirs and

assigns, a tract or parcel of land, which is described as follows:

All that tract or parcel of land lying and being in Land Lots 79 and 80 of
the 12th District of Clayton County, Georgia, and being Lots 6, 7, 8, 9, 10, 16,
17, 18, 19, 20, 68, 69, 70, 77, 78, 79, 80, 81, 89 and 90 of Arbor Place
Subdivision, as shown on a plat of survey made of Arbor Place, prepared by
Kenneth L. Nutt, Ga. R.L.S. #2104, dated March 6, 2006, and filed for record at
Plat Book 38, Pages 49, 50, 51, 52, 53, 54 and 55, Clayton County, Georgia
records.  The description of the property as contained on said plat of survey is
incorporated herein by reference made a part hereof.

THE ABOVE-DESCRIBED PROPERTY IS BEING CONVEYED SUBJECT TO RESTRICTIVE
COVENANTS OF RECORD, IF ANY.

TO HAVE AND TO HOLD said land and appurtenances unto said B. KAY BUILDERS

CORP., a Georgia corporation, its heirs, executors, administrators, and assigns,

in fee simple.

BK08626PG650

08626
00651

Grantor warrants the title to said land against the lawful claims of all persons.

IN WITNESS WHEREOF, Grantor, by and through its duly authorized officer, has hereunto set its hand and affixed its seal this the 24th day of April, 2006.

Signed, sealed and delivered
in the presence of:

_____
Unofficial Witness

_____
Notary Public

CYPRESS, LLC
A Georgia Limited Liability Company

BY: _____ (SEAL)
PAT GILLEY, as Attorney-in-Fact Under
Power of Attorney

MARY C. CERTING
NOTARY
My Comm Expires
July 9, 2008
PUBLIC
HENRY COUNTY, GEORGIA

BK08626PG651

BOOK      PAGE

011353 0245

DOC# 014416
FILED IN OFFICE
06/08/2009  12:47 PM
BK:11353  PG:245-247
BARBARA A. HARRISON
CLERK OF SUPERIOR COURT
HENRY COUNTY

REAL ESTATE TRANSFER TAX
PAID: $0.00

After Recording, Return This Document to:
James T. Johnston, Jr., LLC
900 Circle 75 Parkway
Ste. 1125
Atlanta, Georgia 30339-3084

PT-61 075-2009-004741

## QUITCLAIM DEED

THIS INDENTURE, made this 3rd day of _____, 2009, by and between **BRENDA K. ROBERTSON**, a Georgia resident (hereinafter referred to as "Grantor") and **WOODMOND VENTURES, LLC**, a Georgia limited liability company (hereinafter referred to as "Grantee").

### WITNESSETH:

That for and in consideration of the sum of One and No/100 Dollars ($1.00) and other valuable consideration, the receipt and sufficiency whereof are hereby acknowledged, Grantor does hereby remise, convey and forever QUITCLAIM unto Grantee, all those certain tracts, pieces or parcels of land more particularly described in Exhibit "A" attached hereto and by this reference made a part hereof (hereinafter referred to as the "Property").

**TO HAVE AND TO HOLD** said Property, together with all and singular the rights, members and appurtenances thereof, to the same being, belonging or in anywise appertaining to the only proper use, benefit and behoof of Grantee and the successors and assigns of Grantee, forever, IN FEE SIMPLE.

**IN WITNESS WHEREOF**, Grantor has hereunto set his hand and seal on the day, month and year first above written.

*-Signatures to appear on following page-*

- 1 -

011353 0246

Signed, sealed and delivered
in the presence of:

Witness

Notary Public

(NOTARY SEAL)

**GRANTOR:**

**BRENDA K. ROBERTSON**

Brenda K. Robertson

- 2 -

011353 0247

## EXHIBIT A

## LEGAL DESCRIPTION

All that tract or parcel of land lying and being in Land Lot 28 and 29 of the
12th District, Henry County, Georgia, being Lot 45, of Bay Court, as per plat
recorded in Plat Book 25, Page 187, Henry County Records, which plat is
incorporated herein by this reference and made a part of this description.

Habersham County, Georgia
Real Estate Transfer Tax

PAID _____ -0-

DATE _____ 6·8·09
David C. Wall
Clerk of Superior Court

088-2009-00 _2017

2009 JUN -8 AM II: 11

889 405-407
Book Page Recorded
David C. Wall

After Recording, Return This Document to:
James T. Johnston, Jr., LLC
900 Circle 75 Parkway
Ste. 1125
Atlanta, Georgia 30339-3084

## QUITCLAIM DEED

THIS INDENTURE, made this 3rd day of June, 2009, by and between BRENDA ROBERTSON, a Georgia resident (hereinafter referred to as "Grantor") and MYKASSI VENTURES, LLC, a Georgia limited liability company (hereinafter referred to as "Grantee").

### WITNESSETH:

That for and in consideration of the sum of One and No/100 Dollars ($1.00) and other valuable consideration, the receipt and sufficiency whereof are hereby acknowledged, Grantor does hereby remise, convey and forever QUITCLAIM unto Grantee, all those certain tracts, pieces or parcels of land more particularly described in Exhibit "A" attached hereto and by this reference made a part hereof (hereinafter referred to as the "Property").

TO HAVE AND TO HOLD said Property, together with all and singular the rights, members and appurtenances thereof, to the same being, belonging or in anywise appertaining to the only proper use, benefit and behoof of Grantee and the successors and assigns of Grantee, forever, IN FEE SIMPLE.

IN WITNESS WHEREOF, Grantor has hereunto set his hand and seal on the day, month and year first above written.

*-Signatures to appear on following page-*

- 1 -

Signed, sealed and delivered
in the presence of:

Witness

Notary Public

(NOTARY SEAL)

GRANTOR:

BRENDA ROBERTSON

_____ (L. S.)
Brenda Robertson

- 2 -

EXHIBIT A

LEGAL DESCRIPTION

Tract 1    ALL THAT TRACT or parcel of land lying and being in Land Lot
52 of the 11th District of Habersham County, Georgia,
containing 2.12 acres, more or less, designated as Lot 15 of
Soque Wilderness Sub-division according to plat of survey
prepared by Hubert Lovell, Registered surveyor dated August 2,
1979 and revised August 2, 1984, said plat being recorded in
Plat Book 20, page 193, to which said plat and the record
thereof reference is made for a more complete description.

