UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | : | CASE NO. 15-53700-WLH |
| | : | |
| BRENDA K. ROBERTSON, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**TRUSTEE'S MOTION FOR AUTHORITY TO VOTE MEMBERSHIP INTEREST OF GILBERT VENTURES, LLC TO: (1) SELL SOLE ASSET OF LIMITED LIABILITY COMPANY; (2) DISTRIBUTE THE ASSETS OF THE LIMITED LIABILITY COMPANY; AND (3) WIND-UP THE FINANCIAL AFFAIRS OF THE LIMITED LIABILITY COMPANY**

COMES NOW S. Gregory Hays, Chapter 7 Trustee ("**Trustee**") for Brenda K. Robertson ("**Debtor**"), and hereby files *Trustee's Motion for Authority to Vote Membership Interest of Gilbert Ventures, LLC to: (1) Sell Sole Asset of Limited Liability Company; (2) Distribute the Assets of the Limited Liability Company; and (3) Wind-up the Financial Affairs of the Limited Liability Company* (the "**Motion**"). In support of the Motion, Trustee respectfully shows as follows:

**Jurisdiction and Venue**

1. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

**Background**

2. On February 27, 2015 (the "**Petition Date**"), Brenda K. Robertson (the "**Debtor**") filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the

12659600v1

Northern District of Georgia, Atlanta Division ("**Bankruptcy Court**"), initiating Chapter 7 Case No. 15-53700-WLH (the "**Bankruptcy Case**"). The Trustee was subsequently appointed the duly acting Chapter 7 trustee in the Bankruptcy Case and became the permanent Trustee at the conclusion of the Meeting of Creditors.

3. At the commencement of the Bankruptcy Case, all legal and equitable rights of Debtor became property of the bankruptcy estate (the "**Bankruptcy Estate**"), and Trustee was and continues to be the sole representative of the Bankruptcy Estate.

4. On her *Schedule B – Personal Property – Amended* [Doc. No. 249] ("**Schedule B**"), Debtor scheduled her ownership interests in several businesses, including Gilbert Ventures, LLC ("**Gilbert Ventures**") with $0.00 values.

5. Trustee has determined that Gilbert Ventures and Purple Martin Group, LLC, an entity owned 100% by Debtor's brother, each own a one-half undivided interest in certain unimproved real property located at the corner of Anvil Block and Bouldercrest Road, Ellenwood, Georgia more particularly described as Lots 1-7 of Land Lot 215 of the 12th District in Clayton County, Georgia (the "**Unimproved Real Property**").[1] A true and correct copy of the real property description for the Unimproved Real Property is attached hereto and incorporated herein by reference as Exhibit "A."

6. As of the Petition Date, Debtor held 100% of the membership interests in and to Gilbert Ventures, a State of Georgia limited liability company.

---

[1] In this regard, Trustee received two conflicting title reports. One indicated that Gilbert Ventures owned 100% of Lots 1, 2, 3, and 4 and that Purple Martin Group, LLC owned 100% of Lots 5, 6, and 7. The other title report reflected that each entity owned 50% of Lots 1-7. Following a third opinion, Trustee believes that the latter title report accurately reflects Gilbert Ventures' ownership interest in Lots 1-7 (that is, a 50% interest in each Lot).

2

7. Upon information and belief, the State of Georgia Secretary of State administratively dissolved Gilbert Ventures on September 7, 2018.

8. Trustee's investigation, including a Rule 2004 examination of Debtor, indicates that Gilbert Ventures was a holding company that has no debts other than possible ad valorem tax debts associated with the above-mentioned property. In addition, the Unimproved Real Property is the only asset of Gilbert Ventures.

9. Trustee has received an offer from Purple Martin Group, LLC to purchase the interest of Gilbert Ventures in the Unimproved Real Property for a purchase price of $20,000.00. Trustee, subject to Court approval, would like to sell the interest of Gilbert Ventures in Unimproved Real Property to Purple Martin Group, LLC.

10. To accomplish the sale of the Unimproved Real Property, Trustee proposes to vote the 100% membership interest of the Bankruptcy Estate in Gilbert Ventures to authorize a resolution substantially in the form of the resolution (the "**Resolution**") attached to this Motion as Exhibit "B", to: (a) sell the Unimproved Real Property at a private sale (the "**Sale**"); (b) pay all debts of Gilbert Ventures (none anticipated); (c) distribute the remaining assets of Gilbert Ventures, including the net proceeds from the Sale, to the Bankruptcy Estate as the sole member of Gilbert Ventures; and (d) wind-up the financial affairs of Gilbert Ventures.

