

**IT IS ORDERED as set forth below:**

**Date: November 14, 2018**



_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | : | CASE NO. 15-53700-WLH |
| | : | |
| BRENDA K. ROBERTSON, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER GRANTING TRUSTEE'S MOTION FOR AUTHORITY TO VOTE
MEMBERSHIP INTEREST OF WOODMOND VENTURES, LLC TO: (1) SELL
ASSETS OF LIMITED LIABILITY COMPANY; (2) DISTRIBUTE THE ASSETS OF
THE LIMITED LIABILITY COMPANY; AND (3) WIND-UP THE FINANCIAL
AFFAIRS OF THE LIMITED LIABILITY COMPANY**

October 3, 2018, S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy

estate (the "**Bankruptcy Estate**") of Brenda K. Robertson ("**Debtor**"), filed a *Trustee's Motion*

*for Authority to Vote Membership Interest of Woodmond Ventures, LLC to: (1) Sell Assets of*

*Limited Liability Company; (2) Distribute the Assets of the Limited Liability Company; and (3)*

*Wind-up the Financial Affairs of the Limited Liability Company* [Doc. No. 317] (the "**Motion**"),

requesting an order from the Court, among other things, authorizing Trustee to vote the 100%

12827287v1

membership interest of the Bankruptcy Estate in in Woodmond Ventures, LLC ("**Woodmond Ventures**") to: (a) consummate the sale of, or otherwise dispose of Woodmond Ventures' interest in (1) 7966 Wright Circle, Jonesboro, GA; (2) 7958 Wright Circle, Jonesboro, GA; (3) 3265 Stephens Road, Jonesboro, GA; and (4) 171 Bay Court, Stockbridge, GA (collectively, the "**Properties**"); (b) pay all creditors of Woodmond Ventures; (c) wind-up the financial affairs of Woodmond Ventures; and (d) pay all remaining sale proceeds arising from the proposed sale or disposition of the Properties to the Bankruptcy Estate as the 100% owner of Woodmond Ventures.[1]

Also on October 3, 2018, Trustee filed a notice of hearing [Doc. No. 320] (the "**Notice**") setting a hearing on the Motion on November 8, 2018 (the "**Hearing**").  Counsel for Trustee certifies that he served the Notice on all requisite parties in interest.  [Doc. No. 322].

No creditor or party in interest filed a response in opposition to the relief that Trustee requests in the Motion.

Counsel for Trustee and counsel for Debtor appeared at the Hearing.  No creditor or party in interest appeared to oppose the relief requested in the Motion.

The Court having considered the Motion, the entire record in this matter, and the statements on the record at the Hearing; for all those reasons set forth on the record at the Hearing; and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**: Trustee is authorized to sign any and all documents necessary to: (a) consummate the sale of, or otherwise dispose of Woodmond

---

[1]     Capitalized terms not defined in this Order shall have the meanings ascribed to them in the Motion.

Ventures' interest in (1) 7966 Wright Circle, Jonesboro, GA; (2) 7958 Wright Circle, Jonesboro, GA; (3) 3265 Stephens Road, Jonesboro, GA; and (4) 171 Bay Court, Stockbridge, GA (collectively, the "**Properties**"); (b) pay all creditors of Woodmond Ventures; (c) wind-up the financial affairs of Woodmond Ventures; and (d) pay all remaining sale proceeds arising from the proposed sale or disposition of the Properties to the Bankruptcy Estate as the 100% owner of Woodmond Venture.  It is further

**ORDERED** that Trustee is directed to file with the Court a report of sale within 10 business days of Trustee's closing the sale of any property interests of Woodmond Ventures.  It is further

**ORDERED** that, within 10 business days of Trustee's beginning the winding-up of the financial affairs of Woodmond Ventures, Trustee is directed to report to the Court his beginning of any such process and any other details regarding the same.  It is further

**ORDERED** that this Court retains jurisdiction to (i) interpret, implement, and enforce this Order, and (ii) enter such other and further orders as may be necessary, just, or proper as an aid to enforcement or implementation of this Order.

**[END OF DOCUMENT]**

**Order prepared and presented by:**

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
      Michael J. Bargar
      Georgia Bar No. 645709
      michael.bargar@agg.com
171 17th Street, NW, Suite 2100
Atlanta, GA 30363
Telephone:  (404) 873-7030

12827287v1

**Identification of parties to be served:**

Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Brenda Kay Robertson
78 Wall Street
Hampton, GA  30228

Katherine J. Hill
Hicks Hill, LLC
Suite 210
305 Lawrence Street
Marietta, GA 30060

Beth E. Rogers
Rogers Law Offices
100 Peachtree Street
Suite 1950
Atlanta, GA 30303

Aaron J. Nash, Esq.
Evans Petree PC
1000 Ridgeway Loop Rd
Suite 200
Memphis, TN 38120-4036

Robert W. Scholz
Evans, Scholz, Williams & Warncke, LLC
3490 Piedmont Road NE,
Suite 1200
Atlanta, GA 30305

Robert J. Fehse
Evans Petree PC
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120

12827287v1

Anthony Lawrence
285 J.B. Lawrence Road
Clarksville, GA 30523

Taylor Mansell
Shapiro, Pendergast and Hasty LLP
211 Perimeter Center Parkway, Suite 300
Atlanta, GA 30346

W. Earl Edmondson, Mgr.
Purple Martin Group, LLC
4232 Hidden Lakes Drive
Port Orange, FL 32129

Albert G. Bantley
Brochstein & Bantley, P.C.
827 Fairways Court, Suite 100
Stockbridge, GA 30281

Michael J. Bargar
Arnall Golden Gregory LLP
171 17th Street, NW, Suite 2100
Atlanta, GA 30363

12827287v1