UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| BRENDA K. ROBERTSON, | : | CASE NO. 15-53700-WLH |
| | : | |
| Debtor. | : | |
| | : | |

**REPORT OF SALE**

COMES NOW S. Gregory Hays, the Chapter 7 Trustee in the above-captioned matter, and files this Report of Sale pursuant to Bankruptcy Rule 6004(f), and shows the Court as follows:

1.

On or about January 15, 2019, the Trustee sold Mykassi Ventures, LLC's interest in Lots 1, 2, 3, 4, 5, and 6 Hardman Place, LL83, 11th District, Habersham County, Georgia 30523 ("**Property**"), controlled through the bankruptcy estate's membership interest in Mykassi Ventures, LLC, to Rick E. Wood ("**Purchaser**") for $78,000.00 pursuant to the *Order Granting Trustee's Motion for Authority to Vote Membership Interest of Mykassi Ventures, LLC to (1) Sell Assets of Limited Liability Company; (2) Distribute the Assets of the Limited Liability Company; and (3) Wind-Up the Financial Affairs of the Limited Liability Company* [Doc. No. 332] entered on November 14, 2018.

2.

Attached hereto as Exhibit "A" is the Seller's Settlement Statement from the sale. The Trustee reports that he has completed the delivery of the Property to the Purchaser

13094688v1

and is currently holding $60,281.29[1] from the sale in a bank account in the name of Mykassi Ventures, LLC. The net proceeds after payments of all debts of MyKassi Ventures, LLC (none anticipated) will be distributed to the Trustee upon the wind-up and final distribution of MyKassi Ventures LLC.

Respectfully submitted this 23rd day of January, 2019.

        /s                
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, N.W., Suite 555
Atlanta, Georgia 30305
(404) 926-0060
ghays@haysconsulting.net

---

[1] Contemporaneously with the filing of this report of sale, Trustee will file a motion requesting authority to pay Bullseye Auction & Appraisal, LLC $7,800.00 of commission and $431.97 in expenses resulting from the sale. These funds are currently being held by the closing attorney.

13094688v1

Exhibit "A"

13094688v1

# Seller's Settlement Statement



**CAMPBELL & BRANNON**
ATTORNEYS AT LAW

| | |
|---|---|
| Settlement Date: | 01/15/2019 |
| Disbursement Date: | 01/15/2019 |
| Settlement Location: | 5565 Glenridge Connector, Suite 350, Atlanta, GA 30342 |
| File Number: | |
| Lender: | |
| Loan Type: | None |
| Buyer: | Rick E. Wood<br>453 Swain Wood Road<br>McDonough, GA 30253 |
| Seller: | Mykassi Ventures, LLC by S. Gregory Hays as and only as Chapter 7 Trustee for Bankruptcy Estate of Brenda K. Robertson<br>2964 Peachtree Road, NW<br>Suite 555<br>Atlanta, GA 30305 |
| Property location: | Lots 1,2,3,4,5, and 6 Hardman Place<br>Clarkesville, GA 30523 |
| Tax Parcel No: | |

| | Seller Debit | Seller Credit |
|---|---|---|
| **Financial Consideration** | | |
| Sale Price of Property | | 78,000.00 |
| Excess Deposit | 7,800.00 | |
| **Prorations/Adjustments** | | |
| County Taxes ($737.28) 01/01/19 - 01/15/19 | 28.28 | |
| **Commissions** | | |
| Commission to Bullseye Auction & Appraisal, LLC | 7,800.00 | |
| Reimbursement for expensses to Bullseye Auction & Appraisal, LLC | 431.97 | |
| **Miscellaneous Debits/Credits** | | |
| 2017 - 2018 Habersham taxes to Habersham County Clerk of Court | 1,658.46 | |
| **Subtotals** | 17,718.71 | 78,000.00 |
| **Balance Due TO Seller** | 60,281.29 | |

## CERTIFICATE OF SERVICE

I hereby certify that I am over the age of 18 and that on this day I served a copy of the foregoing *REPORT OF SALE* by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

>Office of the United States Trustee
>362 Richard B. Russell Building
>75 Ted Turner Drive, SW
>Atlanta, GA 30303

>Brenda Kay Robertson
>78 Wall Street
>Hampton, GA 30228

>Katherine J. Hill
>Hicks Hill, LLC
>Suite 210
>305 Lawrence Street
>Marietta, GA 30060

Dated:  January 23, 2019.

>/s
>S. Gregory Hays
>Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, N.W., Suite 555
Atlanta, Georgia 30305
(404) 926-0060
ghays@haysconsulting.net

13094688v1