UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| BRENDA K. ROBERTSON, | : | CASE NO. 15-53700-WLH |
| | : | |
| Debtor. | : | |
| | : | |

**REPORT OF SALE**

COMES NOW S. Gregory Hays, the Chapter 7 Trustee in the above-captioned matter, and files this Report of Sale pursuant to Bankruptcy Rule 6004(f), and shows the Court as follows:

1.

On or about January 29, 2019, the Trustee sold the interest of MyKassi Ventures, LLC ("**Mykassi Ventures**") in certain improved real property located 196 Hemlock Lane, Lot 15, Habersham County, Georgia 30523 ("**Property**"), controlled through the bankruptcy estate's membership interest in MyKassi Ventures to Brenda K. Robertson ("**Purchaser**") for $10.00[1] pursuant to the *Order Granting Trustee's Motion for Authority to Vote Membership Interest of Mikassi Ventures, LLC to (1) Sell Sole Asset of Limited Liability Company; (2) Distribute the Assets of the Limited Liability Company; and (3) Wind-Up the Financial Affairs of the Limited Liability Company* [Doc. No. 332] entered on November 14, 2018.

---

[1] The Property is being sold subject to all liens, claims and encumbrances including the security interest of Regions Bank of approximately $420,000. The security interest of Regions Bank exceeds the appraised value of the Property.

2.

Attached hereto as Exhibit "1" is a copy of the Quitclaim Deed signed by the Trustee transferring the Property to the Purchaser. The Trustee reports that he has completed the delivery of the Property to the Purchaser and is currently holding $10.00 from the sale in a bank account in the name of Mykassi Ventures. The net proceeds from this sale and the sale of other Mykassi Ventures properties after payments of all debts of Mykassi Ventures (none anticipated) will be distributed to the Trustee upon the wind-up and final distribution of Mykassi Ventures.

Respectfully submitted this 30th day of January, 2019.

                                              /s/
                                    S. Gregory Hays

Hays Financial Consulting, LLC        Chapter 7 Trustee
2964 Peachtree Road, N.W., Suite 555
Atlanta, Georgia 30305
(404) 926-0060
ghays@haysconsulting.net

Exhibit "1"

RETURN RECORDED DEED TO:

Brenda K. Robertson
78 Wall Street
Hampton, GA 30228

QUITCLAIM DEED ONLY – NO TITLE SEARCH

## QUITCLAIM DEED

STATE OF GEORGIA

COUNTY OF FULTON

THIS INDENTURE, made as of this 29 day of JANUARY in the year 2019, by and between

**Mykassi Ventures, LLC**

of the State of Georgia and County of Fulton, as Party of the First Part (hereinafter called "**Grantor**") and

**Brenda K. Robertson**

as Parties of the Second Part (collectively, hereinafter called "**Grantee**")

WITNESSETH: That the said Grantor, for and in consideration of the sum of Ten and No/100ths ($10.00) Dollars and other valuable consideration in hand paid, at and before the sealing and delivery of these presents, the receipt of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell and convey unto the said Grantee the right, title, and interest of Grantor in the following described property, to-wit:

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 52 OF THE 11TH DISTRICT OF HABERSHAM COUNTY, GEORGIA, CONTAINING 2.12 ACRES,

13110612v1

MORE OR LESS, DESIGNATED AS LOT 15 OF SOQUE WILDERNESS SUB-DIVISION ACCORDING TO PLAT OF SURVEY PREPARED BY HUBERT LOVELL, REGISTERED SURVEYOR DATED AUGUST 2, 1979 AND REVISED AUGUST 2, 1984, SAID PLAT BEING RECORDED IN PLAT BOOK 20, PAGE 193, TO WHICH SAID PLAT AND THE RECORD THEREOF REFERENCE IS MADE FOR A MORE COMPLETE DESCRIPTION

THIS CONVEYANCE is made pursuant to and in compliance with that certain *Order Granting Trustee's Motion for Authority to Vote Membership Interest of Mykassi Ventures, LLC to: (1) Sell Assets of Limited Liability Company; (2) Distribute the Assets of the Limited Liability Company; and (3) Wind-up the Financial Affairs of the Limited Liability Company* [Doc. No. 332] entered on November 14, 2018, in the bankruptcy case styled as *In re Brenda K. Robertson*, Case No. 15-53700-WLH, United States Bankruptcy Court, Northern District of Georgia, Atlanta Division, a copy of which is attached hereto as Exhibit "A" and made a part hereof.

