UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| BRENDA K. ROBERTSON, | : | CASE NO. 15-53700-WLH |
| | : | |
| Debtor. | : | |
| | : | |

**REPORT OF SALE**

COMES NOW S. Gregory Hays, the Chapter 7 Trustee in the above-captioned matter, and files this Report of Sale pursuant to Bankruptcy Rule 6004(f), and shows the Court as follows:

1.

On or about February 15, 2019, the Trustee sold the interest of Woodmond Ventures, LLC ("**Woodmond Ventures**") in certain real property located at 3265 Walt Stephens Road, Jonesboro, Clayton County, Georgia 30236 ("**Property**"), controlled through the bankruptcy estate's membership interest in Woodmond Ventures to Mega Investment Group, LLC ("**Purchaser**") for $87,000.00 pursuant to the *Order Granting Trustee's Motion for Authority to Vote Membership Interest of Woodmond Ventures, LLC to (1) Sell Assets of Limited Liability Company; (2) Distribute the Assets of the Limited Liability Company; and (3) Wind-Up the Financial Affairs of the Limited Liability Company* [Doc. No. 331] entered on November 14, 2018.

2.

Attached hereto as Exhibit "A" is the Seller's Settlement Statement from the sale. The Trustee reports that he has completed the delivery of the Property to the Purchaser

and has realized net proceeds of $4,482.15[1] from the sale which he is currently holding in a bank account in the name of Woodmond Ventures. The net proceeds after payments of all debts of Woodmond Ventures (none anticipated) will be distributed to the Trustee upon the wind-up and final distribution of Woodmond Ventures.

Respectfully submitted this 21st day of February, 2019.

/s/
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, N.W., Suite 555
Atlanta, Georgia 30305
(404) 926-0060
ghays@haysconsulting.net

---

[1] In addition, the Trustee is holding $8,855.06 from the sale for payment to Bullseye Auction & Appraisal, LLC representing $8,700.00 of commission and $155.06 in expenses resulting from the sale. Contemporaneously with the filing of this report of sale, Trustee will file a motion requesting authority to pay Bullseye Auction & Appraisal, LLC these amounts.

Exhibit "A"

# Seller's Settlement Statement



**CAMPBELL & BRANNON**
ATTORNEYS AT LAW

| | |
|---|---|
| **Settlement Date:** | 02/15/2019 |
| **Disbursement Date:** | 02/15/2019 |
| **Settlement Location:** | 5565 Glenridge Connector, Suite 350, Atlanta, GA 30342 |
| **File Number:** | |
| **Lender:** | |
| **Loan Type:** | None |
| **Buyer:** | Mega Investment Group, LLC<br>1600 Lake Harbin Road<br>844<br>Morrow, GA 30260 |
| **Seller:** | Woodmond Ventures, LLC by S. Gregory Hays as and only as Chapter 7 Trustee for the Bankruptcy Estate of Brenda K. Robertson<br>2964 Peachtree Road, NW<br>Suite 555<br>Atlanta, GA 30305 |
| **Property location:** | 3265 Walt Stephens Road<br>Jonesboro, GA 30236 |
| **Tax Parcel No:** | 12023D B002 |

| | Seller Debit | Seller Credit |
|---|---:|---:|
| **Financial Consideration** | | |
| Sale Price of Property | | 87,000.00 |
| Excess Deposit | 8,700.00 | |
| **Prorations/Adjustments** | | |
| County Taxes ($2150.20) 01/01/19 - 02/15/19 | 265.09 | |
| **Payoffs** | | |
| Payoff of First Mortgage Loan to PHH Mortgage Corp. | 73,397.70 | |
| **Subtotals** | 82,362.79 | 87,000.00 |
| **Balance Due TO Seller** | 4,637.21 | |

```
**10% Commission to be paid to Auction company (Bullseye Auction) by Trustee
once ordered entered            $8700.00


Reimbursement for expenses to be paid to Auction Company (Bullseye Auction) by
Trustee once onder entered        $155.06
```

## CERTIFICATE OF SERVICE

I hereby certify that I am over the age of 18 and that on this day I served a copy of the foregoing *REPORT OF SALE* by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Brenda Kay Robertson
78 Wall Street
Hampton, GA 30228

Katherine J. Hill
Hicks Hill, LLC
Suite 210
305 Lawrence Street
Marietta, GA 30060

Dated: February 21, 2019.

                                                   /s
                                        S. Gregory Hays
                                        Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, N.W., Suite 555
Atlanta, Georgia 30305
(404) 926-0060
ghays@haysconsulting.net