**IT IS ORDERED as set forth below:**

Date: February 25, 2019



_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 15-53700-WLH |
| | : | |
| BRENDA K. ROBERTSON, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER AUTHORIZING PAYMENT OF COMMISSION AND REIMBURSEMENT OF EXPENSES TO BULLSEYE AUCTION AND APPRAISAL, LLC**

On January 23, 2019, S. Gregory Hays, as Chapter 7 Trustee for the bankruptcy estate of Brenda K. Robertson, filed *Trustee's Motion for Authority to Pay Bullseye Auction & Appraisal LLC in Accordance with Prior Court Order* [Doc. No. 343] (the "**Motion**"), seeking an order from the Court authorizing Trustee, on behalf of Mykassi Ventures, LLC, to pay Bullseye Auction and Appraisal, LLC ("**Bullseye**") $12,750.00 in commission (or, 10% of the sale price of $127,500.00) and expenses of $431.97 from the Sale[1] of the Vacant Lot on Hemlock Lane, and $7,800.00 in

---

[1]    Capitalized terms not defined in this Order shall have the meanings ascribed to them in the Motion.

13097656v1

commission (or, 10% of the sale price of $78,000.00) and expenses of $431.97 from the Sale of Hardman Place.

On January 24, 2019, Trustee filed *Notice of Pleading, Deadline to Object, and for Hearing* [Doc. No. 344] (the "**Notice**") regarding the Motion, in accordance with General Order No. 24-2018. Counsel for Trustee certifies that he served the Notice on all requisite parties in interest on January 24, 2019. [Doc. No. 355].

The Notice provided notice of the opportunity to object and for hearing pursuant to the procedures in General Order No. 24-2018. No objection to the Motion was filed prior to the objection deadline provided in the Notice.

The Court having considered the Motion and all other matters of record, including the lack of objection to the relief requested in the Motion, and based on the forgoing, finding that no further notice or hearing is necessary; and, the Court having found that good cause exists to grant the relief requested in the Motion, it is hereby

**ORDERED** that the Motion is **GRANTED**, as expressly stated herein: Trustee, on behalf of Mykassi Ventures, LLC, is authorized to pay, or to have paid, to Bullseye $12,750.00 in commission (or, 10% of the sale price of $127,500.00) and expenses of $431.97 from the Sale of the Vacant Lot on Hemlock Lane, and $7,800.00 in commission (or, 10% of the sale price of $78,000.00) and expenses of $431.97 from the Sale of Hardman Place. It is further

**ORDERED** that this Court retains jurisdiction to (i) interpret, implement, and enforce this Order, and (ii) enter such other and further orders as may be necessary, just, or proper as an aid to enforcement or implementation of this Order.

[END OF DOCUMENT]

13097656v1

**Order prepared and presented by:**

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
    michael.bargar@agg.com
171 17th Street, NW, Suite 2100
Atlanta, GA 30363
Telephone:  (404) 873-7030


**Identification of parties to be served:**

Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Brenda Kay Robertson
78 Wall Street
Hampton, GA  30228

Katherine J. Hill
Hicks Hill, LLC
Suite 210
305 Lawrence Street
Marietta, GA 30060

Beth E. Rogers
Rogers Law Offices
100 Peachtree Street
Suite 1950
Atlanta, GA 30303

13097656v1

Aaron J. Nash, Esq.
Evans Petree PC
1000 Ridgeway Loop Rd
Suite 200
Memphis, TN 38120-4036

Robert W. Scholz
Evans, Scholz, Williams & Warncke, LLC
3490 Piedmont Road NE,
Suite 1200
Atlanta, GA 30305

Robert J. Fehse
Evans Petree PC
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120

Michael J. Bargar
Arnall Golden Gregory LLP
171 17th Street, NW, Suite 2100
Atlanta, GA 30363

13097656v1