UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 15-53700-WLH |
| | : | |
| BRENDA K. ROBERTSON, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

## TRUSTEE'S MOTION FOR AUTHORITY TO PAY BULLSEYE AUCTION & APPRAISAL, LLC COMMISSION AND EXPENSES IN ACCORDANCE WITH PRIOR COURT ORDER

COMES NOW S. Gregory Hays, Chapter 7 Trustee ("**Trustee**") for Brenda K. Robertson, and hereby files *Trustee's Motion for Authority to Pay Bullseye Auction & Appraisal LLC in Accordance with Prior Court Order* (the "**Motion**"). In support of the Motion, Trustee respectfully shows as follows:

### Jurisdiction and Venue

1. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

### Background

#### *a. General Background*

2. On February 27, 2015 (the "**Petition Date**"), Brenda K. Robertson (the "**Debtor**") filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Northern District of Georgia, Atlanta Division ("**Bankruptcy Court**"), initiating Chapter 7 Case No. 15-53700-WLH (the "**Bankruptcy Case**"). Trustee was subsequently appointed the duly

13229568v1

acting Chapter 7 trustee in the Bankruptcy Case and became the permanent Trustee at the conclusion of the Meeting of Creditors.

3.  At the commencement of the Bankruptcy Case, all legal and equitable rights of Debtor became property of her bankruptcy estate (the "**Bankruptcy Estate**"), and Trustee was and continues to be the sole representative of the Bankruptcy Estate.

4.  On her *Schedule B – Personal Property – Amended* [Doc. No. 249] ("**Schedule B**"), Debtor scheduled her ownership interests in several businesses, including Woodmond Ventures, LLC ("**Woodmond Ventures**") with $0.00 values.

5.  As of the Petition Date, Debtor held 100% of the membership interests in and to Woodmond Ventures, a State of Georgia limited liability company.

6.  On the Petition Date, Woodmond Ventures solely owned the following properties: (1) 7966 Wright Circle, Jonesboro, GA ("**7966 Wright Circle**"); (2) 7958 Wright Circle, Jonesboro, GA ("**7958 Wright Circle**"); (3) 3265 Walt Stephens Road, Jonesboro, GA ("**3265 Walt Stephens**"); and (4) 171 Bay Court, Stockbridge, GA ("**171 Bay Court**", and collectively, the "**Properties**").

### *b. Employment of Scott Schwartz and Bullseye Auction*

7.  Earlier in this Bankruptcy Case, Trustee received authority from the Court [Doc. No. 245] to employ Scott Schwartz of Bullseye Auction and Appraisal, LLC ("**Bullseye**") to act as auctioneer for the Bankruptcy Estate. On October 10, 2018, Trustee filed a motion to expand the scope of Bulleye's employment [Doc. No. 324] so that it could also auction the Properties for

the benefit of the Bankruptcy Estate.[1]  On November 14, 2018, the Court entered an order [Doc. No. 330], authorizing Trustee to expand the scope of Bullseye's employment.

### c. Motion to Vote Membership Interest

8. On October 3, 2018, Trustee filed *Trustee's Motion for Authority to Vote Membership Interest of Woodmond Ventures, LLC to: (1) Sell Assets of Limited Liability Company; (2) Distribute the Assets of the Limited Liability Company; and (3) Wind-up the Financial Affairs of the Limited Liability Company* [Doc. No. 317] (the "**Motion to Vote**"), seeking an order to, among other things, vote the Bankruptcy Estate's sole membership interest in Woodmond Ventures to: (a) consummate the sale of the Properties; (b) pay all creditors of Woodmond Ventures; (c) wind-up the financial affairs of Woodmond Ventures; and (d) pay all remaining sale proceeds arising from the proposed sale or disposition of the Properties to the Bankruptcy Estate as the 100% owner of Woodmond Ventures.

9. After notice and a hearing, the Court entered an order [Doc. No. 331] granting the Motion to Vote (the "**Order Granting the Motion Vote**").

### d. Sale of the Properties

10. After taking appropriate steps in accordance with the Order Granting the Motion to Vote, along with applicable State law, on January 16, 2019, Bullseye auctioned the Properties, and Trustee closed the sales (the "**Sales**") of these properties on February 15, 2019.  *See* [Doc. Nos. 347-350].

11. True and correct copies of the closing statements from the Sales are attached hereto and incorporated herein by reference as Exhibit "A."  A true and correct copy of an

---

[1]  With the benefit of hindsight, Trustee is not certain that employment of Bullseye was necessary because the properties being sold were not technically property of the Bankruptcy Estate but instead were properties of Woodmond Ventures.  Because Bullseye is now employed, Trustee files this Motion out of an abundance of caution.

