UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| BRENDA K. ROBERTSON, | : | CASE NO. 15-53700-WLH |
| | : | |
| Debtor. | : | |
| | : | |

**REPORT OF SALE**

COMES NOW S. Gregory Hays, the Chapter 7 Trustee in the above-captioned matter, and files this Report of Sale pursuant to Bankruptcy Rule 6004(f), and shows the Court as follows:

1.

By Order entered on October 15, 2019 [Doc. No. 369], this Court authorized the Trustee to sell by public auction personal property of the estate known as a 1989 Mercedes Benz 560SL (the "**Vehicle**"). The Trustee held a public on-line auction of the Vehicle, which concluded on November 14, 2019. The Vehicle sold for $16,000.00 to Charles McDaniel (Bidder # 1047). Attached as Exhibit "A" is an auction summary which list the item sold, the winning bidder number and winning bid amount.

2.

The Trustee reports that he has completed the delivery of the Vehicle to the purchaser and netted $3,947.65 from the auction after payment of the Debtor's exemption ($10,000.00) and the auctioneer's commission and expenses ($2,052.35).

Respectfully submitted this 20th day of November, 2019.

/s/
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Ste 555
Atlanta, Georgia 30305
(404) 926-0060

# Exhibit "A"



# Bk Case # 15-53700-WLH
# 1989 Mercedes 560SL

## Priced Lot List

| Lot # | Description | Bidder | Price |
|---|---|---|---|
| 1 | 1989 Mercedes 560SL Convertible Coupe - 1989 Mercedes 560SL VIN WDBBA48DXKA099202 47,559 miles | 1047 | $16,000.00 |

**Total of All Lots Sold:** **$16,000.00**

## CERTIFICATE OF SERVICE

I, S. Gregory Hays, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing **Report of Sale** by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated and upon all the following persona or entities at the addresses stated:

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Brenda Kay Robertson
78 Wall Street
Hampton, GA 30228

Katherine J. Hill
Hicks Hill, LLC
Suite 210
305 Lawrence Street
Marietta, GA 30060

This 20th day of November, 2019.

　　　　　　　　　　　　　　　　　　　　　　/s  *S. Gregory Hays*
　　　　　　　　　　　　　　　　　　　　　　S. Gregory Hays
　　　　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Ste 555
Atlanta, Georgia 30305
(404) 926-0060