# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 15-53700-WLH |
| | ) | |
| BRENDA K. ROBERTSON, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I, Michael J. Bargar, am over the age of 18, and that on June 17, 2020, I caused to be served true and correct copies of the following documents:

(A) *Notice of Hearing [Doc. No. 379]*; and

(B) *Notice of Hearings [Doc. No. 380]*

by first class United States mail on the persons or entities at the addresses set forth on Exhibit "A."

This 17th day of June, 2020.

                                                ARNALL GOLDEN GREGORY LLP
                                               *Attorneys for Trustee*

                                               By: */s/ Michael J. Bargar*
                                                     Michael J. Bargar
                                                     Georgia Bar No. 645709
                                                   michael.bargar@agg.com

171 17th Street NW, Suite 2100
Atlanta, Georgia 30363-1031
(404) 873-7030

15102514v1

# EXHIBIT "A" FOLLOWS

Case 15-53700-wlh    Doc 381    Filed 06/17/20    Entered 06/17/20 14:37:05    Desc Main
Document      Page 2 of 6

15102514v1

```
Label Matrix for local noticing         2010-1 RADC/ CADC Property III         AmSouth Bank
113E-1                                  c/o Mariner Real Estate Mgmt           PO Box 11007
Case 15-53700-wlh                       4601 College Blvd. Ste 300             Birmingham, AL 35288-0001
Northern District of Georgia            Leawood, KS 66211-1652
Atlanta
Wed Jun 17 11:46:48 EDT 2020

Arnall Golden Gregory, LLP              Bank of America                        (p)BANK OF AMERICA
171 17th Street NW                      2270 Lakeside Blvd.                    PO BOX 982238
Suite 2100                              Richardson, TX 75082-4304              EL PASO TX 79998-2238
Atlanta, GA 30363-1031


Bank of North Georgia                   Bank of North Georgia                  Michael J. Bargar
960 Buford Road                         P.O. Box 2181                          Arnall Golden Gregory, LLP
Cumming, GA 30041-2718                  Columbus, GA 31902-2181                Suite 2100
                                                                               171 17th Street, N.W.
                                                                               Atlanta, GA 30363-1031


Beck, Owen & Murray                     BlueAsh Group, LLC                     Bullseye Auction & Appraisal, LLC
100 S. Hill Street                      c/o Rogers Law Offices, LLC            Mr. Scott Schwartz
Suite 600                               100 Peachtree St, Ste. 1950            500 Pike Park Drive, Suite F
Griffin, GA 30223-3415                  Atlanta, GA 30303                      Lawrenceville, GA 30046-2416
                                        7 30303-1919


CADC/RADC Venture 2011-1, LLC           Elizabeth Childers                     Cornerstone Bank
c/o Sabal Financial Group, L.P          Shapiro, Pendergast and Hasty          2060 Mt. Paran Rd.
4675 MacArthur Ct., 15th Floor          Suite 300                              Ste. 100
Newport Beach, CA 92660-1875            211 Perimeter Center Parkway, NE       Atlanta, GA 30327-2935
                                        Atlanta, GA 30346-1305


Brian E. Daughdrill                     Dietrick, Evans, Scholz &              Enterprise Banking
Giacoma Roberts & Daughdrill, LLC       Williams, LLC                          2097 Hwy 20 West
Suite 2750                              3490 Piedmont Rd. Ste 1200             McDonough, GA 30253-7204
945 East Paces Ferry Road               Atlanta, GA 30305-4809
Atlanta, GA 30326-1305


Evans, Scholz, Williams &               Robert J. Fehse                        Fidelity Bank
Warncke , LLC                           Evans Petree PC                        c/o Robert W. Scholz, Esq
3490 Piedmont Rd. NE, Ste 1200          Suite 800                              Evans Scholz Williams & Warncke, LLC
Atlanta, GA 30305-4809                  1715 Aaron Brenner Drive               3490 Piedmont Road
                                        Memphis, TN 38120-1445                 Suite 1200
                                                                               Atlanta, GA 30305-4809


Fidelity Bank                           First Georgia Community Bank           First Georgia Community Bank
Residential Construction Lendi          150 Covington Street                   c/o United Bank
PO Box 105075                           Jackson, GA 30233-2049                 400 Griffin Street
Atlanta, GA 30348-5075                                                         Zebulon, GA 30295-6687


S. Gregory Hays                         S. Gregory Hays                        Hays Financial Consulting, LLC
Hays Financial Consulting, LLC          Hays Financial Consulting, LLC         2964 Peachtree Road NW
Suite 200                               Suite 555                              Suite 555
3343 Peachtree Road, NE                 2964 Peachtree Road NW                 Atlanta, GA 30305-4909
Atlanta, GA 30326-1420                  Atlanta, GA 30305-4909


Heritage Bank                           Katherine J. Hill                      Katherine Jackson Hill
830 Eagles Landing Pkwy.                Hicks Hill, LLC                        Hicks, Casey & Morton, PC
Suite 100                               305 Lawrence Street, Ste 210           136 North Fairground Street NE
Stockbridge, GA 30281-7366              Marietta, GA 30060-2093                Suite 100
                                                                               Marietta, GA 30060-1533
```

