**IT IS ORDERED as set forth below:**



Date: July 29, 2020

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 15-53700-WLH |
| | : | |
| BRENDA K. ROBERTSON, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER GRANTING MOTION FOR
AUTHORITY TO MAKE INTERIM DISTRIBUTIONS**

On June 16, 2020, S. Gregory Hays, Chapter 7 Trustee ("**Trustee**") for Brenda K. Robertson, filed a *Motion for Authority to Make Interim Distribution* [Doc. No. 375] (the "**Motion**"), seeking authority to make interim distributions to certain creditors based on the Interim Distribution Analysis attached to the Motion.[1]

On June 17, 2020, Trustee filed a notice of hearing [Doc. No. 379] (the "**Notice**") setting the Motion for hearing on July 23, 2020 (the "**Hearing**").

---

[1] Terms not defined in this Order shall have the meanings ascribed to them in the Motion.

15282828v1

Counsel for Trustee certifies that he served the Notice on all requisite parties in interest. [Doc. No. 381].

No parties in interest filed a response or objection to the relief requested in the Motion.

Trustee; counsel for Trustee; counsel for BlueAsh Group, LLC, and counsel for the United States Trustee appeared at the Hearing.

The Court having reviewed the Motion and accompanying exhibits, including the Interim Distribution Analysis, along with the entire record in this bankruptcy case; based on the statements made on the record at the Hearing, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**, as specifically set forth herein.  It is further

**ORDERED** that Trustee is authorized to make interim distributions to the creditors identified in the Interim Distribution Analysis in the total amount of $76,524.35 on the same pro-rata percentages set forth in the Interim Distribution Analysis.

**[END OF DOCUMENT]**

15282828v1

Order prepared and presented by:

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
    michael.bargar@agg.com
171 17th Street, NW, Suite 2100
Atlanta, Georgia 30363
404-873-8500

Order reviewed by:

ROGERS LAW OFFICES
*Attorneys for BlueAsh*

By:*/s/ James F.F. Carroll*    *(with express permission by Michael J. Bargar)*
    James F.F. Carroll
    Georgia Bar No. 940350
    jcarroll@berlawoffice.com
100 Peachtree Street, Suite 1950
Atlanta, Georgia 30303
Phone: 770-685-6320


NANCY J. GARGULA
UNITED STATES TRUSTEE, REGION 21

By:*/s/ Shawna Staton*    *(with express permission by Michael J. Bargar)*
    Shawna Staton, Trial Attorney
    Attorney for the United States Trustee
    Georgia Bar No. 640220
Office of the United States Trustee
Suite 362, Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
404-331-4437 x 152
shawna.p.staton@usdoj.gov

**Identification of parties to be served:**

Office of United States Trustee, Suite 362, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303

15282828v1

S. Gregory Hays, Hays Financial Consulting, LLC, Suite 555, 2964 Peachtree Road NW, Atlanta, GA 30305-2153

Katherine J. Hill, Hicks Hill, LLC, 305 Lawrence Street, Ste 210, Marietta, GA 30060

Brenda Kay Robertson, 78 Wall Street, Hampton, GA 30228

James F.F. Carroll, Rogers Law Offices, 100 Peachtree Street, Suite 1950, Atlanta, GA 30303

Michael J. Bargar, Arnall Golden Gregory, LLP, Suite 2100, 171 17th Street, NW, Atlanta, GA 30363