# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

| Case No.: | 15-53700-WLH | Trustee Name: | (300320) S. Gregory Hays |
|---|---|---|---|
| Case Name: | ROBERTSON, BRENDA KAY | Date Filed (f) or Converted (c): | 02/27/2015 (f) |
| | | § 341(a) Meeting Date: | 04/07/2015 |
| For Period Ending: | 06/30/2021 | Claims Bar Date: | 09/30/2015 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Checking Account with Regions Bank | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account with Ameris Bank | 50.00 | 0.00 | | 0.00 | FA |
| 3 | Household Goods and Furnishings | 3,000.00 | 0.00 | | 0.00 | FA |
| 4 | Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 6 | 401(k) with Wells Fargo Advisors | 259,288.23 | 0.00 | | 0.00 | FA |
| 7 | 100% Ownership in B. Kay Builders Corporation | 0.00 | 0.00 | | 0.00 | FA |
| 8 | 100% Ownership in Gilbert Ventures, LLC | 0.00 | 18,000.00 | | 20,000.00 | FA |
| 9 | 100% Ownership in Bice Ventures, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 10* | 100% Ownership in Woodmond Ventures, LLC (See Footnote) | 0.00 | 0.00 | | 38,054.36 | 0.00 |
| 11 | 100% Ownership in Mykassi Ventures, LLC | 0.00 | 45,000.00 | | 171,507.86 | FA |
| 12 | 33% Ownership in HBC Communities, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 13 | 33% Ownership in Seymour Estates, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Monthly Social Security Benefits | 984.00 | 0.00 | | 0.00 | FA |
| 15 | 1989 Mercedes Benz 560SL | 10,000.00 | 0.00 | | 16,000.00 | FA |
| 16* | Adversary # 17-05046, Hays v. Lowrey et al (u) (See Footnote) | 145,000.00 | 145,000.00 | | 145,000.00 | FA |
| 16 | **Assets Totals** (Excluding unknown values) | **$418,822.23** | **$208,000.00** | | **$390,562.22** | **$0.00** |

RE PROP# 10  Woodmond Ventures owned three improved real properties in Clayton County and one property in Henry County.  Trustee sold the properties in February 2019 netting $38,054.36. Funds are held in a Woodmond Ventures bank account pending resolution of LLC.

RE PROP# 16  This adversary proceeding relates to four pre-petition transfers that debtor made to or for the benefit of her relatives or their businesses.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

| | |
|---|---|
| **Case No.:** 15-53700-WLH | **Trustee Name:** (300320) S. Gregory Hays |
| **Case Name:** ROBERTSON, BRENDA KAY | **Date Filed (f) or Converted (c):** 02/27/2015 (f) |
| | **§ 341(a) Meeting Date:** 04/07/2015 |
| **For Period Ending:** 06/30/2021 | **Claims Bar Date:** 09/30/2015 |

**Major Activities Affecting Case Closing:**

The Trustee has completed the liquidation of the estate assets.

Woodmond Ventures LLC (Asset # 10) owned three improved real properties in Clayton County and one property in Henry County. Trustee sold the properties in February 2019 netting $38,054.36. Funds are held in a Woodmond Ventures bank account pending resolution of the LLC.

Gilbert Ventures LLC (Asset # 8) owned unencumbered, undeveloped properties located at in Clayton County, GA. Trustee and property co-owner negotiated a sale price of Debtor's interest in properties. Trustee sold the Debtor's interest in properties in December 2018 for $20,000. Funds from the liquidation of the Gilbert Ventures assets have been distributed to the bankruptcy estate account for payment of interim administrative and unsecured claims.

Mykassi Ventures LLC (Asset # 11) owned properties located at (1) 196 Hemlock Lane, Lot 15 & 16, Clarkesville, Habersham County, Georgia 30523; and (2) Lots 1, 2, 3, 4, 5, and 6 Hardman Place, LL83, 11th District, Habersham County, Georgia 30523. Trustee sold the properties in January 2019 netting $171,507.86. Funds from the liquidation of the Mykassi Ventures assets have been distributed to the bankruptcy estate account for payment of interim administrative and unsecured claims.

