**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No. 15-53700
Case Name: BRENDA KAY ROBERTSON
Trustee Name: S. Gregory Hays

**Balance on hand:**          $            77,133.94

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | None | | | | |

Total to be paid to secured creditors:    $            0.00
Remaining balance:    $            77,133.94

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - S. Gregory Hays | 37,725.50 | 33,682.90 | 4,042.60 |
| Accountant for Trustee, Fees - Hays Financial Consulting, LLC | 40,685.00 | 34,415.00 | 6,270.00 |
| Accountant for Trustee, Expenses - Hays Financial Consulting, LLC | 547.09 | 305.72 | 241.37 |
| Trustee, Expenses - S. Gregory Hays | 341.67 | 172.78 | 168.89 |
| Attorney for Trustee Fees (Other Firm) - Arnall Golden Gregory LLP | 185,000.00 | 150,000.00 | 35,000.00 |
| Attorney for Trustee Expenses (Other Firm) - Arnall Golden Gregory LLP | 2,837.65 | 0.00 | 2,837.65 |

Total to be paid for chapter 7 administrative expenses:    $            48,560.51
Remaining balance:    $            28,573.43

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

**UST Form 101-7-TFR(5/1/2011)**

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 28,573.43 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 28,573.43 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $6,140,927.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Fidelity Bank nka Ameris Bank | 401,413.96 | 5,002.17 | 1,867.76 |
| 2 | Value Recovery Group, L.P. | 47,072.42 | 586.59 | 219.02 |
| 3 | RBC Centura Bank | 530,242.52 | 6,607.55 | 2,467.19 |
| 4 | BlueAsh Group, LLC | 5,162,198.88 | 64,328.04 | 24,019.46 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 28,573.43 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Date: Jun 17, 2022            Signed: /s/ S. Gregory Hays
                                        S. Gregory Hays, Trustee
                                        2964 Peachtree Road, NW, Ste. 555
                                        Atlanta, GA 30305
                                        4049260060

**UST Form 101-7-TFR(5/1/2011)**