**IT IS ORDERED as set forth below:**



Date: June 21, 2022

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| BRENDA KAY ROBERTSON, | : | CASE NO. 15-53700-WLH |
| | : | |
| Debtor. | : | |
| | : | |
| | : | |

**ORDER APPROVING TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF THE TRUSTEE AND PROFESSIONALS OF THE TRUSTEE**

On May 18, 2022, the Chapter 7 Trustee ("**Trustee**") filed final applications for payment of compensation in the amount of $4,042.60 and expenses in the amount of $168.89 to the Chapter 7 Trustee [Doc. No. 395-1]; compensation in the amount of $50,000.00 ($39,468.50 for the period from April 7, 2015 through December 31, 2019 and $10,531.50 for the period from January 1, 2020 through and after January 12, 2022) and expenses in the amount of $2,837.65 ($2,657.65 for the period from April 7, 2015 through December 31, 2019 and $180.00 for the period from January 1, 2020 through and after January 12, 2022) to Arnall Golden Gregory LLP,

18300929v1

Trustee's counsel [Doc. No. 395-2]; and compensation in the amount of $6,270.00 and expenses in the amount of $241.37 to Hays Financial Consulting, LLC, Trustee's accountants [Doc. No. 395-3] (collectively, the "**Fee Applications**").  In addition, in the Fee Applications, the applicants requested that the fee and expense awards granted in the prior order of this Court [Doc. No. 384] (the "**Interim Fee Order**") be made final.

On May 19, 2022, Trustee filed a notice [Doc. No. 396] (the "**Notice**") of the Fee Applications and Trustee's Final Report (the "**Final Report**"), setting the Final Report and Fee Applications for hearing on June 16, 2022 (the "**Hearing**").

Trustee certifies that he served the Notice on all creditors and parties in interest entitled to notice.  [Doc. No. 396-1].

On June 14, 2022, BlueAsh Group, LLC ("**BlueAsh**"), a creditor of the Bankruptcy Estate, filed an objection [Doc. No. 397] (the "**Objection**") to the final fee application of Arnall Golden Gregory LLP [Doc. No. 395-2].

No other party in interest filed a response in opposition to the relief requested in the Fee Applications or the Final Report.

Counsel for Trustee and for Trustee's professionals and counsel for BlueAsh appeared at Hearing.  No other creditors or other parties in interest appeared.

At the Hearing, counsel for Trustee and counsel for BlueAsh requested additional time to discuss the Objection.

AGG and BlueAsh have reached an agreement (the "**Agreement**") whereby the fees of AGG will be reduced by $15,000.00 from $50,000.00 to $35,000.00.

On June 21, 2022, Trustee filed an amendment to his Final Report (Trustee's Proposed Distribution – Exhibit D) to show that the fee reduction of AGG in the amount of $15,000.00

18300929v1

was being paid instead to non-priority, general unsecured claims, which will increase the distribution to non-priority, general unsecured claims from $13,573.43 to $28,573.43. [Doc. No. 398].

The services sought to be compensated in the Fee Applications have been evaluated pursuant to 11 U.S.C. §§ 326 and 330. The compensation requested by Trustee is equal to the statutory fee provided in 11 U.S.C. §326 and appears reasonable under the circumstances. The compensation of Trustee's professionals, as reduced, is reasonable under the circumstances. Under the principles set forth in *Norman v. Housing Authority of City of Montgomery*, 836 F.2d 1292 (11th Cir. 1988), and this Court's knowledge of prevailing market rates and an evaluation of the skill, experience, and reputation of the professional applicants, the hourly rates, which they seek to charge, are reasonable. Review of the professionals' Fee Applications shows the hours expended were reasonable. The Court further finds that the expenses, for which reimbursement is sought, were reasonable and necessary in rendering the services. No factors are present in this case that require additional reduction or enhancement of the lodestar. Accordingly, based on the foregoing and the Agreement between AGG and BlueAsh, and, for good cause shown, it is hereby

**ORDERED** that the Fee Applications and Final Report, as amended, are **APPROVED** and this approval is made final and that the Objection is SUSTAINED in part and **OVERRULED** in part, as expressly set forth herein. It is further

**ORDERED** that fees and expenses requested are allowed as compensation and reimbursement of expenses as follows:

| *Applicant* | *Docket No.* | *Fees* | *Expenses* | *Total* |
|---|---|---|---|---|
| S. Gregory Hays, Chapter 7 Trustee | 395-1 | $4,042.60 | $168.89 | $4,211.49 |

18300929v1

| Arnall Golden Gregory LLP, attorneys for Trustee | 395-2 | $35,000.00 | $2,837.65 | $37,837.65 |
|---|---|---|---|---|
| Hays Financial Consulting, LLC, accountants for Trustee | 395-3 | $6,270.00 | $241.37 | $6,511.37 |

It is further

**ORDERED** that Trustee is authorized and directed to pay said compensation and reimbursement of expenses approved herein based on available funds and as outlined in the Final Report. It is further

**ORDERED** that the prior fee and expense awards granted in the Interim Fee Order are hereby made final.

**[END OF DOCUMENT]**

**Order prepared and consented to by:**

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
    michael.bargar@agg.com
171 17th Street, NW, Suite 2100
Atlanta, Georgia 30363
404-873-8500

**Order consented to by:**

ROGERS LAW OFFICES
*Attorneys for BlueAsh*

By:*/s/ James F.F. Carroll*         (with express permission by Michael J. Bargar)
    James F.F. Carroll
    Georgia Bar No. 940350
    jcarroll@berlawoffice.com
9040 Roswell Road, Suite 205
Atlanta, GA 30350
Phone: 770-685-6320

18300929v1

**Identification of parties to be served:**

Office of United States Trustee, Suite 362, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303

S. Gregory Hays, Hays Financial Consulting, LLC, Suite 555, 2964 Peachtree Road NW, Atlanta, GA 30305-2153

Katherine J. Hill, Hicks Hill, LLC, 305 Lawrence Street, Ste 210, Marietta, GA 30060

Brenda Kay Robertson, 78 Wall Street, Hampton, GA 30228

James F.F. Carroll, Rogers Law Offices, 9040 Roswell Road, Suite 205, Atlanta, GA 30350

Michael J. Bargar, Arnall Golden Gregory, LLP, Suite 2100, 171 17th Street, NW, Atlanta, GA 30363

18300929v1