**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

In re: ROBERTSON, BRENDA KAY           §     Case No. 15-53700-WLH
                                        §
                                        §
                                        §
       Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

   S. Gregory Hays, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $263,822.23 | Assets Exempt: | $273,822.23 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $359,576.20 | Claims Discharged Without Payment: | $15,377,938.88 |
| Total Expenses of Administration: | $329,933.80 | | |

   3) Total gross receipts of $699,510.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $10,000.00 (see **Exhibit 2**), yielded net receipts of $689,510.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $23,984,270.14 | $254,478.42 | $254,478.42 | $254,478.42 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $163,433.80 | $329,933.80 | $329,933.80 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $10,712,360.33 | $6,140,927.78 | $6,140,927.78 | $105,097.78 |
| **TOTAL DISBURSEMENTS** | $34,696,630.47 | $6,558,840.00 | $6,725,340.00 | $689,510.00 |

4) This case was originally filed under chapter 7 on 02/27/2015.  The case was pending for 91 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/14/2022     By: /s/ S. Gregory Hays
                          Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 100% Ownership in Gilbert Ventures, LLC | 1129-000 | $20,000.00 |
| 100% Ownership in Mykassi Ventures, LLC | 1129-000 | $205,510.00 |
| 100% Ownership in Woodmond Ventures, LLC | 1129-000 | $313,000.00 |
| 1989 Mercedes Benz 560SL | 1129-000 | $16,000.00 |
| Adversary # 17-05046, Hays v. Lowrey et al | 1241-000 | $145,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$699,510.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Brenda Kay Robertson | Payment of Exemption in 1989 Mercedes Benz 560SL. Paid per Order, Dkt # 373. | 8100-002 | $10,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$10,000.00** |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Habersham County Tax Commissioner | 4700-000 | NA | $12,484.36 | $12,484.36 | $12,484.36 |
| | PHH Mortgage | 4110-000 | NA | $241,994.06 | $241,994.06 | $241,994.06 |
| N/F | Fidelity Bank Residential Construction Lendi | 4120-000 | $1,954,000.00 | NA | NA | NA |
| N/F | Fidelity Bank Residential Construction Lendi | 4120-000 | $1,954,000.00 | NA | NA | NA |
| N/F | RBC Centura Bank | 4120-000 | $490,000.00 | NA | NA | NA |
| N/F | RBC Centura Bank | 4120-000 | $490,000.00 | NA | NA | NA |
| N/F | RES-GA Diamond Meadows, LLC RES-GA CRI, LLC | 4120-000 | $5,141,924.28 | NA | NA | NA |
| N/F | RES-GA REX, LLC | 4120-000 | NA | NA | NA | NA |
| N/F | RES-GA REX, LLC | 4120-000 | NA | NA | NA | NA |
| N/F | RES-GA REX, LLC | 4120-000 | NA | NA | NA | NA |