Tract 2    ALL THAT TRACT or parcel of land lying and being in Land Lot 52 of the 11th Land District of
Habersham County, Georgia, and being designated as Lot 16, containing 1.89 acres, more or less, of
Soque Wilderness Subdivision, Phase One, as shown by plat of survey prepared by Hubert Lovell,
RLS, dated August 2, 1979, recorded int the office of the Clerk of Superior Court of Habersham
County, Georgia, in Plat Book 20, Page 193, and being more particularly described as follows:

BEGINNING at a point in the center of the Soque River, the same being a corner common to Lots 16
and 17 of said subdivision; thence along and with the center of said river North 36° 55' East 90.0 feet
and South 82° 38' East 230.6 feet to a point; thence North 69° 02' West 456.1 feet to a point in the center
of a cul-de-sac; thence leaving the center of a private roadway North 12° 26' East
106.3 feet to a point; thence South 41° 21' West 96.9 feet to an iron pin; thence South 24° 00' West 591.2
feet to the POINT OF BEGINNING.

NOTE: The above described property is conveyed subject to Protective Covenants imposed by an
instrument dated April 24, 1984, recorded in the office of the Clerk of Superior Court of Habersham
County, Georgia, in Deed Book 196, Page 330.

BOOK **3247** PAGE **215**

FILED & RECORDED
CLERK, SUPERIOR COURT
SPALDING COUNTY, GA.

2008 MAY 2 AM 10 06

BY _____ *ABeck*
MARCIA L. NORRIS, CLERK

SWB FILE NO. 08-0210
POLICY TYPE: Owner's

Return to:   Smith, Welch & Brittain
P. O. Box 10, 2200 Keys Ferry Court
McDonough, Georgia 30253
(770)957-3937

Real Estate Transfer Tax
Paid $ _____ 600.00
Date _____ 5-2-08
PT - 61 126-2008-1114
*Marcia L. Norris*
Clerk of Superior Court, Spalding Co., Ga.

## WARRANTY DEED

STATE OF GEORGIA
COUNTY OF HENRY

IN CONSIDERATION OF THE SUM OF ONE DOLLAR AND OTHER

CONSIDERATIONS------- to me paid, I, **BRENDA ROBERTSON-SHORT** of the County of

Henry do hereby sell and convey unto **ZACK B. HINTON, JR. and DEBBIE HINTON, AS**

**JOINT TENANTS WITH FULL SURVIVORSHIP AND NOT MERELY AS TENANTS IN**

**COMMON** of the County of Henry , their heirs and assigns, a tract or parcel of land, which is

described as follows:

SEE EXHIBIT "A" ATTACHED HERETO AND BY REFERENCE INCORPORATED HEREIN
AND MADE A PART HEREOF.

BOOK **3247** PAGE **216**

THE ABOVE DESCRIBED PROPERTY IS CONVEYED SUBJECT TO ALL EASEMENTS AND
RESTRICTIVE COVENANTS OF RECORD, IF ANY.

TO HAVE AND TO HOLD said land and appurtenances unto said **ZACK B. HINTON, JR.**
and **DEBBIE HINTON, AS JOINT TENANTS WITH FULL SURVIVORSHIP AND NOT**
**MERELY AS TENANTS IN COMMON,** their heirs, executors, administrators, and assigns, in fee
simple.

I warrant the title to said land against the lawful claims of all persons.

In Witness Whereof, I have hereunto set my hand and affixed my seal this the 28th day of
April, 2008.

_____ (seal)
BRENDA ROBERTSON-SHORT

Signed, sealed and delivered
in the presence of:

_____
unofficial witness

_____ (SEAL)
Notary Public
My Commission expires:
12-19-2011

BOOK 3247 PAGE 217

EXHIBIT "A"

Legal Description

82.709 acres, Sam Solomon Road

All that tract or parcel of land lying and being in Land Lot 117 of the 2nd District, of originally Henry now Spalding County, and Land Lot 118 of the 2nd District, Henry County, Georgia, and being more particularly described as follows:

BEGINNING at the common corner of Land Lots 117, 118, 139, and 140, and from said point proceeding thence south 89 degrees 51 minutes 35 seconds east along the north line of Land Lot 118 753.28 feet to a one-inch open-top pin found; thence south 89 degrees 56 minutes 28 seconds east along said Land Lot line 179.59 feet to a one-inch open-top pin found; thence south 00 degrees 01 minutes 09 seconds east 1026.47 feet to a point; thence south 63 degrees 38 minutes 16 seconds west 585.92 feet to a point; thence south 9 degrees 2 minutes 52 seconds east 475.18 feet to a point; thence north 80 degrees 27 minutes 07 seconds west 284.43 feet to a point; thence north 07 degrees 42 minutes 06 seconds west 322.49 feet to a point; thence north 25 degrees 59 minutes 18 seconds east 134.16 feet to a point; thence south 81 degrees 49 minutes 43 seconds west 151.33 feet to a point; thence south 26 degrees 28 minutes 26 seconds west 228.99 feet to a point; thence south 26 degrees 28 minutes 26 seconds west 298.74 feet to a point; thence south 60 degrees 41 minutes 01 seconds west 333.55 feet to a point; thence north 53 degrees 00 minutes 29 seconds west 164.01 feet to a point; thence south 87 degrees 13 minutes 15 seconds west 260.19 feet to a point; thence north 49 degrees 10 minutes 32 seconds west 264.09 feet to a point; thence north 36 degrees 58 minutes 34 seconds west 264.02 feet to a point; thence north 13 degrees 30 minutes 42 seconds west 279.60 feet to a point; thence north 01 degrees 19 minutes 40 seconds east 233.82 feet to a point; thence north 56 degrees 08 minutes 14 seconds east 175.18 feet to a point thence north 00 degrees 34 minutes 22 seconds west 72.77 feet to a point; thence north 48 degrees 17 minutes 13 seconds west 64.63 feet to a point; thence north 82 degrees 54 minutes 05 seconds west 57.31 feet to a point; thence north 58 degrees 22 minutes 09 seconds west 232.83 feet to a point; thence north 20 degrees 51 minutes 01 seconds west 384.74 feet to a point; thence north 72 degrees 07 minutes 44 seconds west 88.61 feet to a point; thence south 66 degrees 35 minutes 30 seconds west 99.59 feet to a point; thence south 44 degrees 59 minutes 02 seconds west 126.13 feet to a point; thence north 20 degrees 47 minutes 14 seconds west 96.52 feet to a point; thence north 12 degrees 51 minutes 59 seconds west 128.25 feet to a point; thence north 02 degrees 43 minutes 33 seconds east 135.53 feet to a point; thence north 89 degrees 35 minutes 25 seconds east 742.94 feet to an one-inch open-top pin found; thence north 89 degrees 37 minutes 37 seconds east 884.76 feet to the point of beginning.