11. By this Motion, Trustee seeks authority to vote the membership interest of the Bankruptcy Estate in and to Gilbert Ventures to authorize the Resolution and proceed to realize for the benefit of the Bankruptcy Estate the net proceeds of the Sale.

WHEREFORE**,** Trustee respectfully requests that the Court enter an order:

(A)     Granting the relief sought in this Motion;

12659600v1

(B) Authorizing Trustee to vote the membership interest of the Bankruptcy Estate in and to Gilbert Ventures authorizing the Resolution attached as Exhibit "B";

(C) Authorizing Trustee to receive the net proceeds due to the Bankruptcy Estate from the Sale of the Unimproved Real Property; and

(D) Granting such other and further relief as the Court deems just or appropriate.

Respectfully submitted this 1st day of October, 2018.

> ARNALL GOLDEN GREGORY LLP
>
> By:*/s/ Michael J. Bargar*
>     Michael J. Bargar
>     Georgia Bar No. 645709
> 171 17th St., NW, Suite 2100
> Atlanta, GA 30363-1031
> Phone: 404-873-7030
> Email: michael.bargar@agg.com
>
> *Attorneys for the Chapter 7 Trustee*

**EXHIBIT "A"**

All that tract or parcel of land lying and being In Land Lot 215 of the 12th District, Clayton County, Georgia, as shown and delineated as Lots 1-7 on a plat of survey prepared for *Preliminary Subdivision Plan Unit Two, Boulder Estates' by David Charles *Jones,* Registered Land Surveyor, dated 9/14/2001, and being more particularly described as follows:

Lots 1, 2, 3 & 4:

Begin at an iron pin located at the intersection of the easterly right-of-way line of Bouldercrest Road (80' r/w) with the southwesterly right-of-way line. of Anvil Block Road (80' r/1.1); thence Smith 49 degrees 37 minutes 48 seconds East, 110.00 feet to a point; thence South 19 degrees 30 minutes 36 seconds East, 108.00 feet to a point; thence South 48 degrees 25 minutes 14 seconds East, 119.64 *feet* to a point located on the easterly land lot line of Land Lot 215; thence southerly along said land lot line South 00 degrees 02 minutes 50
seconds West, 296.69 feet to a point; thence North 57 degrees 50 minutes 28
seconds East, 342.32 feet to a point; thence South 87 degrees 13 minutes 48 seconds West, 45.17 feet to a point located on the easterly right-of-way line of Bouldercrest Road; thence northerly along said easterly right-of-way line of Bouldercrest Road. North 13 degrees 06 minutes 49 seconds East, 100.00 feet to a point; thence North 13 degrees 06 minutes 50 seconds East, •
45.96 feet to a point; thence North 13 degrees 03 minutes 32 seconds
East, 69.78 feet to a point; thence North 13 degrees 37 Minutes 15
seconds East, 131.00 feet to the Point of Beginning.

Lots 5, 6 & 7:

Begin at an iron pin located at the intersection of the easterly right-of-way line of Bouldercrest Road with the northeasterly right-of-way line of Anvil .Block Road; thence northerly along said easterly right-of-way line of Bouldercrest Road and following the curvature thereof. 147.76 feet to a point; thence North 80 degrees 02 minutes 53 seconds East, 236.96 feet to a point located on tie eastern land lot line of Land Lot 215; thence South 00 degrees 45 minutes 55 seconds West. 387.48 feet to a point located on the northeasterly right-of-way line of Anvil Block Road; thence North 48 degrees 51 minutes 02 seconds West. 44.14 feet to a point; thence North 49 degrees 30 minutes 36 seconds West. 108.92 *feet* to *a* point; thence• North 50 degrees 42 minutes 37 seconds West, 102.12 feet to a point; thence North 50 degrees 50 minutes 34 seconds West, 57.07 feet to the Point of Beginning.