TO HAVE AND TO HOLD the said tract or parcel of land, with all and singular the rights, members and appurtenances thereof, to the same being, belonging, or in anywise appertaining, to the only proper use, benefit and behoof of the said Grantee in fee simple, and in as ample a manner only as said Grantor had and holds the same.

No warranties or covenants of title, or otherwise, are made under this indenture. No personal liability shall be asserted or be enforceable against Grantor or any member of Grantor by reason of any statements or representations, if any, contained in this indenture.

IN WITNESS WHEREOF, the Grantor has signed and sealed this deed the day and year first above written.

Signed, sealed and delivered in
the presence of:

_____
Witness

_____
Notary Public

**MYKASSI VENTURES, LLC**

By: _____(SEAL)
S. Gregory Hays, as and only as Chapter 7 Trustee for the Bankruptcy Estate of Brenda K. Robertson (Case No. 15-53700-WLH), Sole Member

13110612v1

# EXHIBIT "A" FOLLOWS

# UNITED STATES BANKRUPTCY COURT ORDER

**IT IS ORDERED as set forth below:**

**Date: November 14, 2018**

*Wendy L. Hagenau*
Wendy L. Hagenau
U.S. Bankruptcy Court Judge

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: | CASE NO. 15-53700-WLH |
| BRENDA K. ROBERTSON, | CHAPTER 7 |
| Debtor. | |

**ORDER GRANTING TRUSTEE'S MOTION FOR AUTHORITY TO VOTE MEMBERSHIP INTEREST OF MYKASSI VENTURES, LLC TO: (1) SELL ASSETS OF LIMITED LIABILITY COMPANY; (2) DISTRIBUTE THE ASSETS OF THE LIMITED LIABILITY COMPANY; AND (3) WIND-UP THE FINANCIAL AFFAIRS OF THE LIMITED LIABILITY COMPANY**

October 1, 2018, S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate (the "**Bankruptcy Estate**") of Brenda K. Robertson ("**Debtor**"), filed a *Trustee's Motion for Authority to Vote Membership Interest of Mykassi Ventures, LLC to: (1) Sell Assets of Limited Liability Company; (2) Distribute the Assets of the Limited Liability Company; and (3) Wind-up the Financial Affairs of the Limited Liability Company* [Doc. No. 315] (the "**Motion**"), requesting an order from the Court, among other things, authorizing Trustee to vote the 100%

12827270v1

membership interest of the Bankruptcy Estate in in Mykassi Ventures, LLC ("**Mykassi Ventures**") to: (a) consummate the sale of, or otherwise dispose of Mykassi Ventures' interest in (1) 196 Hemlock Lane, Lot 15, Clarkesville, Habersham County, Georgia 30523 (the "**Mountain Home**"), which includes a home; (2) a vacant lot at 196 Hemlock Lane, Lot 16, Clarkesville, Habersham County, Georgia 30523 (the "**Vacant Lot on Hemlock Lane**"), which is contiguous to the Mountain Home; and (3) Lots 1, 2, 3, 4, 5, and 6 Hardman Place, LL83, 11th District, Habersham County, Georgia 30523 ("**Hardman Place**" and collectively with the Mountain Home and the Vacant Lot on Hemlock Lane, the "**Properties**"); (b) pay all creditors of Mykassi Ventures; (c) wind-up the financial affairs of Mykassi Ventures; and (d) pay all remaining sale proceeds arising from the proposed sale or disposition of the Properties to the Bankruptcy Estate as the 100% owner of Mykassi Ventures.[1]

On October 3, 2018, Trustee filed a notice of hearing [Doc. No. 319] (the "**Notice**") setting a hearing on the Motion on November 8, 2018 (the "**Hearing**"). Counsel for Trustee certifies that he served the Notice on all requisite parties in interest. [Doc. No. 323].

No creditor or party in interest filed a response in opposition to the relief that Trustee requests in the Motion.

Counsel for Trustee and counsel for Debtor appeared at the Hearing. No creditor or party in interest appeared to oppose the relief requested in the Motion.