13229568v1

invoice for the expenses of Bullseye arising from the Sales is attached hereto and incorporated herein by reference as Exhibit "B."

12. As set forth in the closing statements, the Sale of the Properties has netted $38,304.36, after payment of the mortgages secured against the Properties and assuming that the Court authorizes the payments proposed in this Motion.

13. Following the closing of the Sales, Campbell & Brannon, LLC (the "**Closing Attorney**"), turned over all remaining sales proceeds, including the amounts owed to Bullseye.

14. Payment to Bullseye of its 10% Commission and the costs of sale is well within the spirit of the relief requested in the Motion to Vote and granted in the Order Granting the Motion to Vote; however, the express language of the Order Granting the Motion to Vote does not authorize these payments.

**Relief Requested**

15. Out of an abundance of caution, Trustee requests authority to pay (from the remaining sales proceeds) Bullseye $7,100.00 in commission (or, 10% of the sale price of $71,000.00) and expenses of $155.07 from the Sale of 7966 Wright Circle; $7,300.00 in commission (or, 10% of the sale price of $73,000.00) and expenses of $155.06 from the Sale of 7958 Wright Circle; $8,200.00 in commission (or, 10% of the sale price of $82,000.00) and expenses of $155.07 from the Sale of 171 Bay Court; and $8,700.00 in commission (or, 10% of the sale price of $87,000.00) and expenses of $155.06 from the Sale of 3265 Walt Stephens.

**Basis for Relief Requested**

16. Bullseye has successfully sold the Properties for a total gross amount of $313,000.00. Following payments to the mortgagees, and the payments proposed herein, the Sales will result in approximately $38,000.00 of net sale proceeds. This is a good result.

13229568v1

17. Good cause exists for payment of the resulting commission and reimbursement of expenses.

WHEREFORE**,** Trustee respectfully requests that the Court enter an order:

(A) Authorizing Trustee to pay Bullseye $7,100.00 in commission (or, 10% of the sale price of $71,000.00) and expenses of $155.07 from the Sale of 7966 Wright Circle; $7,300.00 in commission (or, 10% of the sale price of $73,000.00) and expenses of $155.06 from the Sale of 7958 Wright Circle; $8,200.00 in commission (or, 10% of the sale price of $82,000.00) and expenses of $155.07 from the Sale of 171 Bay Court; and $8,700.00 in commission (or, 10% of the sale price of $87,000.00) and expenses of $155.06 from the Sale of 3265 Walt Stephens; and

(B) Granting such other and further relief as the Court deems just or appropriate.

Respectfully submitted this 4th day of March, 2019.

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
　　Michael J. Bargar
　　Georgia Bar No. 645709
　　michael.bargar@agg.com

171 17th Street, NW, Suite 2100
Atlanta, GA 30363-1031
Phone: 404-873-7030

**EXHIBIT "A" FOLLOWS**

13229568v1

# Seller's Settlement Statement



## CAMPBELL & BRANNON
ATTORNEYS AT LAW

| | |
|---|---|
| **Settlement Date:** | 02/15/2019 |
| **Disbursement Date:** | 02/15/2019 |
| **Settlement Location:** | 5565 Glenridge Connector, Suite 350, Atlanta, GA 30342 |
| **File Number:** | G190213DM |
| **Lender:** | |
| **Loan Type:** | None |
| **Buyer:** | Mega Investment Group, LLC<br>1600 Lake Harbin Road<br>#844<br>Atlanta, GA 30360 |
| **Seller:** | Woodmond Ventures, LLC, by S. Gregory Hays, as and only as Chapter 7 Trustee for the Bankruptcy Estate of Brenda K. Robertson, sole member<br>2964 Peachtree Road NW<br>Suite 555<br>Atlanta, GA 30305 |
| **Property location:** | 7966 Wright Circle<br>Jonesboro, GA 30236 |
| **Tax Parcel No:** | 12046A-A007 |

| | Seller Debit | Seller Credit |
|---|---|---|
| **Financial Consideration** | | |
| Sale Price of Property | | 71,000.00 |
| Excess Deposit | 7,100.00 | |
| **Prorations/Adjustments** | | |
| County Taxes ($1243.94)<br>01/01/19 - 02/15/19 | 153.36 | |
| **Payoffs** | | |
| Payoff of First Mortgage Loan to PHH Mortgage Corp. | 55,707.22 | |
| **Miscellaneous Debits/Credits** | | |
| 10% commission to be paid to Auction company (Bullseye Auction) by Trustee once order entered | 7,100.00 | |
| Reimbursement for expenses to be paid to Auction Company (Bullseye) by Trustee once order entered | 155.07 | |
| **Subtotals** | 70,215.65 | 71,000.00 |
| **Balance Due TO Seller** | 784.35 | |