| | | |
|---|---|---|
| J.H Bankston<br>951 Hutchinson Rd<br>Williamson, GA 30292-3135 | Jeffrey M. Butler<br>561 Greene Street<br>Augusta, GA 30901-1459 | Larry Bowlin<br>1271 Rover Zetella Road<br>Williamson, GA 30292-3746 |
| MLO Group<br>Value Recovery Group, L.P.<br>6305 Emerald Pkwy<br>Dublin, OH 43016-3241 | Taylor S. Mansell<br>Shapiro Pendergast & Hasty, LLP<br>211 Perimeter Center Parkway, NE<br>Suite 300<br>Atlanta, GA 30346-1305 | Mariner Real Estate Management<br>4601 College Blvd<br>Suite 300<br>Leawood, KS 66211-1652 |
| (p)PENDERGAST AND ASSOCIATES P C<br>211 PERIMETER CENTER PARKWAY<br>SUITE 300<br>ATLANTA GA 30346-1305 | Julie D. Mehelic<br>Shapiro Pendergast & Hasty, LLP<br>Suite 300<br>211 Perimeter Center Parkway, NE<br>Atlanta, GA 30346-1305 | Moore Bass Consulting, Inc.<br>324 Industrial Blvd.<br>McDonough, GA 30253-6605 |
| Moore Bass Consulting, Inc.<br>805 North Gadsoler St.<br>Tallahassee, FL 32303 | Multibank 2010-1 SFR Venture<br>5032 Parkway Plaza Blvd<br>Charlotte, NC 28217-1918 | Aaron J. Nash<br>Evans Petree PC<br>Suite 200<br>1000 Ridgeway Loop Rd.<br>Memphis, TN 38120-4036 |
| Nelson Mullins Riley & Scar.<br>Attn: Gregory Taube<br>201 17th St., NW Ste. 1700<br>Atlanta, GA 30363-1099 | Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | PHH MORTGAGE CORPORATION<br>2001 Bishops Gate Blvd<br>Mt. Laurel, NJ 08054-4604 |
| PHH Mortgage<br>Mortgage Service Center<br>P.O. Box 5459<br>Mount Laurel, NJ 08054-5459 | PHH Mortgage Ice Center<br>2001 Bishops Gate, SV09<br>Mount Laurel, NJ 08054-4604 | PNC Bank<br>2730 Liberty Avenue<br>Mail Stop P5PWLC02<br>Pittsburgh, PA 15222-4704 |
| PNC Bank<br>P.O. Box 340777<br>Pittsburgh, PA 15230-7777 | PNC Bank<br>PO Box 856177<br>Louisville, KY 40285-6177 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| RBC Bank<br>11011 Richmond Avenue Ste 850<br>Houston, TX 77042-6792 | RBC Bank<br>P.O. Box 1070<br>Charlotte, NC 28201-1070 | RBC Bank USA<br>75 5th Street<br>Atlanta, GA 30308-1070 |
| RBC Bank USA<br>WOODARD & BUTLER<br>561 GREENE STREET<br>AUGUSTA, GA 30901-1459 | RBC Builders Finance<br>75 5th Street<br>Atlanta, GA 30308-1019 | RBC Centura Bank<br>P.O. Box 1070<br>Charlotte, NC 28201-1070 |
| RES-GA Diamond Meadows, LLC<br>RES-GA CRI, LLC<br>100 Peachtree St NE, Suite 1950<br>Atlanta, GA 30303 | RES-GA Diamond Meadows, LLC<br>RES-GA CRI, LLC<br>790 NW 107th Avenue, Suite 400<br>Miami, FL 33172-3159 | RES-GA REX, LLC<br>790 NW 10th Street<br>Suite 300<br>Miami, FL 33136 |