April 2020 - Gilbert Ventures LLC and Mykaasi Ventures LLC have been dissolved with the State of Georgia and the Trustee has distributed the funds from the bank accounts in these entities names to the bankruptcy estate.

Because Woodmond Ventures LLC actively rented properties to third party tenants, the Trustee will dissolve this entity through a more lengthy process. Under applicable State law (O.C.G.A. §§ 14-11-608 and 609), a claimant has two years from the filing of the Certificate of Termination for this entity (June 23, 2020) to bring a lawsuit. The Trustee is reviewing methods for the quicker resolution of Woodmond dissolution.

On July 29, 2020, an Order was entered approving interim payment of professional fees and expenses and a distribution of $76,524.35 to general unsecured claims.

July 2021 - Trustee is in the process of preparing his final report.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 06/30/2017 | **Current Projected Date Of Final Report (TFR):** | 08/31/2021 |
| 07/30/2021 | | /s/S. Gregory Hays | |
| Date | | S. Gregory Hays | |

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 15-53700-WLH | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | ROBERTSON, BRENDA KAY | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***3531 | Account #: | ******7600 Checking |
| For Period Ending: | 06/30/2021 | Blanket Bond (per case limit): | $31,525,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/07/18 | {16} | Chamberlain Hrdlicka Escrow (For Defendants) | Settlement of Hays v. Lowrey, et al., Adversary Proceeding No. 17-5046-WLH per Order, Dkt # 282 | 1229-000 | 145,000.00 | | 145,000.00 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 152.94 | 144,847.06 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 201.39 | 144,645.67 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 228.87 | 144,416.80 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 200.79 | 144,216.01 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 221.26 | 143,994.75 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 214.01 | 143,780.74 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 110.29 | 143,670.45 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 129.89 | 143,540.56 |
| 11/20/19 | {15} | Bullseye Auction & Appraisal LLC | Sale of Mercedes to Charles McDaniel Per Order, Dkt # 369. | 1129-000 | 16,000.00 | | 159,540.56 |
| 11/21/19 | 101 | Bullseye Auction & Appraisal LLC | Auctioneer Commission and Expenses on Sale of Mercedes, Paid per Order, Dkt # 369. | | | 2,052.35 | 157,488.21 |
| | | | Auctioneer Commission, Paid per Order, Dkt # 369.  $1,600.00 | 3610-000 | | | |
| | | | Auctioneer Expenses, Paid per Order, Dkt # 369.  $452.35 | 3620-000 | | | |
| 12/09/19 | 102 | Brenda Kay Robertson | Payment of Exemption in 1989 Mercedes Benz 560SL. Paid per Order, Dkt # 373. | 8100-002 | | 10,000.00 | 147,488.21 |
| 01/30/20 | | Transition transfer Debit | Transition transfer debit. Transfer from Mechanics Bank account to East West Bank account | 9999-000 | | 147,488.21 | 0.00 |
| | | | **COLUMN TOTALS** | | 161,000.00 | 161,000.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 147,488.21 | |
| | | | **Subtotal** | | 161,000.00 | 13,511.79 | |
| | | | Less: Payments to Debtors | | | 10,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$161,000.00** | **$3,511.79** | |