| N/F | RES-GA REX, LLC | 4120-000 | NA | NA | NA | NA |
| N/F | RES-GA REX, LLC | 4120-000 | NA | NA | NA | NA |
| N/F | RES-GA REX, LLC | 4120-000 | NA | NA | NA | NA |
| N/F | RES-GA REX, LLC | 4120-000 | NA | NA | NA | NA |
| N/F | RES-GA REX, LLC | 4120-000 | NA | NA | NA | NA |
| N/F | United Bank | 4120-000 | $611,345.86 | NA | NA | NA |
| N/F | United Bank | 4120-000 | $390,000.00 | NA | NA | NA |
| N/F | United Community Bank | 4120-000 | $4,311,000.00 | NA | NA | NA |
| N/F | United Community Bank | 4120-000 | $4,331,000.00 | NA | NA | NA |
| N/F | United Community Bank | 4120-000 | $4,311,000.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$23,984,270.14** | **$254,478.42** | **$254,478.42** | **$254,478.42** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - S. Gregory Hays | 2100-000 | NA | $37,725.50 | $37,725.50 | $37,725.50 |
| Trustee, Expenses - S. Gregory Hays | 2200-000 | NA | $341.67 | $341.67 | $341.67 |
| Accountant for Trustee, Fees - Hays Financial Consulting, LLC | 3310-000 | NA | $40,685.00 | $40,685.00 | $40,685.00 |
| Accountant for Trustee, Expenses - Hays Financial Consulting, LLC | 3320-000 | NA | $547.09 | $547.09 | $547.09 |
| Auctioneer Fees - Bullseye Auction & Appraisal LLC | 3610-000 | NA | $1,600.00 | $1,600.00 | $1,600.00 |
| Auctioneer Fees - Bullseye Auction & Appraisals | 3610-000 | NA | $51,850.00 | $51,850.00 | $51,850.00 |
| Auctioneer Expenses - Bullseye Auction & Appraisal | 3620-000 | NA | $620.26 | $620.26 | $620.26 |
| Auctioneer Expenses - Bullseye Auction & Appraisal LLC | 3620-000 | NA | $452.35 | $452.35 | $452.35 |
| Auctioneer Expenses - Bullseye Auction & Appraisals | 3620-000 | NA | $863.94 | $863.94 | $863.94 |
| Costs re Sale of Property (closing costs, etc.) - Soque Wilderness HOA | 2500-000 | NA | $103.84 | $103.84 | $103.84 |
| Bank Service Fees - East West Bank | 2600-000 | NA | $4,667.46 | $4,667.46 | $4,667.46 |
| Bank Service Fees - East West Bank | 2600-000 | NA | $148.28 | $148.28 | $148.28 |
| Bank Service Fees - Rabobank, N.A. | 2600-000 | NA | $1,459.44 | $1,459.44 | $1,459.44 |
| Other State or Local Taxes (post-petition) - Clayton County Tax Commission | 2820-000 | NA | $568.03 | $568.03 | $568.03 |
| Other State or Local Taxes (post-petition) - Henry County Tax Commissioner | 2820-000 | NA | $213.29 | $213.29 | $213.29 |
| Other Chapter 7 Administrative Expenses - Georgia Secretary of State | 2990-000 | NA | $250.00 | $250.00 | $250.00 |
| Attorney for Trustee Fees (Other Firm) - Arnall Golden Gregory LLP | 3210-000 | NA | $18,500.00 | $185,000.00 | $185,000.00 |
| Attorney for Trustee Expenses (Other Firm) - Arnall Golden Gregory LLP | 3220-000 | NA | $2,837.65 | $2,837.65 | $2,837.65 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$163,433.80** | **$329,933.80** | **$329,933.80** |