LESS AND EXCEPT:

All that tract or parcel of land lying and being in Land Lot 118 of the 2nd District of HENRY County, Georgia, being 5.29 acres, as shown on plat for Henry County Water Authority, prepared by Joe Rowan, Jr., Registered Land Surveyor No. 2404, dated 02/17/93, recorded in Plat Book 21, Page 163, HENRY County Records. The description of said property as contained on said plat is hereby incorporated herein and by reference made a part hereof.

09657
00186

FILED 19776
CLAYTON CO., GA

2009 JUN -8 AM 11: 53

LINDA T. MILLER
CLERK SUPERIOR COURT

After Recording, Return This Document to:
James T. Johnston, Jr., LLC
900 Circle 75 Parkway
Ste. 1125
Atlanta, Georgia 30339-3084

Clayton County, Georgia
Real Estate Transfer Tax

Paid _____ 0
Date ____ 6|8|09
Linda T. Miller
Clerk, Superior Court

## QUITCLAIM DEED

**THIS INDENTURE**, made this 3rd day of _____, 2009, by and between **BRENDA K. ROBERTSON**, a Georgia resident (hereinafter referred to as "Grantor") and **WOODMOND VENTURES, LLC**, a Georgia limited liability company (hereinafter referred to as "Grantee").

## WITNESSETH:

That for and in consideration of the sum of One and No/100 Dollars ($1.00) and other valuable consideration, the receipt and sufficiency whereof are hereby acknowledged, Grantor does hereby remise, convey and forever QUITCLAIM unto Grantee, all those certain tracts, pieces or parcels of land more particularly described in **Exhibit "A"** attached hereto and by this reference made a part hereof (hereinafter referred to as the "Property").

**TO HAVE AND TO HOLD** said Property, together with all and singular the rights, members and appurtenances thereof, to the same being, belonging or in anywise appertaining to the only proper use, benefit and behoof of Grantee and the successors and assigns of Grantee, forever, IN FEE SIMPLE.

**IN WITNESS WHEREOF**, Grantor has hereunto set his hand and seal on the day, month and year first above written.

*-Signatures to appear on following page-*

BK09657PG186

- 1 -

09657
00187

Signed, sealed and delivered
in the presence of:

_James R. John_

Witness

_Karon Massey Jones_

Notary Public

(NOTARY SEAL)

GRANTOR:

BRENDA K. ROBERTSON

_Brenda K. Robertson_ (L.S.)

Brenda K. Robertson

- 2 -

BK 0 9 6 5 7 PG 1 8 7

09657
00188

# EXHIBIT A

## LEGAL DESCRIPTION

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 23 OF THE
12TH DISTRICT OF CLAYTON COUNTY, GEORGIA, BEING SHOWN ON PLAT OF
SURVEY FOR ROLLIE G. CLEMONS PREPARED BY LEE ENGINEERING CO., DATED
SEPTEMBER 23, 1968 AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

TO FIND THE TRUE POINT OF BEGINNING, BEGIN AT A POINT AT THE SOUTHEAST
CORNER OF LAND LOT 23 OF THE 12TH DISTRICT OF CLAYTON COUNTY, GEORGIA,
AND RUNNING THENCE SOUTH 89 DEGREES 30'00" WEST A DISTANCE OF 238.00
FEET TO THE TRUE POINT OF BEGINNING; THENCE RUNNING SOUTH 89 DEGREES
30'00" WEST A DISTANCE OF 160.00 FEET TO A MADE CORNER; RUNNING THENCE
NORTH 12 DEGREES 21'00" WEST A DISTANCE OF 254.00 FEET TO A MADE CORNER
ON THE SOUTH RIGHT OF WAY LINE OF WAL STEPHENS ROAD A DISTANCE OF
16.00 FEET TO A MADE CORNER, RUNNING THENCE SOUTH 12 DEGREES 21'00"
EAST A DISTANCE OF 295.00 FEET TO A MADE CORNER AT THE TRUE POINT OF
BEGINNING.

BK 09657 PG 188

09657
00180

FILED 19776
CLAYTON CO., GA

2009 JUN -8 AM 11: 53

LINDA T. MILLER
CLERK SUPERIOR COURT

After Recording, Return This Document to:
James T. Johnston, Jr., LLC
900 Circle 75 Parkway
Ste. 1125
Atlanta, Georgia 30339-3084

Clayton County, Georgia
Real Estate Transfer Tax
Paid_____ ⓒ
Date___ 6|8|09
Linda T. Miller
Clerk, Superior Court

## QUITCLAIM DEED

**THIS INDENTURE**, made this 3rd day of _____, 2009, by and between **BRENDA ROBERTSON**, a Georgia resident (hereinafter referred to as "Grantor") and **GILBERT VENTURES, LLC**, a Georgia limited liability company (hereinafter referred to as "Grantee").

### WITNESSETH:

That for and in consideration of the sum of One and No/100 Dollars ($1.00) and other valuable consideration, the receipt and sufficiency whereof are hereby acknowledged, Grantor does hereby remise, convey and forever QUITCLAIM unto Grantee, all those certain tracts, pieces or parcels of land more particularly described in Exhibit "A" attached hereto and by this reference made a part hereof (hereinafter referred to as the "Property").

**TO HAVE AND TO HOLD** said Property, together with all and singular the rights, members and appurtenances thereof, to the same being, belonging or in anywise appertaining to the only proper use, benefit and behoof of Grantee and the successors and assigns of Grantee, forever, IN FEE SIMPLE.