12659600v1

# EXHIBIT "B"

## Sale of Real Property, Distribution, and Wind-Up Resolution

### Resolution of Sole Member
### of
### Gilbert Ventures, LLC

WHEREAS, S. Gregory Hays, in his capacity as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate (the "**Bankruptcy Estate**") of Brenda K. Robertson ("**Debtor**"), is the sole member of Gilbert Ventures, LLC ("**Gilbert Ventures**"), a State of Georgia limited liability company (the "**Member**");

WHEREAS, Debtor filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code on February 27, 2015 in the United States Bankruptcy Court, Northern District of Georgia, Atlanta Division (the "**Bankruptcy Court**"), and Debtor's bankruptcy case remains is pending in the Bankruptcy Court;

WHEREAS, Trustee seeks to sell for the benefit of the Bankruptcy Estate all property and interests of Debtor, including the assets of Gilbert Ventures, which consists of certain unimproved real property located at the corner of Anvil Block and Bouldercrest Road, Ellenwood, Georgia more particularly described as Lots 1-7 of Land Lot 215 of the 12th District in Clayton County, Georgia (the "**Unimproved Real Property**") and more particularly described on Exhibit "1" to this resolution;

WHEREAS, the Member has agreed to sell (the "**Sale**") the Unimproved Real Property, subject however, to approval of the Bankruptcy Court;

WHEREAS, subject to the approval of the Bankruptcy Court, upon the completion of the Sale of the Property and receipt by Gilbert Ventures of payment from the purchaser of the Unimproved Real Property, the Member has agreed to: (1) pay all creditors and lien holders, if any, of Gilbert Ventures in full; (2) distribute all remaining assets of Gilbert Ventures to the Member (the "**Distribution**"); and (3) wind-up the financial affairs of Gilbert Ventures.

NOW THEREFORE, BE IT RESOLVED THAT:

1. The Member is hereby directed and authorized to consummate the Sale of the Unimproved Real Property;

2. The action of the Member of Gilbert Ventures approving the Sale of the Unimproved Real Property are hereby adopted, ratified, and approved by the Member of Gilbert Ventures in all respects;

3. Upon the close of the Sale of the Unimproved Real Property and the receipt by Gilbert Ventures of payment from the purchaser of the Unimproved Real

12659600v1

Property, all creditors and lien holders of Gilbert Ventures shall be paid in full, all remaining assets of Gilbert Ventures shall be distributed to the Member, and the Member shall wind-up the financial affairs of Gilbert Ventures, in accordance with applicable law;

4. This Resolution shall supersede and abrogate any other controlling documents previously approved by Gilbert Ventures, any manager of Gilbert Ventures, or any member of Gilbert Ventures; and

5. Gilbert Ventures and the Member are authorized to take all steps necessary to: (a) consummate the sale of the Unimproved Real Property, including the hiring of a real estate agent to ensure that the Unimproved Real Property is adequately exposed to the market; (b) pay all debts of Gilbert Ventures, none anticipated; (c) distribute the assets of Gilbert Ventures to the Member; and (d) wind-up the financial affairs of Gilbert Ventures, in accordance with applicable law.

Adopted _____, 2018, at a Special Meeting of the Member upon motion duly made, seconded, and approved by a majority vote of the membership of Gilbert Ventures.

CHAPTER 7 TRUSTEE

Witness:_____  By:_____
S. Gregory Hays, as and only as Chapter 7 Trustee for the Bankruptcy Estate of Brenda K. Robertson (Case No. 15-53700-WLH), Sole Member

12659600v1

## CERTIFICATE OF SERVICE

The undersigned certifies that on the date set forth below, I caused to be served the foregoing *Trustee's Motion for Authority to Vote Membership Interest of Gilbert Ventures, LLC to: (1) Sell Sole Asset of Limited Liability Company; (2) Distribute the Assets of the Limited Liability Company; and (3) Wind-up the Financial Affairs of the Limited Liability Company* by first class U.S. mail, postage prepaid, upon the entities identified below at the addresses stated:

Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
3343 Peachtree Road, NE
Suite 200
Atlanta, GA 30326

Brenda Kay Robertson
78 Wall Street
Hampton, GA  30228

Katherine J. Hill
Hicks Hill, LLC
Suite 210
305 Lawrence Street
Marietta, GA 30060

Beth E. Rogers
Rogers Law Offices
100 Peachtree Street
Suite 1950
Atlanta, GA 30303

Aaron J. Nash, Esq.
Evans Petree PC
1000 Ridgeway Loop Rd
Suite 200
Memphis, TN 38120-4036

Robert W. Scholz
Evans, Scholz, Williams & Warncke, LLC
3490 Piedmont Road NE,
Suite 1200
Atlanta, GA 30305

12659600v1

W. Earl Edmondson, Mgr.
Purple Martin Group, LLC
4232 Hidden Lakes Drive
Port Orange, FL 32129

Albert G. Bantley
Brochstein & Bantley, P.C.
827 Fairways Court, Suite 100
Stockbridge, GA 30281

This 1st day of October, 2018.

/s/ *Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709

12659600v1