The Court having considered the Motion, the entire record in this matter, and the statements on the record at the Hearing; for all those reasons set forth on the record at the

---

[1] Capitalized terms not defined in this Order shall have the meanings ascribed to them in the Motion.

12827270v1

Hearing; and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**: Trustee is authorized to sign any and all documents necessary to: (a) consummate the sale of, or otherwise dispose of Mykassi Ventures' interest in (1) 196 Hemlock Lane, Lot 15, Clarkesville, Habersham County, Georgia 30523 (the "**Mountain Home**"), which includes a home; (2) a vacant lot at 196 Hemlock Lane, Lot 16, Clarkesville, Habersham County, Georgia 30523 (the "**Vacant Lot on Hemlock Lane**"), which is contiguous to the Mountain Home; and (3) Lots 1, 2, 3, 4, 5, and 6 Hardman Place, LL83, 11th District, Habersham County, Georgia 30523 ("**Hardman Place**" and collectively with the Mountain Home and the Vacant Lot on Hemlock Lane, the "**Properties**"); (b) pay all creditors of Mykassi Ventures; (c) wind-up the financial affairs of Mykassi Ventures; and (d) pay all remaining sale proceeds arising from the proposed sale or disposition of the Properties to the Bankruptcy Estate as the 100% owner of Mykassi Ventures. It is further

**ORDERED** that Trustee is directed to file with the Court a report of sale within 10 business days of Trustee's closing the sale of any property interests of MyKassi Ventures. It is further

**ORDERED** that, within 10 business days of Trustee's beginning the winding-up of the financial affairs of Mykassi Ventures, Trustee is directed to report to the Court his beginning of any such process and any other details regarding the same. It is further

**ORDERED** that this Court retains jurisdiction to (i) interpret, implement, and enforce this Order, and (ii) enter such other and further orders as may be necessary, just, or proper as an aid to enforcement or implementation of this Order.

**[END OF DOCUMENT]**

12827270v1

**Order prepared and presented by:**

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:/s/ *Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
    michael.bargar@agg.com
171 17th Street, NW, Suite 2100
Atlanta, GA 30363
Telephone: (404) 873-7030

**Identification of parties to be served:**

Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Brenda Kay Robertson
78 Wall Street
Hampton, GA 30228

Katherine J. Hill
Hicks Hill, LLC
Suite 210
305 Lawrence Street
Marietta, GA 30060

Beth E. Rogers
Rogers Law Offices
100 Peachtree Street
Suite 1950
Atlanta, GA 30303

12827270v1

Aaron J. Nash, Esq.
Evans Petree PC
1000 Ridgeway Loop Rd
Suite 200
Memphis, TN 38120-4036

Robert W. Scholz
Evans, Scholz, Williams & Warncke, LLC
3490 Piedmont Road NE,
Suite 1200
Atlanta, GA 30305

Robert J. Fehse
Evans Petree PC
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120

Anthony Lawrence
285 J.B. Lawrence Road
Clarksville, GA 30523

Taylor Mansell
Shapiro, Pendergast and Hasty LLP
211 Perimeter Center Parkway, Suite 300
Atlanta, GA 30346

W. Earl Edmondson, Mgr.
Purple Martin Group, LLC
4232 Hidden Lakes Drive
Port Orange, FL 32129

Albert G. Bantley
Brochstein & Bantley, P.C.
827 Fairways Court, Suite 100
Stockbridge, GA 30281

Michael J. Bargar
Arnall Golden Gregory LLP
171 17th Street, NW, Suite 2100
Atlanta, GA 30363

12827270v1

**CERTIFICATE OF SERVICE**

I hereby certify that I am over the age of 18 and that on this day I served a copy of the foregoing *REPORT OF SALE* by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

>Office of the United States Trustee
>362 Richard B. Russell Building
>75 Ted Turner Drive, SW
>Atlanta, GA 30303
>
>Brenda Kay Robertson
>78 Wall Street
>Hampton, GA 30228
>
>Katherine J. Hill
>Hicks Hill, LLC
>Suite 210
>305 Lawrence Street
>Marietta, GA 30060

Dated: January 30, 2019.

>/s
>S. Gregory Hays
>Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, N.W., Suite 555
Atlanta, Georgia 30305
(404) 926-0060
ghays@haysconsulting.net