# Seller's Settlement Statement



**CAMPBELL & BRANNON**
ATTORNEYS AT LAW

| | |
|---|---|
| **Settlement Date:** | 02/15/2019 |
| **Disbursement Date:** | 02/15/2019 |
| **Settlement Location:** | 5565 Glenridge Connector, Suite 350, Atlanta, GA 30342 |
| **File Number:** | G190210DM |
| **Lender:** | |
| **Loan Type:** | None |
| **Buyer:** | America Asset Management, LLC<br>1600 Lake harbin road<br>844<br>Morrow, GA 30260 |
| **Seller:** | Woodmond Ventures, LLC by S. Gregory Hays, as and only as Chapter 7 Trustee for the Bankruptcy Estate of Brenda K. Robertson<br>2964 Peachtree Road, NW<br>Suite 555<br>Atlanta, GA 30305 |
| **Property location:** | 7958 Wright Circle<br>Jonesboro, GA 30236 |
| **Tax Parcel No:** | 12046A A006 |

| | Seller Debit | Seller Credit |
|---|---|---|
| **Financial Consideration** | | |
| Sale Price of Property | | 73,000.00 |
| Excess Deposit | 7,300.00 | |
| **Prorations/Adjustments** | | |
| County Taxes ($1213.22)<br>01/01/19 - 02/15/19 | 149.58 | |
| **Payoffs** | | |
| Payoff of First Mortgage Loan to PHH Mortgage Corp. | 57,038.82 | |
| **Miscellaneous Debits/Credits** | | |
| 10% commission to be paid to Auction company (Bullseye Auction) by Trustee once order entered | 7,300.00 | |
| Reimbursement for expenses to be paid to Auction Co (Bullseye) once order entered | 155.06 | |
| **Subtotals** | 71,943.46 | 73,000.00 |
| **Balance Due TO Seller** | 1,056.54 | |

# Seller's Settlement Statement



## CAMPBELL & BRANNON
ATTORNEYS AT LAW

| | |
|---|---|
| **Settlement Date:** | 02/15/2019 |
| **Disbursement Date:** | 02/15/2019 |
| **Settlement Location:** | 5565 Glenridge Connector, Suite 350, Atlanta, GA 30342 |
| **File Number:** | G190211DM |
| **Lender:** | |
| **Loan Type:** | None |
| **Buyer:** | Mega Investment Group, LLC<br>1600 Lake Harbin Road<br>#844<br>Morrow, GA 30260 |
| **Seller:** | Woodmond Ventures, LLC by S. Gregory Hays, as and only as Chapter 7 Trustee for the Bankruptcy Estate of Brenda K. Robertson<br>2964 Peachtree Road, NW<br>Suite 555<br>Atlanta, GA 30305 |
| **Property location:** | 171 Bay Court<br>Stockbridge, GA 30281 |
| **Tax Parcel No:** | 050A01045000 |

| | Seller Debit | Seller Credit |
|---|---|---|
| **Financial Consideration** | | |
| Sale Price of Property | | 82,000.00 |
| Excess Deposit | 8,200.00 | |
| **Prorations/Adjustments** | | |
| County Taxes ($1730.03) 01/01/19 - 02/15/19 | | 213.29 |
| **Payoffs** | | |
| Payoff of First Mortgage Loan to PHH Mortgage Corp. | 55,850.32 | |
| **Miscellaneous Debits/Credits** | | |
| 10% commission to be paid to Auction company (Bullseye Auction) by Trustee once ordered entered | 8,200.00 | |
| Reimbursement for expenses to be paid to Auction Co ( Bullseye) by Trustee once order entered | 155.07 | |
| **Subtotals** | 72,618.68 | 82,000.00 |
| **Balance Due TO Seller** | 9,381.32 | |