| | | |
|---|---|---|
| Regions Bank<br>P.O. Box 1628<br>Montgomery, AL 36102-1628 | Regions Bank<br>P.O. Box 2224<br>Birmingham, AL 35246-0026 | Brenda Kay Robertson<br>78 Wall Street<br>Hampton, GA 30228-2038 |
| Beth E. Rogers<br>Rogers Law Offices<br>Suite 1950<br>100 Peachtree Street<br>Atlanta, GA 30303-1919 | Rogers Law Offices<br>100 Peachtree Street<br>Suite 1950<br>Atlanta, GA 30303-1919 | Robert W. Scholz<br>Evans Scholz Williams & Warncke LLC<br>3490 Piedmont Road, NE<br>Suite 1200<br>Atlanta, GA 30305-4809 |
| Scott Schwartz<br>Bullseye Auction & Appraisal, LLC<br>Suite F<br>500 Pike Park Drive<br>Lawrenceville, GA 30046-2416 | Lucretia Lashawn Scruggs<br>Shapiro Pendergast & Hasty<br>211 Perimeter Center Parkway, Suite 300<br>Atlanta, GA 30346-1305 | Alan G. Snipes<br>Synovus Centre<br>1111 Bank Avenue, Third Floor<br>P.O. Box 1199<br>Columbus, GA 31902-1199 |
| Southern Community Bank<br>1500 Commerce Drive<br>Peachtree City, GA 30269-3552 | Southern Community Bank<br>c/o United Community Bank<br>59 Hwy 515<br>Blairsville, GA 30512 | Stites & Harbison, PLLC<br>303 Peachtree Street<br>2800 SunTrust Plaza<br>Atlanta, GA 30308 |
| Suntrust Bank<br>PO Box 79079<br>Baltimore, MD 21279-0079 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | United Bank<br>400 Griffin Street<br>Zebulon, GA 30295-6687 |
| United Commuity Bank<br>59 Hwy. 515<br>Blairsville, GA 30512 | United Community Bank<br>850 Eagles Landing Pkwy<br>Stockbridge, GA 30281-9095 | United Community Bank<br>P.O. Box 200187<br>Cartersville, GA 30120-9004 |
| United Community Bank<br>PO Box 249<br>Blairsville, GA 30514-0249 | United Community Bank<br>PO Box 4177<br>Marietta, GA 30061-4177 | Value Recovery Group, L.P.<br>The Law Office of Charles Mifsud, LLC<br>919 Old Henderson Rd., Suite 300<br>Columbus, OH 43220-3722 |
| Jill Warner<br>Brooks & Warner LLC<br>Suite B<br>1768 Century Boulevard NE<br>Atlanta, GA 30345-3311 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>PO Box 982235<br>El Paso, TX 79998-2235 | (d)FIA Card Services<br>PO Box 982238<br>El Paso, TX 79998 | Anthony Maselli<br>Shapiro, Pendergast & Hasty, LLP<br>211 Perimeter Center Parkway, NE<br>Suite 300<br>Atlanta, GA 30346 |

```
(d)Anthony Maselli
Shapiro, Pendergast & Hasty, LLP
Suite 300
211 Perimeter Center Parkway, NE
Atlanta, GA 30346
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)ASG Properties, Inc.           (u)Arnall Golden Gregory LLP      (u)B. Kay Builders Corporation

(u)Bang Investments, LLC          (u)Bice Ventures, LLC             (u)BlueAsh Group LLC

(u)Gilbert Ventures, LLC          (u)HBC Communities, LLC           (u)Madison Communities, Inc.

(u)Mykassi Ventures, LLC          (u)RES-GA Diamond Meadows, LLC    (u)RES-GA Rex, LLC

(u)Regions Bank                   (u)Giacoma Schleicher Roberts     (u)Brandon Robertson

(u)Marisa Robertson               (u)Seymour Estates, LLC           (u)Stith Short

(d)Synchrony Bank                 (u)United Community Bank          (u)Woodmond Ventures, LLC
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021


End of Label Matrix
Mailable recipients    81
Bypassed recipients    21
Total                 102
```