{ } Asset Reference(s)                                                                                                                    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 15-53700-WLH | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | ROBERTSON, BRENDA KAY | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***3531 | Account #: | ******0043 Demand Deposit Account |
| For Period Ending: | 06/30/2021 | Blanket Bond (per case limit): | $31,525,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/30/20 |  | Transition Transfer Credit | Transition Transfer Credit. Transfer from Mechanics Bank account to East West Bank account | 9999-000 | 147,488.21 |  | 147,488.21 |
| 03/31/20 |  | East West Bank | Bank and Technology Service Fee | 2600-000 |  | 148.28 | 147,339.93 |
| 07/29/20 |  | To Account #******0043 | Transfer from Gilbert Venture funds to Robertson bankruptcy estate account. | 9999-000 | 20,000.00 |  | 167,339.93 |
| 07/29/20 |  | To Account #******0043 (Robertson) | Transfer from Mykassi Venture funds to Robertson bankruptcy estate account. | 9999-000 | 169,917.39 |  | 337,257.32 |
| 07/29/20 | 1000 | S. Gregory Hays | Trustee interim compensation and expenses paid per Order, Dkt # 384. |  |  | 33,855.68 | 303,401.64 |
|  |  | S. Gregory Hays | Trustee interim compensation paid per Order, Dkt # 384.  $33,682.90 | 2100-000 |  |  |  |
|  |  | S. Gregory Hays | Trustee expenses paid per Order, Dkt # 384.  $172.78 | 2200-000 |  |  |  |
| 07/29/20 | 1001 | Hays Financial Consulting, LLC | Interim accountant fees and expenses paid per Order, Dkt # 384. |  |  | 34,720.72 | 268,680.92 |
|  |  | Hays Financial Consulting, LLC | Accountants interim fees paid per Order, Dkt # 384.  $34,415.00 | 3310-000 |  |  |  |
|  |  | Hays Financial Consulting, LLC | Accountants expenses paid per Order, Dkt # 384.  $305.72 | 3320-000 |  |  |  |
| 07/29/20 | 1002 | Arnall Golden Gregory LLP | Interim attorney fees paid per Order, Dkt # 384. | 3210-000 |  | 150,000.00 | 118,680.92 |
| 07/31/20 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 619.87 | 118,061.05 |
| 08/13/20 | 1003 | Fidelity Bank | Interim Distribution to unsecured creditors per Order, Docket # 385.  Stopped on 11/16/2020 | 7100-000 |  | 5,002.17 | 113,058.88 |
| 08/13/20 | 1004 | Value Recovery Group, L.P. | Interim Distribution to unsecured creditors per Order, Docket # 385. | 7100-000 |  | 586.59 | 112,472.29 |
| 08/13/20 | 1005 | RBC Centura Bank | Interim Distribution to unsecured creditors per Order, Docket # 385. | 7100-000 |  | 6,607.55 | 105,864.74 |
| 08/13/20 | 1006 | BlueAsh Group, LLC | Interim Distribution to unsecured creditors per Order, Docket # 385. | 7100-000 |  | 64,328.04 | 41,536.70 |
| 08/31/20 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 255.23 | 41,281.47 |
| 09/30/20 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 143.81 | 41,137.66 |

Page Subtotals:  $337,405.60  $296,267.94

{ } Asset Reference(s)  ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-3

| Case No.: | 15-53700-WLH | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | ROBERTSON, BRENDA KAY | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***3531 | Account #: | ******0043 Demand Deposit Account |
| For Period Ending: | 06/30/2021 | Blanket Bond (per case limit): | $31,525,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 134.57 | 41,003.09 |
| 11/16/20 | 1003 | Fidelity Bank | Interim Distribution to unsecured creditors per Order, Docket # 385. Stopped: check issued on 08/13/2020 | 7100-000 | | -5,002.17 | 46,005.26 |
| 11/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 129.87 | 45,875.39 |
| 12/01/20 | 1007 | Fidelity Bank nka Ameris Bank | Replacement Check. Interim Distribution to unsecured creditors per Order, Docket # 385. | 7100-000 | | 5,002.17 | 40,873.22 |
| 12/31/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 147.57 | 40,725.65 |
| 01/29/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 126.04 | 40,599.61 |
| 02/26/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 117.65 | 40,481.96 |
| 03/31/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 138.45 | 40,343.51 |
| 04/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 125.64 | 40,217.87 |
| 05/28/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 117.08 | 40,100.79 |
| 06/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 137.78 | 39,963.01 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 337,405.60 | 297,442.59 | $39,963.01 |
| Less: Bank Transfers/CDs | | 337,405.60 | 0.00 | |
| Subtotal | | 0.00 | 297,442.59 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $297,442.59 | |