UST Form 101-7-TDR ( 10 /1/2010)

## **EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## **EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Fidelity Bank nka Ameris Bank | 7100-000 | NA | $401,413.96 | $401,413.96 | $6,869.93 |
| 2 | Value Recovery Group, L.P. | 7100-000 | $50,956.25 | $47,072.42 | $47,072.42 | $805.61 |
| 3 | RBC Centura Bank | 7100-000 | $1,319,295.20 | $530,242.52 | $530,242.52 | $9,074.74 |
| 4 | BlueAsh Group, LLC | 7100-000 | NA | $5,162,198.88 | $5,162,198.88 | $88,347.50 |
| N/F | 2010-1 RADC/ CADC Property III | 7100-000 | $119,993.00 | NA | NA | NA |
| N/F | 2010-1 RADC/ CADC Property III | 7100-000 | $119,993.00 | NA | NA | NA |
| N/F | Bank of America | 7100-000 | $457.00 | NA | NA | NA |
| N/F | Bank of America | 7100-000 | $376.28 | NA | NA | NA |
| N/F | Bank of America | 7100-000 | $82,022.60 | NA | NA | NA |
| N/F | Bank of North Georgia | 7100-000 | $495,074.97 | NA | NA | NA |
| N/F | CADC/RADC Venture 2011-1, LLC | 7100-000 | $1,237,088.04 | NA | NA | NA |
| N/F | Cornerstone Bank | 7100-000 | $4,313,816.00 | NA | NA | NA |
| N/F | FIA Card Services | 7100-000 | $6,955.03 | NA | NA | NA |
| N/F | First Georgia Community Bank | 7100-000 | NA | NA | NA | NA |
| N/F | Heritage Bank | 7100-000 | $302,549.83 | NA | NA | NA |
| N/F | J.H Bankston | 7100-000 | NA | NA | NA | NA |
| N/F | Larry Bowlin | 7100-000 | NA | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Moore Bass Consulting, Inc | 7100-000 | $24,156.76 | NA | NA | NA |
| N/F | Moore Bass Consulting, Inc | 7100-000 | $3,269.61 | NA | NA | NA |
| N/F | Multibank 2010-1 SFR Venture | 7100-000 | $112,192.00 | NA | NA | NA |
| N/F | PHH Mortgage | 7100-000 | $208,498.38 | NA | NA | NA |
| N/F | PHH Mortgage Ice Center | 7100-000 | $57,469.00 | NA | NA | NA |
| N/F | PNC Bank | 7100-000 | $3,000.00 | NA | NA | NA |
| N/F | RBC Bank | 7100-000 | $98,595.14 | NA | NA | NA |
| N/F | RBC Bank USA | 7100-000 | $2,929.52 | NA | NA | NA |
| N/F | RBC Bank USA | 7100-000 | $25,611.28 | NA | NA | NA |
| N/F | RBC Builders Finance | 7100-000 | $788,212.73 | NA | NA | NA |
| N/F | Regions Bank | 7100-000 | $485,252.13 | NA | NA | NA |
| N/F | Southern Community Bank | 7100-000 | NA | NA | NA | NA |
| N/F | Suntrust Bank | 7100-000 | $854,596.58 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$10,712,360.33** | **$6,140,927.78** | **$6,140,927.78** | **$105,097.78** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 15-53700-WLH | Trustee Name: | (300320) S. Gregory Hays |
|---|---|---|---|
| Case Name: | ROBERTSON, BRENDA KAY | Date Filed (f) or Converted (c): | 02/27/2015 (f) |
| | | § 341(a) Meeting Date: | 04/07/2015 |
| For Period Ending: | 10/14/2022 | Claims Bar Date: | 09/30/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Checking Account with Regions Bank | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account with Ameris Bank | 50.00 | 0.00 | | 0.00 | FA |
| 3 | Household Goods and Furnishings | 3,000.00 | 0.00 | | 0.00 | FA |
| 4 | Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 6 | 401(k) with Wells Fargo Advisors | 259,288.23 | 0.00 | | 0.00 | FA |
| 7 | 100% Ownership in B. Kay Builders Corporation | 0.00 | 0.00 | | 0.00 | FA |
| 8* | 100% Ownership in Gilbert Ventures, LLC (See Footnote) | 0.00 | 18,000.00 | | 20,000.00 | FA |
| 9 | 100% Ownership in Bice Ventures, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 10* | 100% Ownership in Woodmond Ventures, LLC (See Footnote) | 0.00 | 0.00 | | 313,000.00 | FA |
| 11* | 100% Ownership in Mykassi Ventures, LLC (See Footnote) | 0.00 | 45,000.00 | | 205,510.00 | FA |
| 12 | 33% Ownership in HBC Communities, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 13 | 33% Ownership in Seymour Estates, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Monthly Social Security Benefits | 984.00 | 0.00 | | 0.00 | FA |
| 15 | 1989 Mercedes Benz 560SL | 10,000.00 | 0.00 | | 16,000.00 | FA |
| 16* | Adversary # 17-05046, Hays v. Lowrey et al (u) (See Footnote) | 145,000.00 | 145,000.00 | | 145,000.00 | FA |
| 16 | **Assets Totals (Excluding unknown values)** | **$418,822.23** | **$208,000.00** | | **$699,510.00** | **$0.00** |

RE PROP# 8  Gilbert Ventures LLC owned unencumbered, undeveloped properties located at in Clayton County, GA. Trustee and property co-owner negotiated a sale price of Debtor's interest in properties. Trustee sold the Debtor's interest in properties in December 2018 for $20,000. Funds from the liquidation of the Gilbert Ventures assets have been distributed to the bankruptcy estate account for payment of administrative and unsecured claims.