**IN WITNESS WHEREOF**, Grantor has hereunto set his hand and seal on the day, month and year first above written.

*-Signatures to appear on following page-*

BK09657PG180

- 1 -

09657
00181

Signed, sealed and delivered
in the presence of:

Witness

Karon Massey Jones
Notary Public

(NOTARY SEAL)



GRANTOR:

**BRENDA ROBERTSON**

(L.S.)
Brenda Robertson

BK 09657 PG 181

- 2 -

09657
00182

## EXHIBIT A

### LEGAL DESCRIPTION

All that tract or parcel of land lying and being in Land Lot 215 of the 12th
District, Clayton County, Georgia, as shown and delineated as Lots 1-7 on
a plat of survey prepared for "Preliminary Subdivision Plan Unit Two
Boulder Estates" by David Charles Jones, Registered Land Surveyor, dated
9/14/2001, and being more particularly described as follows:

Lots 1,2,3 & 4:

Begin at an iron pin located at the intersection of the easterly right-of-way
line of Bouldercrest Road (80' r/w) with the southwesterly right-of-way line
of Anvil Block Road (80' r/w); thence South 49 degrees 37 minutes 48 seconds
East, 110.00 feet to a point; thence South 49 degrees 30 minutes 36 seconds
East, 108.00 feet to a point; thence South 48 degrees 25 minutes 14 seconds
East, 119.64 feet to a point located on the easterly land lot line of Land Lot
215; thence southerly along said land lot line South 00 degrees 02 minutes 50
seconds West, 296.69 feet to a point; thence North 57 degrees 50 minutes 28
seconds East, 342.32 feet to a point; thence South 87 degrees 13 minutes 48
seconds West, 45.17 feet to a point located on the easterly right-of-way line
of Bouldercrest Road; thence northerly along said easterly right-of-way line
of Bouldercrest Road, North 13 degrees 06 minutes 49 seconds East, 100.00
feet to a point; thence North 13 degrees 06 minutes 50 seconds East,
43.96 feet to a point; thence North 13 degrees 03 minutes 32 seconds
East, 69.78 feet to a point; thence North 13 degrees 37 minutes 15
seconds East, 131.00 feet to the Point of Beginning.

Lots 5,6 & 7:

Begin at an iron pin located at the intersection of the easterly right-of-way
line of Bouldercrest Road with the northeasterly right-of-way line of Anvil
Block Road; thence northerly along said easterly right-of-way line of
Bouldercrest Road and following the curvature thereof, 147.76 feet to a point;
thence North 80 degrees 02 minutes 53 seconds East, 236.96 feet to a point
located on the eastern land lot line of Land Lot 215; thence South 00 degrees
45 minutes 55 seconds West, 387.48 feet to a point located on the northeasterly
right-of-way line of Anvil Block Road; thence North 48 degrees 51 minutes 02
seconds West, 44.14 feet to a point; thence North 49 degrees 30 minutes 36
seconds West, 108.92 feet to a point; thence North 50 degrees 42 minutes 37
seconds West, 102.12 feet to a point; thence North 50 degrees 50 minutes 34
seconds West, 57.07 feet to the Point of Beginning.

BK09657PG182

BOOK    PAG
011353  0248

DOC# 014417
FILED IN OFFICE
06/08/2009   12:47 PM
BK:11353   PG:248-250
BARBARA A. HARRISON
CLERK OF SUPERIOR COURT
HENRY COUNTY

REAL ESTATE TRANSFER TAX
PAID: $0.00

After Recording, Return This Document to:
James T. Johnston, Jr., LLC
900 Circle 75 Parkway
Ste. 1125
Atlanta, Georgia 30339-3084

PT-61 075-2009 - 004740

## QUITCLAIM DEED

THIS INDENTURE, made this 3rd day of June, 2009, by and between **BRENDA K. ROBERTSON-SHORT**, a Georgia resident (hereinafter referred to as "Grantor") and **BICE VENTURES, LLC**, a Georgia limited liability company (hereinafter referred to as "Grantee").

## WITNESSETH:

That for and in consideration of the sum of One and No/100 Dollars ($1.00) and other valuable consideration, the receipt and sufficiency whereof are hereby acknowledged, Grantor does hereby remise, convey and forever QUITCLAIM unto Grantee, all those certain tracts, pieces or parcels of land more particularly described in Exhibit "A" attached hereto and by this reference made a part hereof (hereinafter referred to as the "Property").

**TO HAVE AND TO HOLD** said Property, together with all and singular the rights, members and appurtenances thereof, to the same being, belonging or in anywise appertaining to the only proper use, benefit and behoof of Grantee and the successors and assigns of Grantee, forever, IN FEE SIMPLE.

**IN WITNESS WHEREOF**, Grantor has hereunto set his hand and seal on the day, month and year first above written.

*-Signatures to appear on following page-*

-- 1 --

BOOK    PAGE

011353 0249

Signed, sealed and delivered
in the presence of:

_Witness_

Witness

_Karon Massey Jones_
Notary Public

(NOTARY SEAL)

GRANTOR:

BRENDA K. ROBERTSON-SHORT

_Brenda K. Robertson-Short_
Brenda K. Robertson -Short

- 2 -

BOOK    PAGE

011353 0250

## EXHIBIT A

## LEGAL DESCRIPTION

All that tract or parcel of land lying and being in Land Lot 25 of the 6th Land District of Henry County, Georgia, and more particularly described as follows:

BEGINNING at a point on the South right-of-way of Jodeco Road, formerly known as Jonesboro-Flippen Road, having a 80' right of way, said point being located 263.34' East of the intersection of the East right-of-way of Floyd Road, formerly known as County Line Road, having a 60' right-of-way, and the South right-of-way line of Jodeco Road, that being the POINT OF BEGINNING; and from said POINT OF BEGINNING proceeding thence South 87°01'27" East 210.89' to an 1-1/4" open top iron pin found; thence South 02°18'00" West 168.44' to an 1/2" open top iron pin found; thence North 88°34'00" West 210.89' to an 1/2" rebar iron pin set; thence North 02°17'44" East 174.12' North to an 1-1/4" open top iron pin found, that being the POINT OF BEGINNING.  Said legal description being in accordance with the Boundary Survey prepared by MooreBass Consulting for E-Kay Builders dated September 16, 2002.

BOOK    PAGE

PT-01 076-000 ~~2009~~ -002927 011279 0051

# Quitclaim Deed

**THIS QUITCLAIM DEED,** executed this 8th day of April, 2009, by first party, Grantor, ASG
Properties, Inc, whose post office address is 3359 Jodeco Road, Jonesboro GA 30236, to
second party, Grantee, Brenda Robertson, whose post office address is 3359 Jodeco Road,
Jonesboro GA 30236.