# Seller's Settlement Statement



**CAMPBELL & BRANNON**
ATTORNEYS AT LAW

| | |
|---|---|
| **Settlement Date:** | 02/15/2019 |
| **Disbursement Date:** | 02/15/2019 |
| **Settlement Location:** | 5565 Glenridge Connector, Suite 350, Atlanta, GA 30342 |
| **File Number:** | G190212DM |
| **Lender:** | |
| **Loan Type:** | None |
| **Buyer:** | Mega Investment Group, LLC<br>1600 Lake Harbin Road<br>844<br>Morrow, GA 30260 |
| **Seller:** | Woodmond Ventures, LLC by S. Gregory Hays as and only as Chapter 7 Trustee for the Bankruptcy Estate of Brenda K. Robertson<br>2964 Peachtree Road, NW<br>Suite 555<br>Atlanta, GA 30305 |
| **Property location:** | 3265 Walt Stephens Road<br>Jonesboro, GA 30236 |
| **Tax Parcel No:** | 12023D B002 |

| | Seller Debit | Seller Credit |
|---|---|---|
| **Financial Consideration** | | |
| Sale Price of Property | | 87,000.00 |
| Excess Deposit | 8,700.00 | |
| **Prorations/Adjustments** | | |
| County Taxes ($2150.20) 01/01/19 - 02/15/19 | 265.09 | |
| **Payoffs** | | |
| Payoff of First Mortgage Loan to PHH Mortgage Corp. | 73,397.70 | |
| **Subtotals** | 82,362.79 | 87,000.00 |
| **Balance Due TO Seller** | 4,637.21 | |

```
**10% Commission to be paid to Auction company (Bullseye Auction) by Trustee
once ordered entered         $8700.00

Reimbursement for expenses to be paid to Auction Company (Bullseye Auction) by
Trustee once onder entered        $155.06
```

## EXHIBIT "B" FOLLOWS

13229568v1



Bullseye Auction & Appraisal, LLC
500 Pike Park Drive, Ste. F
Lawrenceville, GA  30046
(770) 544-7479
merrin@BullseyeAuctions.com
www.BullseyeAuctions.com

# INVOICE

**BILL TO**
Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Road NW,
Suite 555
Atlanta, GA  30305

**INVOICE #** 3338
**DATE** 02/05/2019
**DUE DATE** 02/05/2019
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Marketing/Promotion**<br>Robertson BK - Investment Properties (Stockbridge & Jonesboro)<br>AuctionZip.com - Online Auction Postings | 1 | 50.00 | 50.00 |
| **Marketing/Promotion**<br>Robertson BK - Investment Properties (Stockbridge & Jonesboro)<br>The Local Sign Man - Advertising Signs | 1 | 300.00 | 300.00 |
| **Marketing/Promotion**<br>Robertson BK - Investment Properties (Stockbridge & Jonesboro)<br>Property Blast - Eblast Advertising | 1 | 34.95 | 34.95 |
| **Marketing/Promotion**<br>Robertson BK - Investment Properties (Stockbridge & Jonesboro)<br>USPS - Overnighting Earnest Money | 1 | 6.70 | 6.70 |
| **Marketing/Promotion**<br>Robertson BK - Investment Properties (Stockbridge & Jonesboro)<br>Direct Mail/Postage | 1 | 228.61 | 228.61 |

Please mail payments to:
  Bullseye Auction & Appraisal, LLC
  500 Pike Park Drive
  Suite F
  Lawrenceville, GA 30046

**BALANCE DUE**  **$620.26**

We greatly appreciate your business and look forward to working with you again soon!

Please mail payments to:
Bullseye Auction & Appraisal, LLC
500 Pike Park Drive  |  Suite F
Lawrenceville, GA 30046

## CERTIFICATE OF SERVICE

The undersigned certifies that on the date set forth below, I caused to be served the foregoing *Trustee's Motion for Authority to Pay Bullseye Auction & Appraisal LLC in Accordance with Prior Court Order* by first class U.S. mail, postage prepaid, upon the entities identified below at the addresses stated:

Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Brenda Kay Robertson
78 Wall Street
Hampton, GA  30228

Katherine J. Hill
Hicks Hill, LLC
Suite 210
305 Lawrence Street
Marietta, GA 30060

Beth E. Rogers
Rogers Law Offices
100 Peachtree Street
Suite 1950
Atlanta, GA 30303

Aaron J. Nash, Esq.
Evans Petree PC
1000 Ridgeway Loop Rd
Suite 200
Memphis, TN 38120-4036

Robert W. Scholz
Evans, Scholz, Williams & Warncke, LLC
3490 Piedmont Road NE,
Suite 1200
Atlanta, GA 30305

13229568v1

Robert J. Fehse
Evans Petree PC
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120

    This 4th day of March, 2019.

                                      */s/ Michael J. Bargar*
                                      Michael J. Bargar
                                      Georgia Bar No. 645709

13229568v1