{ } Asset Reference(s)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-4

| Case No.: | 15-53700-WLH | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | ROBERTSON, BRENDA KAY | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***3531 | Account #: | ******0260 Woodmond Ventures LLC Funds |
| For Period Ending: | 06/30/2021 | Blanket Bond (per case limit): | $31,525,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/06/20 | {10} | Woodmond Ventures LLC | Transfer to Robertson case to hold pending final distribution from LLC | 1129-000 | 38,054.36 | | 38,054.36 |
| | | | COLUMN TOTALS | | 38,054.36 | 0.00 | $38,054.36 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 38,054.36 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $38,054.36 | $0.00 | |

{ } Asset Reference(s)  ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-5

| Case No.: | 15-53700-WLH | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | ROBERTSON, BRENDA KAY | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***3531 | Account #: | ******0274 Gilbert Ventures LLC Funds |
| For Period Ending: | 06/30/2021 | Blanket Bond (per case limit): | $31,525,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/17/20 | {8} | Gilbert Ventures LLC | Distribution from LLC | 1129-000 | 20,000.00 | | 20,000.00 |
| 07/29/20 | | To Account #******0043 (Robertson) | Transfer from Gilbert Venture funds to Robertson bankruptcy estate account. | 9999-000 | | 20,000.00 | 0.00 |
| | | | COLUMN TOTALS | | 20,000.00 | 20,000.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 20,000.00 | |
| | | | Subtotal | | 20,000.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $20,000.00 | $0.00 | |

{ } Asset Reference(s)                                                                                                       ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-6

| Case No.: | 15-53700-WLH | | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|---|
| Case Name: | ROBERTSON, BRENDA KAY | | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***3531 | | Account #: | ******0295 Mykassi Ventures LLC Funds |
| For Period Ending: | 06/30/2021 | | Blanket Bond (per case limit): | $31,525,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/17/20 | {11} | MyKassi Ventures LLC | Distribution from LLC | 1129-000 | 171,507.86 | | 171,507.86 |
| 04/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 367.74 | 171,140.12 |
| 05/29/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 581.77 | 170,558.35 |
| 06/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 640.96 | 169,917.39 |
| 07/29/20 | | To Account #******0043 (Robertson) | Transfer from Mykassi Venture funds to Robertson bankruptcy estate account. | 9999-000 | | 169,917.39 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | COLUMN TOTALS | | | 171,507.86 | 171,507.86 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 169,917.39 | |
| | | Subtotal | | | 171,507.86 | 1,590.47 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $171,507.86 | $1,590.47 | |

{ } Asset Reference(s)        ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-7

| | |
|---|---|
| **Case No.:** | 15-53700-WLH |
| **Case Name:** | ROBERTSON, BRENDA KAY |
| **Taxpayer ID #:** | **-***3531 |
| **For Period Ending:** | 06/30/2021 |

| | |
|---|---|
| **Trustee Name:** | S. Gregory Hays (300320) |
| **Bank Name:** | East West Bank |
| **Account #:** | ******0295 Mykassi Ventures LLC Funds |
| **Blanket Bond (per case limit):** | $31,525,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $390,562.22 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $10,000.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $380,562.22 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******7600 Checking | $161,000.00 | $3,511.79 | $0.00 |
| ******0043 Demand Deposit Account | $0.00 | $297,442.59 | $39,963.01 |
| ******0260 Woodmond Ventures LLC Funds | $38,054.36 | $0.00 | $38,054.36 |
| ******0274 Gilbert Ventures LLC Funds | $20,000.00 | $0.00 | $0.00 |
| ******0295 Mykassi Ventures LLC Funds | $171,507.86 | $1,590.47 | $0.00 |
| | $390,562.22 | $302,544.85 | $78,017.37 |