RE PROP# 10  Woodmond Ventures LLC owned three improved real properties in Clayton County and one property in Henry County. Trustee sold the properties in February 2019 for $313,000 and netting $38,054.36 after paying $274,945.64 in claims and expenses of Woodmond. Funds from the liquidation of the Woodmond Ventures assets have been distributed to the bankruptcy estate account for payment of administrative and unsecured claims.

RE PROP# 11  Mykassi Ventures LLC owned properties located at (1) 196 Hemlock Lane, Lot 15 & 16, Clarkesville, Habersham County, Georgia 30523; and (2) Lots 1, 2, 3, 4, 5, and 6 Hardman Place, LL83, 11th District, Habersham County, Georgia 30523. Trustee sold the properties in January 2019 for $205,510 and netting $171,507.86 after paying $34,002.14 in claims and expenses of Mykassi. Funds from the liquidation of the Mykassi Ventures assets have been distributed to the bankruptcy estate account for payment of interim administrative and unsecured claims.

RE PROP# 16  This adversary proceeding relates to four pre-petition transfers that debtor made to or for the benefit of her relatives or their businesses.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

| | |
|---|---|
| **Case No.:** 15-53700-WLH | **Trustee Name:** (300320) S. Gregory Hays |
| **Case Name:** ROBERTSON, BRENDA KAY | **Date Filed (f) or Converted (c):** 02/27/2015 (f) |
| | **§ 341(a) Meeting Date:** 04/07/2015 |
| **For Period Ending:** 10/14/2022 | **Claims Bar Date:** 09/30/2015 |

**Major Activities Affecting Case Closing:**

The Trustee has completed the liquidation of the estate assets.

Gilbert Ventures LLC (Asset # 8) owned unencumbered, undeveloped properties located at in Clayton County, GA. Trustee and property co-owner negotiated a sale price of Debtor's interest in properties. Trustee sold the Debtor's interest in properties in December 2018 for $20,000. Funds from the liquidation of the Gilbert Ventures assets have been distributed to the bankruptcy estate account for payment of administrative and unsecured claims.

Woodmond Ventures LLC (Asset # 10) owned three improved real properties in Clayton County and one property in Henry County. Trustee sold the properties in February 2019 for $313,000 and netting $38,054.36 after paying $274,945.64 in claims and expenses of Woodmond. Funds from the liquidation of the Woodmond Ventures assets have been distributed to the bankruptcy estate account for payment of administrative and unsecured claims.

Mykassi Ventures LLC (Asset # 11) owned properties located at (1) 196 Hemlock Lane, Lot 15 & 16, Clarkesville, Habersham County, Georgia 30523; and (2) Lots 1, 2, 3, 4, 5, and 6 Hardman Place, LL83, 11th District, Habersham County, Georgia 30523. Trustee sold the properties in January 2019 for $205,510 and netting $171,507.86 after paying $34,002.14 in claims and expenses of Mykassi. Funds from the liquidation of the Mykassi Ventures assets have been distributed to the bankruptcy estate account for payment of interim administrative and unsecured claims.

April 2020 - Gilbert Ventures LLC and Mykaasi Ventures LLC have been dissolved with the State of Georgia and the Trustee has distributed the funds from the bank accounts in these entities names to the bankruptcy estate.

On July 29, 2020, an Order was entered approving interim payment of professional fees and expenses and a distribution of $76,524.35 to general unsecured claims.

July 2021 - Trustee is in the process of preparing his final report.