**WITNESSETH,** That the said first party, for good consideration and for the sum of Five Hundred
Fifty five thousand one hundred fifty one  Dollars and 1 cent ($555,151.01) paid by the said
second party, the receipt whereof is hereby acknowledged, does hereby remise, release and
quitclaim unto the said second party forever, all the right, title, interest and claim which the said
first party has in and to the following described  parcel of land, and improvements and
appurtenances thereto in the County of Henry, State of Georgia to wit:

All that tract of land being lot 3. 3448 South Bay Dr. Jonesboro, GA 30236 in LL 8 of the 6th
District of Henry Co. GA

Also described in Exhibit "A" attached hereto.

DOC# 009191
FILED IN OFFICE
04/14/2009  08:54 AM
BK:11279  PG:51-53
BARBARA A. HARRISON
CLERK OF SUPERIOR COURT
HENRY COUNTY

*Barbara A. Harrison*

REAL ESTATE TRANSFER TAX
PAID: $555.20

*Return to :*
*Brenda Robertson*
*3359 Jodeco Road , Suite F*
*Jonesboro , GA 30236.*

BOOK      PAG..

011279  0052

**IN WITNESS WHEREOF,** The said first party has signed and sealed these presents the day and year first above written. Signed, sealed and delivered in presence of:

Signature of Witness: _____

Print Name of Witness: _____ *Adam Morrow* _____

Signature of Witness: _____

Print Name of Witness: _____ *Lori H Butts* _____

Signature of First Party: _____ *V.P. of ASG Properties Inc.*

Print Name of First Party: ____ *Perry F. Pitts Jr* _____

Signature of Second Party: _____

Print Name of Second Party: ___ *Brenda Robertson* _____

Signature of Preparer: _____

Print name of Preparer: ____ *Marisa Robertson* _____

Address of Preparer: ___ *3369 Tedeca Rd Ste C Jonesboro GA 30236* ___

State of: _____ *Georgia* _____

County of: _____ *Henry* _____

On *4/8/09* before me *Tony F Pitts* appeared _____, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

Signature of Notary _____

Affiant ____ ✓ ___ Known _____ Produced ID

Type of ID _____

(Seal)

Notary Public, Henry County, Georgia
My Commission Expires Oct. 8, 2010

BOOK      PAGE
011279  0053

011117  0336

## Exhibit "A"

File Number: RO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-R

All that tract or parcel of land lying and being in Land Lot 8 of the 6th District, of Henry County,
Georgia, being Lot 3, Block A, of LAKE SPIVEY ESTATES, Section II, as per Plat thereof recorded
in Plat Book 2, page 215, Henry County, Georgia, records, and being more particularly described as
follows:

Beginning at a point on the Northwesterly side of South Bay Drive, said point being 1,798.40 feet
Southeasterly, Easterly and Northeasterly from the intersection of the Northeast side of South Bay
Drive with the West line of said Land Lot 8, of said District and County (said Point of Beginning also
being at the Southeast corner of Lot 4, of said Block and Subdivision); running thence Northwesterly
along the Northeasterly line of said Lot 4, a distance of 460.00 feet, to the low water mark of Lake
Spivey; running thence Northeasterly and Easterly along the low water mark of Lake Spivey, a
distance of 340.0 feet, more or less, to the Northwest corner of Lot 2, of said Block and Subdivision;
running thence Southeasterly along the Southwest line of said Lot 2, of said Block and Subdivision,
a distance of 413.00 feet, to the Northwest side of South Bay Drive; running thence Southwesterly
along the Northwest side of South Bay Drive, a distance of 150.00 feet, to the Point of Beginning;
and
being known as 3448 South Bay Drive, according to the present system of numbering property in
Henry County, Georgia.

And being the same property described in Security Deed recorded in Deed Book 10482, Page 206,
aforesaid records.

WNCW-SP 101104001Ba-Deed (Special Warranty)-10/28/04
(rev. 04/02/07 & 9/11/07)

10044
00259

After recording return to:
Stites & Harbison, PLLC
303 Peachtree Street, NE
2800 SunTrust Plaza
Atlanta, Georgia 30308
ATTN: Ronald J. Slay

Clayton County, Georgia
Real Estate Transfer Tax
Paid $      65.70
Date  12-8   20 11
JACQULINE D. WILLS
Clerk, Superior Court

FILED
CLAYTON CO., GA

2011 DEC -8  AM 11: 42

JACQULINE D. WILLS
CLERK SUPERIOR COURT

27672

## LIMITED WARRANTY DEED

THIS INDENTURE, made effective as of this 7th day of December, 2011, by and between BRENDA ROBERTSON SHORT AND GILBERT VENTURES, LLC, A GEORGIA LIMITED LIABILITY COMPANY (whether individually or collectively, "Grantor"), and UNITED COMMUNITY BANK ("Grantee").

### WITNESSETH:

That for and in consideration of the sum of Ten and No/100 Dollars ($10.00) and other valuable consideration, the receipt and sufficiency whereof are hereby acknowledged, Grantor has granted, bargained, sold, aliened, conveyed and confirmed and does hereby grant, bargain, sell, alien, convey and confirm unto Grantee all of that certain tract or parcel of land lying and being in Clayton County, Georgia, being more particularly described in Exhibit A attached hereto and by this reference made a part hereof (hereinafter referred to as the "Property").

This conveyance is made subject to the lien of real estate taxes which are not yet due and payable and all easements of record.

TO HAVE AND TO HOLD said Property, together with all and singular the rights, members and appurtenances thereof, to the same being, belonging or in anywise appertaining, to the only proper use, benefit and behoof of Grantee forever IN FEE SIMPLE.

AND THE SAID Grantor shall warrant and forever defend the right and title to said Property unto the Grantee against the lawful claims of all persons claiming by, through or under Grantor but not otherwise.

[SIGNATURES ON THE FOLLOWING PAGE]

BK 10044 PG 259

10044
00260

IN WITNESS WHEREOF, the Grantor has signed and sealed this Limited Warranty Deed the day and year first above written.

GRANTOR:

Signed, sealed and delivered
in the presence of:

_____
Unofficial Witness

_____
Notary Public

My Commission Expires:

[NOTARIAL SEAL]

BRENDA ROBERTSON SHORT

---

Signed, sealed and delivered
in the presence of:

_____
Unofficial Witness

_____
Notary Public

My Commission Expires:

[NOTARIAL SEAL]

GILBERT VENTURES, LLC, a Georgia limited liability company

By: _____
Name: _____
Title: _____

BK 10044PG260

10044
00261

### EXHIBIT "A"

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 147 OF THE 13TH
DISTRICT, CLAYTON COUNTY, GEORGIA, BEING LOT 17, BLOCK A, FLINTFIELD
SUBDIVISION, SECTION TWO, AS PER PLAT RECORDED IN PLAT BOOK 8, PAGE 155, CLAYTON
COUNTY, GEORGIA RECORDS, WHICH PLAT IS INCORPORATED HEREIN AND MADE A PART
HEREOF.