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** 06/30/2017 | **Current Projected Date Of Final Report (TFR):** 02/14/2022 (Actual) |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 15-53700-WLH | Trustee Name: | S. Gregory Hays (300320) |
| --- | --- | --- | --- |
| Case Name: | ROBERTSON, BRENDA KAY | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***3531 | Account #: | ******7600 Checking |
| For Period Ending: | 10/14/2022 | Blanket Bond (per case limit): | $31,475,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/07/18 | {16} | Chamberlain Hrdlicka Escrow (For Defendants) | Settlement of Hays v. Lowrey, et al., Adversary Proceeding No. 17-5046-WLH per Order, Dkt # 282 | 1241-000 | 145,000.00 | | 145,000.00 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 152.94 | 144,847.06 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 201.39 | 144,645.67 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 228.87 | 144,416.80 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 200.79 | 144,216.01 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 221.26 | 143,994.75 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 214.01 | 143,780.74 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 110.29 | 143,670.45 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 129.89 | 143,540.56 |
| 11/20/19 | {15} | Bullseye Auction & Appraisal LLC | Sale of Mercedes to Charles McDaniel Per Order, Dkt # 369. | 1129-000 | 16,000.00 | | 159,540.56 |
| 11/21/19 | 101 | Bullseye Auction & Appraisal LLC | Auctioneer Commission and Expenses on Sale of Mercedes, Paid per Order, Dkt # 369. | | | 2,052.35 | 157,488.21 |
| | | | Auctioneer Commission, Paid per Order, Dkt # 369.<br><br>$1,600.00 | 3610-000 | | | |
| | | | Auctioneer Expenses, Paid per Order, Dkt # 369.<br><br>$452.35 | 3620-000 | | | |
| 12/09/19 | 102 | Brenda Kay Robertson | Payment of Exemption in 1989 Mercedes Benz 560SL. Paid per Order, Dkt # 373. | 8100-002 | | 10,000.00 | 147,488.21 |
| 01/30/20 | | Transition transfer Debit | Transition transfer debit. Transfer from Mechanics Bank account to East West Bank account | 9999-000 | | 147,488.21 | 0.00 |
| | | **COLUMN TOTALS** | | | 161,000.00 | 161,000.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 147,488.21 | |
| | | **Subtotal** | | | 161,000.00 | 13,511.79 | |
| | | | Less: Payments to Debtors | | | 10,000.00 | |
| | | **NET Receipts / Disbursements** | | | **$161,000.00** | **$3,511.79** | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 15-53700-WLH | Trustee Name: | S. Gregory Hays (300320) |
| --- | --- | --- | --- |
| Case Name: | ROBERTSON, BRENDA KAY | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***3531 | Account #: | ******0043 Demand Deposit Account |
| For Period Ending: | 10/14/2022 | Blanket Bond (per case limit): | $31,475,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/30/20 |  | Transition Transfer Credit | Transition Transfer Credit. Transfer from Mechanics Bank account to East West Bank account | 9999-000 | 147,488.21 |  | 147,488.21 |
| 03/31/20 |  | East West Bank | Bank and Technology Service Fee | 2600-000 |  | 148.28 | 147,339.93 |
| 07/29/20 |  | To Account #******0043 | Transfer from Gilbert Venture funds to Robertson bankruptcy estate account. | 9999-000 | 20,000.00 |  | 167,339.93 |
| 07/29/20 |  | To Account #******0043 (Robertson) | Transfer from Mykassi Venture funds to Robertson bankruptcy estate account. | 9999-000 | 169,917.39 |  | 337,257.32 |
| 07/29/20 | 1000 | S. Gregory Hays | Trustee interim compensation and expenses paid per Order, Dkt # 384. |  |  | 33,855.68 | 303,401.64 |
|  |  | S. Gregory Hays | Trustee interim compensation paid per Order, Dkt # 384.  $33,682.90 | 2100-000 |  |  |  |
|  |  | S. Gregory Hays | Trustee expenses paid per Order, Dkt # 384.  $172.78 | 2200-000 |  |  |  |
| 07/29/20 | 1001 | Hays Financial Consulting, LLC | Interim accountant fees and expenses paid per Order, Dkt # 384. |  |  | 34,720.72 | 268,680.92 |
|  |  | Hays Financial Consulting, LLC | Accountants interim fees paid per Order, Dkt # 384.  $34,415.00 | 3310-000 |  |  |  |
|  |  | Hays Financial Consulting, LLC | Accountants expenses paid per Order, Dkt # 384.  $305.72 | 3320-000 |  |  |  |
| 07/29/20 | 1002 | Arnall Golden Gregory LLP | Interim attorney fees paid per Order, Dkt # 384. | 3210-000 |  | 150,000.00 | 118,680.92 |
| 07/31/20 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 619.87 | 118,061.05 |
| 08/13/20 | 1003 | Fidelity Bank | Interim Distribution to unsecured creditors per Order, Docket # 385. Stopped on 11/16/2020 | 7100-000 |  | 5,002.17 | 113,058.88 |
| 08/13/20 | 1004 | Value Recovery Group, L.P. | Interim Distribution to unsecured creditors per Order, Docket # 385. | 7100-000 |  | 586.59 | 112,472.29 |
| 08/13/20 | 1005 | RBC Centura Bank | Interim Distribution to unsecured creditors per Order, Docket # 385. | 7100-000 |  | 6,607.55 | 105,864.74 |
| 08/13/20 | 1006 | BlueAsh Group, LLC | Interim Distribution to unsecured creditors per Order, Docket # 385. | 7100-000 |  | 64,328.04 | 41,536.70 |
| 08/31/20 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 255.23 | 41,281.47 |
| 09/30/20 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 143.81 | 41,137.66 |
| 10/30/20 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 134.57 | 41,003.09 |
| 11/16/20 | 1003 | Fidelity Bank | Interim Distribution to unsecured creditors per Order, Docket # 385. Stopped: check issued on 08/13/2020 | 7100-000 |  | -5,002.17 | 46,005.26 |
| 11/30/20 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 129.87 | 45,875.39 |