BK10044PG261

09410
00266

FILED 14337
CLAYTON CO., GA

2008 APR -4 AM 10:57

LINDA T. MILLER
CLERK SUPERIOR COURT

**Return Recorded Document to:**
SHUPING, MORSE & ROSS, LLP
ATTORNEYS AT LAW
6259 RIVERDALE ROAD
RIVERDALE, GA 30274-1698

Clayton County, Georgia
Real Estate Transfer Tax
Paid 600.00
Date 4-4-08
Linda T. Miller
Clerk, Superior Court

# W A R R A N T Y   D E E D

**STATE OF GEORGIA**

**COUNTY OF CLAYTON**         File #: 07-56988 GARVA INVESTMENTS, INC.

This **Indenture** made this 19th day of March, 2008 between **J. MARK BRITTAIN GUARDIAN OF W. W. EDMONDSON** , of the County of CLAYTON, State of Georgia, as party or parties of the first part, hereinafter called Grantor, and **GARVA INVESTMENTS, INC.**, as party or parties of the second part, hereinafter called Grantee (the words "Grantor" and "Grantee" to include their respective heirs, successors and assigns where the context requires or permits).

**W I T N E S S E T H that:** Grantor, for and in consideration of the sum of **TEN AND 00/100'S ($10.00) Dollars** and other good and valuable considerations in hand paid at and before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged, has granted, bargained, sold, aliened, conveyed and confirmed, and by these presents does grant, bargain, sell, alien, convey and confirm unto the said Grantee,

All that tract or parcel of land lying and being in Land Lot 207 of the 13th District of Clayton County, Georgia and being more particularly described in Exhibit "A" attached hereto and made a part hereof.

Pursuant to Final Order dated November 26, 2007, Estate # 99-138, Probate Court of Henry County, Georgia records.

**This Deed is given subject to all easements and restrictions of record, if any.**

**TO HAVE AND TO HOLD** the said tract or parcel of land, with all and singular the rights, members and appurtenances thereof, to the same being, belonging, or in anywise appertaining, to the only proper use, benefit and behoof of the said Grantee forever in **FEE SIMPLE.**

**AND THE SAID** Grantor will warrant and forever defend the right and title to the above described property unto the said Grantee against the claims of all persons whomsoever.

**IN WITNESS WHEREOF,** Grantor has hereunto set grantor's hand and seal this day and year first above written.

Signed, sealed and delivered in the presence of:

_____
WITNESS

_____
NOTARY PUBLIC

_____(SEAL)
J. MARK BRITTAIN
GUARDIAN OF W. W. EDMONDSON

RUSSELL T. ROSS
NOTARY
EXPIRES
GEORGIA
AUG. 20, 2010
PUBLIC
FULTON COUNTY

BK0941OPG266

09410
00267

### Exhibit "A"

All that tract or parcel of land lying and being in Land Lot 206 and 207 of the 13th District of Clayton County, Georgia and being shown as "out area" containing 0.857 acres on a plat prepared for W. Earl Edmondson and Brenda K. Robertson dated July 30, 1996 by Alvin E. Vaughn and Associates, Inc. and being more particularly described according to said plat as follows:

Commence at the intersection of the western right-of-way of Tara Boulevard (250 ft. right-of-way) with the northerly right-of-way (40 ft. right-of-way) of Museum Circle; run thence along the northerly right-of-way of Museum Circle along an arc of a curve to the left of a chord having been subtended 90.88 feet, said arc having a radius of 318.72 feet and said chord having a bearing and distance of north 87 degrees 54 minutes 14 seconds west 91.20 feet to an iron pin; run thence along the northerly right-of-way of Museum Circle south 83 degrees 53 minutes 57 seconds west 235.80 feet to an iron pin; run thence north 12 degrees 26 minutes 08 seconds west 130.94 feet to an iron pin; run thence north 88 degrees 03 minutes 31 seconds east 304.50 feet to an iron pin located on the western right-of-way of Tara Boulevard; run thence south 22 degrees 53 minutes 08 seconds east along the western right-of-way of Tara Boulevard a distance of 126.40 feet to a point and the point of beginning.

I:\SASHolding\Tara.WD.legal.wpd
WARRANTY DEED AND SECURITY DEED LEGAL

BK09410PG267

Doc ID: 014742580003 Type: ESTD
Recorded: 03/02/2011 at 09:38:46 AM
Fee Amt: $56.50 Page 1 of 3
Transfer Tax: $42.50
Henry, GA Clerk of Superior Court
Barbara Harrison Clerk of Court
BK 12031 PG 104-106

SWB FILE NO.  11-5029
Type Policy:

Return to:    SMITH, WELCH & BRITTAIN
ATTORNEYS AT LAW
280 Country Club Drive, Suite 200
Stockbridge, GA 30281

## EXECUTOR'S DEED

STATE OF GEORGIA

COUNTY OF Henry    PT-61 075-20 11 -00303

THIS INDENTURE made this 24th day of February, 2011, between Brenda

Robertson Short, as Executrix of the Last Will & Testament of Woodrow William Edmondson a/k/a

W. W. Edmondson, deceased, late of Henry County, Georgia, of the First Part, (hereinafter called

"Grantor(s)") and Stith Short of Henry County, Georgia, of the Second Part, (hereinafter called

"Grantee(s)"); the words "Grantor(s)" and "Grantee(s)" to include their respective heirs, successors

and assigns where the context requires or permits:

WITNESSETH: That the said Grantor(s) for and in consideration of the sum of

ONE DOLLAR AND OTHER CONSIDERATIONS----($1.00)--- in hand paid, at and before the

sealing and delivery of these presents (the receipt of which is hereby acknowledged) has granted,

bargained, sold and conveyed, and by these presents does grant, bargain, sell and convey unto the

said Grantee(s) the following described property:

{Client: 11-0021    Matter:    Doc: 00668542.DOC}

All that tract or parcel of land lying and being in Land Lot
231 of the 6th District of Henry County, Georgia and being 5.6
acres as shown on a survey by C. E. Lee Surveyor for Michael E.
Williams and Cathy S. Williams, dated January 4, 1983, and
being more particularly described as follows:

BEGINNING at an iron pin placed on the east line of Land Lot
231 a distance of 515.06 feet south as measured along the east
line of said Land Lot from an iron pin found at the northeast
corner of Land Lot 231; thence South along the east line of
Land Lot 231 a distance of 695.08 feet to an iron pin placed;
thence South 89 degrees 12 minutes 33 seconds west 349.26 feet
to an iron pin placed; thence North 0 degrees 22 minutes 06
seconds east 704.75 feet to an iron pin placed; thence South 89
degrees 12 minutes 22 seconds east 351.08 feet to the POINT OF
BEGINNING.