Page Subtotals:  $337,405.60  $291,530.21

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| Case No.: | 15-53700-WLH | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | ROBERTSON, BRENDA KAY | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***3531 | Account #: | ******0043 Demand Deposit Account |
| For Period Ending: | 10/14/2022 | Blanket Bond (per case limit): | $31,475,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/01/20 | 1007 | Fidelity Bank nka Ameris Bank | Replaces check # 1003. Interim Distribution to unsecured creditors per Order, Docket # 385. | 7100-000 | | 5,002.17 | 40,873.22 |
| 12/31/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 147.57 | 40,725.65 |
| 01/29/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 126.04 | 40,599.61 |
| 02/26/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 117.65 | 40,481.96 |
| 03/31/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 138.45 | 40,343.51 |
| 04/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 125.64 | 40,217.87 |
| 05/28/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 117.08 | 40,100.79 |
| 06/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 137.78 | 39,963.01 |
| 07/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 125.04 | 39,837.97 |
| 08/31/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 133.16 | 39,704.81 |
| 09/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 124.62 | 39,580.19 |
| 10/29/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 120.27 | 39,459.92 |
| 11/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 132.51 | 39,327.41 |
| 12/31/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 128.15 | 39,199.26 |
| 01/18/22 | | Woodmond Ventures LLC | To Account #******0043 (Robertson) | 9999-000 | 38,054.36 | | 77,253.62 |
| 01/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 119.68 | 77,133.94 |
| 06/28/22 | 1008 | S. Gregory Hays | Trustee compensation and expenses paid per Order, Dkt # 399. | | | 4,211.49 | 72,922.45 |
| | | S. Gregory Hays | Trustee compensation paid per Order, Dkt # 399.  $4,042.60 | 2100-000 | | | |
| | | S. Gregory Hays | Trustee expenses paid per Order, Dkt # 399.  $168.89 | 2200-000 | | | |
| 06/28/22 | 1009 | Hays Financial Consulting, LLC | Accountant fees and expenses paid per Order, Dkt # 399. | | | 6,511.37 | 66,411.08 |
| | | Hays Financial Consulting, LLC | Accountant fees paid per Order, Dkt # 399.  $6,270.00 | 3310-000 | | | |
| | | Hays Financial Consulting, LLC | Accountant expenses paid per Order, Dkt # 399.  $241.37 | 3320-000 | | | |
| 06/28/22 | 1010 | Arnall Golden Gregory LLP | Attorney fees and expenses paid per Order, Dkt # 399. | | | 37,837.65 | 28,573.43 |