ALSO:

All that tract or parcel of land lying and being in Land Lot
231 of the 6th District of Henry County, Georgia, and being
more particularly described as follows:

TO FIND THE TRUE POINT OF BEGINNING, begin at an iron pin
located on the south right-of-way line of Wall Street (60' R/W)
at a point which is 814.15 feet easterly along said right-of-
way from its intersection with Georgia State Route No. 3;
thence proceeding South 00 degrees 22 minutes 06 seconds west
808.71 feet to an iron pin; thence proceeding North 84 degrees
46 minutes 58 seconds east 647.92 feet to a point, said point
being the TRUE POINT OF BEGINNING; thence proceeding North 84
degrees 46 minutes 58 seconds east 150.74 feet to an iron pin;
thence proceeding North 89 degrees 14 minutes 42 seconds east
349.26 feet to a point; thence proceeding South 00 degrees 15
minutes 19 seconds east 501.87 feet to a point; thence
proceeding South 88 degrees 32 minutes 23 seconds west 500 feet
to a point; thence proceeding North 00 degrees 15 minutes 19
seconds west 500 feet to a point, said point being the POINT OF
BEGINNING.

The above described property is a portion of a parcel of land
identified as Tract B as shown on a plat of survey prepared for
Dave Gresham and Grover A. Walls, Sr., dated February 25, 1983,
prepared by Griffin Engineering Company, recorded in Plat Book
10, Page 95, Clerk of Superior Court Records, Henry County,
Georgia.

{Client: 11-0021    Matter:    Doc: 00668542.DOC}

. By acceptance of this deed, the Grantee herein agrees to assume and pay that certain Security Deed in favor of George Boerschig dated February 24, 2011, recorded in Henry County Records, which Security Deed secures a loan in the principal amount of $65,000.00.

This deed is made under the power of sale granted to the Grantor(s) herein in Item VII of the Last Will and Testament of Woodrow William Edmondson a/k/a W. W. Edmondson, deceased. Said Will has been probated in solemn form, in the Office of the Probate Court of Henry County, Georgia.

TO HAVE AND TO HOLD the said tract or parcel of land, with all and singular the rights, members and appurtenances thereof, to the same being, belonging or in anywise appertaining, to the proper use, benefit and behoof of the said Grantee(s) forever, IN FEE SIMPLE, in as full and ample a manner as the same was held, possessed and enjoyed, or might have been held, possessed and enjoyed, by the said deceased during his lifetime.

IN WITNESS WHEREOF, the Grantor herein has hereunto set her hand and seal, the day and year first above written.

_____(seal)
Brenda Robertson Short, As Executrix under
the Last Will and Testament of Woodrow
William Edmondson a/k/a W. W. Edmondson,
Deceased

Signed, sealed and delivered
in the presence of:

_____
Unofficial Witness

_____(SEAL)
NOTARY PUBLIC
My Commission Expires:

_____

(Client: 11-0021    Matter:    Doc: 00668542.DOC)

09657
00183

FILED 197716.
CLAYTON CO., GA

2009 JUN -8 AM 11: 53

LINDA T. MILLER
CLERK SUPERIOR COURT

After Recording, Return This Document to:
James T. Johnston, Jr., LLC
900 Circle 75 Parkway
Ste. 1125
Atlanta, Georgia 30339-3084

Clayton County, Georgia
Real Estate Transfer Tax
Paid ___ Ⓒ
Date ___ 6/8/09
Linda T. Miller
Clerk, Superior Court

## QUITCLAIM DEED

THIS INDENTURE, made this 3rd day of June, 2009, by and between **BRENDA ROBERTSON SHORT**, a Georgia resident (hereinafter referred to as "Grantor") and **WOODMOND VENTURES, LLC,** a Georgia limited liability company (hereinafter referred to as "Grantee").

### WITNESSETH:

That for and in consideration of the sum of One and No/100 Dollars ($1.00) and other valuable consideration, the receipt and sufficiency whereof are hereby acknowledged, Grantor does hereby remise, convey and forever QUITCLAIM unto Grantee, all those certain tracts, pieces or parcels of land more particularly described in <u>Exhibit "A"</u> attached hereto and by this reference made a part hereof (hereinafter referred to as the "Property").

**TO HAVE AND TO HOLD** said Property, together with all and singular the rights, members and appurtenances thereof, to the same being, belonging or in anywise appertaining to the only proper use, benefit and behoof of Grantee and the successors and assigns of Grantee, forever, IN FEE SIMPLE.

**IN WITNESS WHEREOF,** Grantor has hereunto set his hand and seal on the day, month and year first above written.

*-Signatures to appear on following page-*

BK09657PG183

– 1 –

09657
00184

Signed, sealed and delivered
in the presence of:

Witness

Notary Public

(NOTARY SEAL)

**GRANTOR:**

**BRENDA ROBERTSON SHORT**

(L. S.)
Brenda Robertson Short

BK09657PG0184

- 2 -

'09657
00185

## EXHIBIT A

### LEGAL DESCRIPTION

Tract 1    All that tract or parcel of land lying and being in Land Lots 46 and 47 of the 12th District, Clayton County, Georgia, and being Lot 2, Wright's Circle, as shown on plat of survey for Ellen Watkins Builders, Inc., and recorded in Plat Book 31, Page 133, Clayton County, Georgia Records, to which reference is hereby made for a more particular description of said property.

Tract 2    All that tract or parcel of land lying and being in Land Lots 46 and 47 of the 12th District, Clayton County, Georgia, and being Lot 3, Wright's Circle, as shown on plat of survey for Ellen Watkins Builders, Inc., and recorded in Plat Book 31, Page 133, Clayton County, Georgia Records, to which reference is hereby made for a more particular description of said property.