Page Subtotals:   $38,054.36   $55,356.32

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 4

| Case No.: | 15-53700-WLH | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | ROBERTSON, BRENDA KAY | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***3531 | Account #: | ******0043 Demand Deposit Account |
| For Period Ending: | 10/14/2022 | Blanket Bond (per case limit): | $31,475,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Arnall Golden Gregory LLP | Attorney fees paid per Order, Dkt # 399.  $35,000.00 | 3210-000 | | | |
| | | Arnall Golden Gregory LLP | Attorney expenses paid per Order, Dkt # 399.  $2,837.65 | 3220-000 | | | |
| 06/28/22 | 1011 | Fidelity Bank nka Ameris Bank | Final Distribution. Paid per DDR (Dkt No. 398). | 7100-000 | | 1,867.76 | 26,705.67 |
| 06/28/22 | 1012 | Value Recovery Group, L.P. | Final Distribution. Paid per DDR (Dkt No. 398). | 7100-000 | | 219.02 | 26,486.65 |
| 06/28/22 | 1013 | RBC Centura Bank | Final Distribution. Paid per DDR (Dkt No. 398). | 7100-000 | | 2,467.19 | 24,019.46 |
| 06/28/22 | 1014 | BlueAsh Group, LLC | Final Distribution. Paid per DDR (Dkt No. 398). | 7100-000 | | 24,019.46 | 0.00 |
| | | **COLUMN TOTALS** | | | 375,459.96 | 375,459.96 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 375,459.96 | 0.00 | |
| | | **Subtotal** | | | 0.00 | 375,459.96 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$0.00** | **$375,459.96** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 5

| Case No.: | 15-53700-WLH | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | ROBERTSON, BRENDA KAY | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***3531 | Account #: | ******0260 Woodmond Ventures LLC Funds |
| For Period Ending: | 10/14/2022 | Blanket Bond (per case limit): | $31,475,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/06/20 | | Woodmond Ventures LLC | Proceeds from the liquidation of Woodmond Ventures assets. Deposit is net balance of $313,000 in receipts and $274,945.64 in distributions. See Exhibit B4 to Trustee final fee application for details. | | 38,054.36 | | 38,054.36 |
| | {10} | | Gross sale of 4 real properties owned by Woodmond Ventures LLC per Order, Dkt # 331. See Exhibit B4 to Trustee final fee application for details.    $313,000.00 | 1129-000 | | | |
| | | Bullseye Auction & Appraisals | Commission on sale of 4 properties. Paid per Order # 331.    -$31,300.00 | 3610-000 | | | |
| | | Bullseye Auction & Appraisal | Auctioneer expenses on sale of 4 properties. Paid per Order # 331.    -$620.26 | 3620-000 | | | |
| | | Henry County Tax Commissioner | 2019 prorated property taxes. Paid per Order, Dkt # 331.    -$213.29 | 2820-000 | | | |
| | | Clayton County Tax Commission | 2019 prorated property taxes. Paid per Order, Dkt # 331.    -$568.03 | 2820-000 | | | |
| | | PHH Mortgage | Mortgage payoff. Paid per Order, Dkt # 331.    -$241,994.06 | 4110-000 | | | |
| | | Georgia Secretary of State | Reinstatement fee. Paid per Order, Dkt # 331.    -$250.00 | 2990-000 | | | |
| 01/18/22 | | Brenda Robertson Bankruptcy Estate | To Account #******0043 (Robertson) | 9999-000 | | 38,054.36 | 0.00 |
| | | **COLUMN TOTALS** | | | 38,054.36 | 38,054.36 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 38,054.36 | |
| | | **Subtotal** | | | 38,054.36 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$38,054.36** | **$0.00** | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