BK09657PG185

After Recording, Return This Document to:
James T. Johnston, Jr., LLC
900 Circle 75 Parkway
Ste. 1125
Atlanta, Georgia 30339-3084

Habersham County, Georgia
Real Estate Transfer Tax

PAID ____ ~O~

DATE ___ 6-8-09
David C. Wall
Clerk of Superior Court

068-2009-00___ 2016

2009 JUN -8  AM 11: 11

889 402-404
Book Page Rec. Sted
David C. Wall

## QUITCLAIM DEED

THIS INDENTURE, made this 3rd day of June_____, 2009, by and between
**BRENDA K. ROBERTSON-SHORT**, a Georgia resident (hereinafter referred to as "Grantor")
and **MYKASSI VENTURES, LLC**, a Georgia limited liability company (hereinafter referred to as
"Grantee").

### WITNESSETH:

That for and in consideration of the sum of One and No/100 Dollars ($1.00) and other
valuable consideration, the receipt and sufficiency whereof are hereby acknowledged, Grantor does
hereby remise, convey and forever QUITCLAIM unto Grantee, all those certain tracts, pieces or
parcels of land more particularly described in Exhibit "A" attached hereto and by this reference made a
part hereof (hereinafter referred to as the "Property").

TO HAVE AND TO HOLD said Property, together with all and singular the rights,
members and appurtenances thereof, to the same being, belonging or in anywise appertaining to the
only proper use, benefit and behoof of Grantee and the successors and assigns of Grantee, forever,
IN FEE SIMPLE.

IN WITNESS WHEREOF, Grantor has hereunto set his hand and seal on the day, month
and year first above written.

*-Signatures to appear on following page-*

~ 1 ~

Signed, sealed and delivered
in the presence of:

_____
Witness

_____
Notary Public

(NOTARY SEAL)

GRANTOR:

**BRENDA K. ROBERTSON-SHORT**

_____(L.S.)
Brenda K. Robertson-Short

-- 2 --

EXHIBIT A

LEGAL DESCRIPTION

All that tract or parcel of land lying and being in Land Lot 83 of the 11th Land District of Habersham County, Georgia, designated as Tract Three, containing 8.736 acres, more or less, as shown on a plat of survey prepared for Larry Lynn Copeland, Nell Copeland Grant, Ann Copeland, Elaine C. Coats and Alfred Leon Copeland by Samuel L. Duvall, R.S., under date of October 2, 2000, a copy of said plat being of record in the office of the Clerk of the Superior Court of Habersham County, Georgia, in Plat Book 50, Page 295, to which said plat and the record thereof reference is hereby made for a more complete description.

10256
00101

Clayton County, Georgia.
Real Estate Transfer Tax
Paid $ ___O___
Date __1-10__ 20_13_
JACQULINE D. WILLS
Clerk, Superior Court

FILED
CLAYTON CO., GA
2013 JAN 10 AM 10: 28
JACQULINE D. WILLS
CLERK SUPERIOR COURT
O1 0G8

File No. 08-5465          Return to:     SMITH WELCH WEBB & WHITE
                                         ATTORNEYS AT LAW
                                         P. O. Box 10, 2200 Keys Ferry Court
                                         McDonough, Georgia 30253

## WARRANTY DEED

**STATE OF GEORGIA**
**CLAYTON COUNTY**

IN CONSIDERATION OF THE SUM OF ----TEN DOLLARS AND OTHER

VALUABLE CONSIDERATION-------- to it paid, Grantor, **CLAY ROBERTSON,**

**INC., a Georgia corporation,** of the County of Clayton do hereby sell and convey unto

Grantee, **BRENDA SHORT,** her successors and or assigns, a tract or parcel of land,

which is described as follows:

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND
LOT 114 OF THE 13TH DISTRICT AS SHOWN ON THAT PLAT OF SURVEY FOR
B. KAY BUILDERS, INC., BY DAVID CHARLES JONES, REGISTERED LAND
SURVEYOR, DATED NOVEMBER 17, 2004, BEING DESIGNATED AS LOT 18
AND PART OF 17, BLOCK K, UNIT 4, HOLIDAY HILLS SUBDIVISION, SECTION
1, AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE INTERSECTION OF THE SOUTHWEST RIGHT-OF-WAY
LINE OF HOLIDAY BLVD AND THE NORTH RIGHT-OF-WAY LINE OF
INTERSTATE HIGHWAY 75, RUNNING THENCE NORTH ALONG THE RIGHT-
OF-WAY LINE OF INTERSTATE HIGHWAY 75 352 FEET TO AN IRON PIN

BK10256PG101

{Client: 0000009   Matter:   Doc: 00075932.DOC}

10256
00102

FOUND, THAT BEING THE POINT OF BEGINNING; RUNNING THENCE NORTH 67 DEGREES 45 MINUTES 36 SECONDS WEST 126.72 FEET TO AN IRON PIN FOUND; RUNNING THENCE NORTH 25 DEGREES 04 MINUTES 09 SECONDS EAST 79.49 FEET TO AN IRON PIN FOUND ON THE SOUTH RIGHT-OF-WAY LINE OF NASSAU STREET (HAVING A 50 FOOT RIGHT-OF-WAY); RUNNING THENCE IN A SOUTHEASTERLY DIRECTION ALONG SAID RIGHT-OF-WAY AN ARC DISTANCE OF 70.11 FEET TO A POINT, SAID ARC HAVING A RADIUS OF 277.08 FEET; RUNNING THENCE SOUTH 76 DEGREES 31 MINUTES 30 SECONDS EAST 49.50 FEET TO AN IRON PIN FOUND; RUNNING THENCE SOUTH 19 DEGREES 40 MINUTES 26 SECONDS WEST 91.25 FEET TO THE POINT OF BEGINNING.

THE ABOVE DESCRIBED PROPERTY IS CONVEYED SUBJECT TO ALL EASEMENTS AND RESTRICTIVE COVENANTS OF RECORD, IF ANY.

TO HAVE AND TO HOLD said land and appurtenances unto said **BRENDA SHORT,** her successors and or assigns, in fee simple.

Grantor warrants the title to said land against the lawful claims of all persons.

In Witness Whereof, Grantor has hereunto set its hand and affixed its seal this the

_5th_ day of _December_ , 2012.

CLAY ROBERTSON, INC.

_____ (SEAL)
By: Clay Robertson, President

Signed, sealed and delivered
in the presence of:

_____
Unofficial Witness

_____
Notary Public
My Commission expires:
_10/7/14_

BK 10256 PG 102

(Client: 0000009    Matter:    Doc: 00875932.DOC)