# Form 2
# Cash Receipts And Disbursements Record

Exhibit 9

Page: 6

| Case No.: | 15-53700-WLH | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | ROBERTSON, BRENDA KAY | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***3531 | Account #: | ******0274 Gilbert Ventures LLC Funds |
| For Period Ending: | 10/14/2022 | Blanket Bond (per case limit): | $31,475,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/17/20 | {8} | Gilbert Ventures LLC | Proceeds from the liquidation of Gilbert Ventures assets.. Deposit is net balance of $20,000 in receipts and $0.00 in distributions. See Exhibit B2 to Trustee final fee application for details. | 1129-000 | 20,000.00 | | 20,000.00 |
| 07/29/20 | | To Account #******0043 (Robertson) | Transfer from Gilbert Venture funds to Robertson bankruptcy estate account. | 9999-000 | | 20,000.00 | 0.00 |

| | COLUMN TOTALS | | 20,000.00 | 20,000.00 | $0.00 |
|---|---|---|---|---|---|
| | Less: Bank Transfers/CDs | | 0.00 | 20,000.00 | |
| | Subtotal | | 20,000.00 | 0.00 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | NET Receipts / Disbursements | | $20,000.00 | $0.00 | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 7

| Case No.: | 15-53700-WLH | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | ROBERTSON, BRENDA KAY | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***3531 | Account #: | ******0295 Mykassi Ventures LLC Funds |
| For Period Ending: | 10/14/2022 | Blanket Bond (per case limit): | $31,475,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/17/20 | | MyKassi Ventures LLC | Proceeds from the liquidation of Mykassi Ventures assets.. Deposit is net balance of $205,510 in receipts and $34,002.14 in distributions. See Exhibit B3 to Trustee final fee application for details. | | 171,507.86 | | 171,507.86 |
| | {11} | Rick Woods & Archie Ramsey & Brenda Robertson | Gross sale proceeds from sale properties owned by Mykassi Ventures, LLC and approved by Order, Dkt # 332.<br>$205,510.00 | 1129-000 | | | |
| | | Bullseye Auction & Appraisals | Auctioneer Commision approved per Order, Dkt #351.<br>-$20,550.00 | 3610-000 | | | |
| | | Bullseye Auction & Appraisals | Auctioneer expenses. Paid per Order, Dkt # 351.<br>-$863.94 | 3620-000 | | | |
| | | Habersham County Tax Commissioner | County Tax liens. Paid per order, Dkt # 332.<br>-$12,484.36 | 4700-000 | | | |
| | | Soque Wilderness HOA | HOA Fees. Paid per Order, Dkt # 332.<br>-$103.84 | 2500-000 | | | |
| 04/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 367.74 | 171,140.12 |
| 05/29/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 581.77 | 170,558.35 |
| 06/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 640.96 | 169,917.39 |
| 07/29/20 | | To Account #******0043 (Robertson) | Transfer from Mykassi Venture funds to Robertson bankruptcy estate account. | 9999-000 | | 169,917.39 | 0.00 |
| | | **COLUMN TOTALS** | | | 171,507.86 | 171,507.86 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 169,917.39 | |
| | | **Subtotal** | | | 171,507.86 | 1,590.47 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $171,507.86 | $1,590.47 | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

**Form 2**      Exhibit 9

## Cash Receipts And Disbursements Record

Page: 8

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 15-53700-WLH | | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | ROBERTSON, BRENDA KAY | | **Bank Name:** | East West Bank |
| **Taxpayer ID #:** | **-***3531 | | **Account #:** | ******0295 Mykassi Ventures LLC Funds |
| **For Period Ending:** | 10/14/2022 | | **Blanket Bond (per case limit):** | $31,475,000.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $390,562.22 |
| Plus Gross Adjustments: | $308,947.78 |
| Less Payments to Debtor: | $10,000.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $689,510.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******7600 Checking | $161,000.00 | $3,511.79 | $0.00 |
| ******0043 Demand Deposit Account | $0.00 | $375,459.96 | $0.00 |
| ******0260 Woodmond Ventures LLC Funds | $38,054.36 | $0.00 | $0.00 |
| ******0274 Gilbert Ventures LLC Funds | $20,000.00 | $0.00 | $0.00 |
| ******0295 Mykassi Ventures LLC Funds | $171,507.86 | $1,590.47 | $0.00 |
| | **$390,562.22** | **$380,562.22** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)